# EXHIBIT D

**MARK R. RILEY**
ATTORNEY AT LAW
CERTIFIED PUBLIC ACCOUNTANT
2731 ROBINHOOD ST.
HOUSTON, TEXAS 77005-2433

TELEPHONE (713) 822-8935
FACSIMILE (713) 583-2284
RILEY@RILEY-CPA-LAW.COM

May 17, 2020

*(Via Overnight Courier and Email)*

| | |
|---|---|
| Urban Commons 6th Ave Seattle, LLC<br>10250 Constellation Blvd., Suite 1750<br>Los Angeles, California 90067 | Urban Commons 6th Ave Seattle, LLC<br>c/o Urban Commons, LLC, Manager<br>10250 Constellation Blvd., Suite 1750<br>Los Angeles, California 90067 |
| Mr. Taylor Woods, Member<br>Urban Commons, LLC<br>10250 Constellation Blvd, Suite1750<br>Los Angeles, CA 90067 | Mr. Howard Wu, Member<br>Urban Commons, LLC<br>10250 Constellation Blvd, Suite1750<br>Los Angeles, CA 90067 |
| Urban Commons Battery Park, LLC<br>10250 Constellation Blvd., Suite 1750<br>Los Angeles, California 90067 | Urban Commons Battery Park, LLC<br>c/o Urban Commons, LLC, Manager<br>10250 Constellation Blvd., Suite 1750<br>Los Angeles, California 90067 |

Re: Notice of Rescission of Membership Interest Subscription Agreements in Urban Commons 6th Ave Seattle, LLC ("UC Seattle") and Urban Commons Battery Park, LLC ("UC Battery Park"; collectively with UC Seattle, the "Issuers")

Gentlemen:

Please be advised that the undersigned represents Dr. Ronald A. Christensen and Dr. Clifford A. Rosen (collectively "Investors") in connection with their respective membership interest subscriptions in the Issuers. Accordingly, please address all future communication regarding this matter to the undersigned.

This letter constitutes notice by each of the Investors of rescission of their respective subscriptions for membership interests in the Issuers. Please consider this correspondence the Investors' demand that the Issuers remit $750,000 to the Investors to reimburse them for their subscription for membership interests in the Issuers. The payment of this amount should be accomplished in accordance with the attached wiring instructions by **5:00 p.m. EDT on Friday, May 22, 2020**. In exchange for the Investors' prompt receipt of $750,000, the Investors are willing to enter into a release of their claims against the Issuers and others that relate to this matter.

Messrs. Taylor and Wu
May 17, 2020
Page 2

As you are aware, on or about January 21, 2020, Dr. Christensen executed a Membership Interest Subscription Agreement with UC Seattle and wired $250,000 to UC Seattle's Bank of America, NA bank account. On January 29, 2020, Dr. Rosen executed a Membership Interest Subscription Agreement with UC Seattle and wired $250,000 to UC Seattle's Bank of America, NA bank account. On February 27, 2020, Dr. Christensen executed a Membership Interest Subscription Agreement with UC Battery Park and on March 3, 2020, wired $250,000 to UC Battery Park's Wells Fargo Bank, N.A. bank account.

To date, UC Seattle has not completed its offering and has not raised the necessary funds of $40 million from its offering of membership interests. Neither has UC Seattle obtained a financing commitment for the acquisition loans in an approximate aggregate amount of $60 million in order to acquire and refurbish the property known as the Hilton Seattle, located at 1301 6th Avenue, Seattle, Washington.

Likewise, UC Battery Park has not completed its offering and has not raised the necessary funds of $70 million from its offering of membership interests. Similarly, UC Battery Park has not obtained a financing commitment for the acquisition loans in an approximate aggregate amount of $100 million in order to acquire and refurbish the property known as the Wagner Hotel (formerly known as the Ritz-Carlton Battery Park), located in lower-Manhattan at 2 West Street, New York, New York.

The Issuers failed to disclose and omitted material facts concerning Urban Commons, LLC, Taylor Woods, and Howard Wu in the offering of the membership interests. The Investors relied on the creditworthiness and the reputation of Urban Commons, LLC, and its common interest owners, Taylor Woods and Howard Wu. Urban Common, LLC failed to disclose the default by Urban Commons, LLC on the Master Lease Agreements with Eagle Hospitality Trust ("EHT") that occurred prior to the offering and EHT's subsequent default and acceleration of its $341 million loan with its Facility Lender.

The sale of the membership interests by the Issuers, Urban Commons, LLC, and its managers, members, and Advisory Board members constitutes the unlawful sale of unregistered securities not subject to an exemption from registration pursuant to the Securities Act of 1933. Likewise, the sales of membership interest subscriptions were sold in violation of the registration or qualification provisions of the securities laws of Arizona, California, and New York.

The sales of membership interest subscriptions to the Investors by unregistered broker-dealers constitutes a violation of the Securities Exchange Act of 1934, the California Corporate Securities Law of 1968, Arizona Revised Statutes Title 44 and the Martin Act. As a result, the Membership Interest Subscription Agreements executed by the Investors are void.

In connection with the unlawful sale of unregistered securities not subject to an exemption from registration pursuant to the Securities Act of 1933, the Issuers, Urban Commons, LLC, and others have: (1) made false and misleading statements or omissions in connection with illegal

Messrs. Taylor and Wu
May 17, 2020
Page 3

distributions of securities; (2) withheld the disclosure of material information; and (3) utilized unregistered broker-dealers in connection with the sales to the Investors. As a result of these and other actions, the Issuers, Urban Commons, LLC, and others have, among other things, made it impossible for Investors to earn a rightful return on their investment, in violation of numerous federal and state security laws.

At this point, the Investors seek only the return of their investment and reimbursement of their professional fees. But please be advised that should the Issuers refuse to comply with these demands, the Investors will have no choice but to direct their special litigation counsel to pursue the Issuers and their affiliated entities through the courts on behalf of themselves and other similarly situated investors in the Issuers. If you do not comply, the Investors will fully pursue their legal remedies against the Issuers, Urban Commons, LLC, their unregistered broker-dealers, managers, members, and owners personally including, but not limited to, the recovery of their actual damages, consequential damages, exemplary damages, attorneys' fees, court costs, and interest.

Additionally, the Investors will request (1) a court-ordered accounting of the Issuers and its related entities; (2) a court-ordered distribution of assets; and (3) a court order appointing an independent receiver to liquidate the affected entities.

If you wish to resolve this matter short of litigation, please contact the undersigned prior to May 22, 2020. We look forward to hearing from you.

Very truly yours,

Mark R. Riley

MRR
Enclosures

cc: Dr. Ronald Christensen (*via email RonChristensenMD@aol.com*)
11517 E. Paradise Lane
Scottsdale, AZ 85255-8976

Dr. Clifford A. Rosen (*via email CliffordRosen@gmail.com*)
345 Majestic Dr.
Lakeshore, Ontario, Canada N8N 4L5