# EXHIBIT G

# MARK R. RILEY
ATTORNEY AT LAW
CERTIFIED PUBLIC ACCOUNTANT
2731 ROBINHOOD ST.
HOUSTON, TEXAS 77005-2433

---

TELEPHONE (713) 822-8935
FACSIMILE (713) 583-2284
RILEY@RILEY-CPA-LAW.COM

June 30, 2020

*(Via Overnight Courier and Email)*

| | |
|---|---|
| Mr. C. Brian Egnatz<br>c/o Digital Capital Markets LLC<br>10211 Fleming Avenue<br>Bethesda, MD 20814 | Mr. C. Brian Egnatz<br>Milepost Real Estate LLC<br>229 South Dubuque Street, Suite 133<br>Iowa City, IA 52240 |
| Mr. John R. Nix, Jr., CEO<br>Chicago Analytic Trading Company, LLC<br>d/b/a Little River Capital, LLC<br>216 Cahaba Oaks Trail<br>Indian Springs, AL 35124 | Chicago Analytic Trading Company, LLC<br>d/b/a Little River Capital, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, New Castle, DE 19808 |
| Mr. Jason Kyle Birt<br>Milepost Real Estate LLC<br>615 McCoy Dr.<br>Carroll, IA 51401-1435<br>Email: jbirt@milepostglobal.com | Mr. C. Brian Egnatz<br>Milepost Capital Management, LLC<br>19 East 54th Street<br>New York, NY 10022<br>Email: brian.egnatz@milepostcm.com |

**Re:   Demand for Rescission of Membership Interest Subscription Agreements in Urban Commons 6th Ave Seattle, LLC ("UC Seattle") and Urban Commons Battery Park, LLC ("UC Battery Park"; collectively with UC Seattle, the "Issuers")**

Gentlemen:

Please be advised that the undersigned represents Dr. Ronald A. Christensen and Dr. Clifford A. Rosen (collectively "Investors") in connection with their respective membership interest subscriptions in the Issuers. Accordingly, please address all future communication regarding this matter to the undersigned.

From their headquarters in California, Urban Common, LLC, Taylor Woods, and Howard Wu (collectively, "Urban Commons") raised millions of dollars through the offer and sale to each investor of purported membership interests of UC Battery Park and UC Seattle – a form of security which Urban Commons failed to register or qualify pursuant to the federal Securities Act of 1933 or the securities laws of any state and failed to obtain an exemption from such registration or qualification. The offer and sale of membership interests purportedly issued by UC Battery Park and UC Seattle violated provisions of federal and state securities laws.

Messrs. Egnatz, Nix and Birt
June 30, 2020
Page 2

Mr. Egnatz and Mr. Birt acted as compensated unregistered sales agents on behalf of Urban Commons to market, offer, and sell membership interests in UC Seattle and UC Battery Park, to the Investors. Mr. Egnatz and Mr. Birt operated individually and through Milepost Real Estate LLC, Milepost Capital Management, LLC, and Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC (collectively, the "Unregistered Agents").

The Unregistered Agents aggressively solicited and induced the Investors to invest $750,000 in membership interests of the Issuers by falsely representing that prior investment with Urban Commons earned cash on cash return of 30% in three and one-half months. In reliance on these and other representations, Dr. Christensen executed a Membership Interest Subscription Agreement with UC Seattle on or about January 21, 2020, and wired $250,000 to UC Seattle's Bank of America, NA bank account.  On January 29, 2020, Dr. Rosen executed a Membership Interest Subscription Agreement with UC Seattle and wired $250,000 to UC Seattle's Bank of America, NA bank account. On February 27, 2020, Dr. Christensen executed a Membership Interest Subscription Agreement with UC Battery Park and on March 3, 2020, wired $250,000 to UC Battery Park's Wells Fargo Bank, N.A. bank account.

When the Unregistered Agents sold the Investors unregistered securities in the Issuers, the Unregistered Agents were not licensed under federal and state law or exempt from licensing.  As such, the membership interest subscription agreements are rendered void and the Unregistered Agents are jointly and severally liable to the Investors for effecting sales of unregistered securities not subject to an exemption as unlicensed sales representatives.

To date, UC Seattle has not completed its offering and has not raised the necessary funds of $40 million from its offering of membership interests. Neither has UC Seattle obtained a financing commitment for the acquisition loans in an approximate aggregate amount of $60 million in order to acquire and refurbish the property known as the Hilton Seattle, located at 1301 6th Avenue, Seattle, Washington.

Likewise, UC Battery Park has not completed its offering and has not raised the necessary funds of $70 million from its offering of membership interests.  Similarly, UC Battery Park has not obtained a financing commitment for the acquisition loans in an approximate aggregate amount of $100 million in order to acquire and refurbish the property known as the Wagner Hotel (formerly known as the Ritz-Carlton Battery Park), located in lower-Manhattan at 2 West Street, New York, New York.

