**LEONARDMEYER LLP**
Derek J. Meyer (State Bar No. 278346)
10250 Constellation Blvd.
14th Floor
Los Angeles, CA 90067
Tel: (310) 220-0331
rmeyer@leonardmeyerllp.com

*Attorney for Defendant Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC*

**GARCIA RAINEY BLANK & BOWERBANK LLP**
Norma V. Garcia (SBN 223512)
Jeffrey M. Blank (SBN 217522)
Hugo A. Lopez (SBN 315846)
695 Town Center Drive Suite 700
Costa Mesa, CA 92626
714-382-7000
714-382-0031 (fax)
jblank@garciarainey.com
ngarciaguillen@garciarainey.com
hlopez@garciarainey.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual, <br><br>  Plaintiffs, <br><br> v. <br><br> URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6th AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive <br>  Defendants. | Civil Action No. 8:20-cv-01973 JLS (DFMx) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Served: October 22, 2020 <br> Current Response Date: November 12, 2020 <br> New Response Date: Dec. 11, 2020 <br><br> Honorable Josephine L. Staton |

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between Plaintiffs CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual (collectively "Plaintiffs"), and Defendant CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLE RIVER CAPITAL, LLC ("Defendant"), through their undersigned counsel, that Defendant may have a twenty-nine (29) day extension of time, up to and including December 11, 2020, to file an answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action. No prior extension has been requested by Defendant.

Dated: November 13, 2020

/s/ Norma V. García
**GARCIA RAINEY BLANK & BOWERBANK LLP**

Jeffrey Michael Blank
Norma V. Garcia
Hugo Armando Lopez
695 Town Center Drive Suite 700
Costa Mesa, CA 92626
714-382-7000
714-382-0031 (fax)
jblank@garciarainey.com
ngarciaguillen@garciarainey.com
hlopez@garciarainey.com

*Counsel for Plaintiffs*

/s/ Derek J. Meyer
**LEONARDMEYER LLP**

Derek J. Meyer (State Bar No. 278346)
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Tel: (310) 220-0331
rmeyer@leonardmeyerllp.com

*Counsel for Defendant Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC*

## ATTESTATION OF CONCURRENCE IN FILING

I, Derek J. Meyer, am the ECF user whose ID and password are being used to file the foregoing Stipulation. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 13, 2020

Respectfully submitted,

/s/ Derek J. Meyer
**LEONARDMEYER LLP**
Derek J. Meyer (State Bar No. 278346)
10250 Constellation Blvd.
14th Floor
Los Angeles, CA 90067
Tel: (310) 220-0331
rmeyer@leonardmeyerllp.com

*Attorney for Defendant Chicago Analytic Trading Company, LLC d/b/a LittleRiver Capital, LLC*

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)