Urban Commons and the Unregistered Agents failed to disclose and omitted material facts concerning Urban Commons, LLC, Taylor Woods, and Howard Wu in the offering of the membership interests. The Investors relied on the creditworthiness and the reputation of Urban Commons, LLC, and its common interest owners, Taylor Woods and Howard Wu.  Urban Common, LLC failed to disclose the default by Urban Commons, LLC on the Master Lease Agreements with Eagle Hospitality Trust ("EHT") that occurred prior to the offering and EHT's subsequent default and acceleration of its $341 million loan with its Facility Lender.

Messrs. Egnatz, Nix and Birt
June 30, 2020
Page 3

When the Investors demanded to inspect the books and records of the Issuers, ***Urban Commons failed to produce a single page evidencing that:*** (i) either of the Investors is a member of either of the Issuers; (ii) the 2020 offering of membership interests occurred; (iii) the Investors' funds were deposited into an interest-bearing secure bank account; (iv) initial membership interests of the Investors were reflected in the Operating Agreement for either of the Issuers: (v) UC Seattle completed its offering and raised the necessary funds of $40 million from its offering of membership interests; (vii) UC Seattle obtained a financing commitment for the acquisition loan in an approximate aggregate amount of $60 million in order to acquire and refurbish the property known as the Hilton Seattle, located at 1301 6th Avenue, Seattle, Washington; and (viii) UC Battery Park completed its offering and raised the necessary funds of $70 million from its offering of membership interests.

The sale of the membership interests by the Issuers, Urban Commons, LLC, and its managers, members, and Advisory Board members constitutes the unlawful sale of unregistered securities not subject to an exemption from registration pursuant to the Securities Act of 1933. Likewise, the sales of membership interest subscriptions were sold in violation of the registration or qualification provisions of the securities laws of Arizona, California, and New York.

The sales of membership interest subscriptions to the Investors by unregistered broker-dealers constitutes a violation of the Securities Exchange Act of 1934, the California Corporate Securities Law of 1968, Arizona Revised Statutes Title 44 and the Martin Act. As a result, the Membership Interest Subscription Agreements executed by the Investors are rendered void.

In connection with the unlawful sale of unregistered securities not subject to an exemption from registration pursuant to the Securities Act of 1933, the Issuers, Urban Commons, LLC, and Unregistered Agents have: (1) made false and misleading statements or omissions in connection with illegal distributions of securities; (2) withheld the disclosure of material information; and (3) utilized unregistered broker-dealers in connection with the sales to the Investors. As a result of these and other actions, the Issuers, Urban Commons, LLC, and the Unregistered Agents have, among other things, made it impossible for Investors to earn a rightful return on their investment, in violation of numerous federal and state security laws.

This letter constitutes notice and demand by each of the Investors of rescission of their respective subscriptions for membership interests in the Issuers. Please consider this correspondence the Investors' demand that the Unregistered Agents remit $750,000 plus reimbursement of their professional fees to the Investors to reimburse them for their subscription for membership interests in the Issuers. The payment of this amount should be accomplished by wire transfer by **5:00 p.m. EDT on Friday, July 10, 2020**. In exchange for the Investors' prompt receipt of $750,000 plus attorneys' fees, the Investors are willing to enter into a release of their claims against the Unregistered Agents, Issuers, and others that relate to this matter. Please contact the undersigned to facilitate this transaction.

At this point, the Investors seek only the return of their investment and reimbursement of their professional fees. But please be advised that should the Unregistered Agents refuse to comply

Messrs. Egnatz, Nix and Birt
June 30, 2020
Page 4

with these demands, the Investors will have no choice but to direct their special litigation counsel to pursue the Unregistered Agents, Issuers and their affiliated entities through the courts on behalf of themselves and other similarly situated investors in the Issuers.  If you do not comply, the Investors will fully pursue their legal remedies against the Issuers, Urban Commons, LLC, the Unregistered Agents, managers, members, and owners personally including, but not limited to, the recovery of their actual damages, consequential damages, exemplary damages, attorneys' fees, court costs, and interest.

Additionally, the Investors will request (1) a court-ordered accounting of the Unregistered Agents, the Issuers, and its related entities; (2) a court-ordered distribution of assets; and (3) a court order appointing an independent receiver to liquidate the affected entities.

If you wish to resolve this matter short of litigation, please contact the undersigned before July 10, 2020.  We look forward to hearing from you.

Very truly yours,

Mark R. Riley

MRR

cc:   Dr. Ronald Christensen (*via email RonChristensenMD@aol.com*)
      11517 E. Paradise Lane
      Scottsdale, AZ 85255-8976

      Dr. Clifford A. Rosen (*via email CliffordRosen@gmail.com*)
      345 Majestic Dr.
      Lakeshore, Ontario, Canada N8N 4L5