PAUL S. MARKS, State Bar No. 138407
  pmarks@neufeldmarks.com
TODD W. NIELSEN, State Bar No. 181718
  tnielsen@neufeldmarks.com
YURIKO M. SHIKAI, State Bar No. 229232
  yshikai@neufeldmarks.com
**NEUFELD MARKS**
  **A Professional Corporation**
250 E. 1st Street, Suite 1101
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile:   (213) 625-2650

Attorneys for defendants
Urban Commons, LLC, Urban Commons
6th Ave Seattle, LLC, Urban Commons
Battery Park, LLC, Taylor Woods,
Howard Wu and Brian Egnatz

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an Individual, <br><br>         Plaintiffs, <br><br>    vs. <br><br> URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive, <br><br>         Defendants. | Case No. 8:20-cv-01973-JLS-DFM <br><br> **ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** |

## **ANSWER TO COMPLAINT**

COME NOW defendants Urban Commons, LLC; Urban Commons 6th Ave. Seattle, LLC; Urban Commons Battery Park, LLC; Taylor Woods; Howard Wu; and Brian Egnatz, to respond to the allegations of the complaint on file herein, with each paragraph listed below referring to the like-numbered paragraph of the complaint:

1.      These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

2.      These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

3.      These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

1  defendants; however, if a response is required, these responding defendants

2  deny the aforesaid allegations.

3  **JURISDICTION AND VENUE**

4  4.    These responding defendants allege that the allegations of this

5  paragraph are either legal conclusions or expressions of the intentions,

6  thoughts, or wishes of plaintiffs, about which these responding parties have no

7  personal knowledge, or that the said allegations otherwise constitute matter to

8  which no response is required; as such, these responding defendants allege that

9  the aforesaid allegations do not require a response from these responding

10  defendants; however, if a response is required, these responding defendants

11  deny the aforesaid allegations.

12  5.    These responding defendants deny the allegations of this

13  paragraph.

14  6.    These responding defendants allege that the allegations of this

15  paragraph are either legal conclusions or expressions of the intentions,

16  thoughts, or wishes of plaintiffs, about which these responding parties have no

17  personal knowledge, or that the said allegations otherwise constitute matter to

18  which no response is required; as such, these responding defendants allege that

19  the aforesaid allegations do not require a response from these responding

20  defendants; however, if a response is required, these responding defendants

21  deny the aforesaid allegations.

22  7.    These responding defendants allege that the allegations of this

23  paragraph are either legal conclusions or expressions of the intentions,

24  thoughts, or wishes of plaintiffs, about which these responding parties have no

25  personal knowledge, or that the said allegations otherwise constitute matter to

26  which no response is required; as such, these responding defendants allege that

27  the aforesaid allegations do not require a response from these responding

28  defendants; however, if a response is required, these responding defendants

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  deny the aforesaid allegations.

2      8.    These responding defendants allege that the allegations of this

3  paragraph are either legal conclusions or expressions of the intentions,

4  thoughts, or wishes of plaintiffs, about which these responding parties have no

5  personal knowledge, or that the said allegations otherwise constitute matter to

6  which no response is required; as such, these responding defendants allege that

7  the aforesaid allegations do not require a response from these responding

8  defendants; however, if a response is required, these responding defendants

9  deny the aforesaid allegations.

10      9.    These responding defendants allege that the allegations of this

11  paragraph are either legal conclusions or expressions of the intentions,

12  thoughts, or wishes of plaintiffs, about which these responding parties have no

13  personal knowledge, or that the said allegations otherwise constitute matter to

14  which no response is required; as such, these responding defendants allege that

15  the aforesaid allegations do not require a response from these responding

16  defendants; however, if a response is required, these responding defendants

17  deny the aforesaid allegations.

18  **PARTIES**

19      10.    These responding defendants admit the allegations of this

20  paragraph.

21      11.    These responding defendants admit the allegations of this

22  paragraph.

23      12.    These responding defendants admit the allegations of this

24  paragraph, except for the allegation that Urban Commons is a REIT, which

25  is denied.

26      13.    These responding defendants admit the allegations of this

27  paragraph.

28

ANSWER TO COMPLAINT

14.     These responding defendants admit the allegations of this paragraph.

15.      These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations of this paragraph.

16.     These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations of this paragraph.

17.     These responding defendants admit the allegations of this paragraph.

18.      These responding defendants admit the allegations of this paragraph, except that Mr. Wu is a resident of Los Angeles County, not Orange County.

19.     These responding defendants admit the allegations of this paragraph.

20.     These responding defendants admit the allegations of this paragraph.

21.     These responding defendants admit the allegations of this paragraph.

22.     These responding defendants admit the allegations of this paragraph.

23.     These responding defendants admit the allegations of this paragraph.

**GENERAL ALLEGATIONS**

24.     These responding defendants admit the allegations of this paragraph.

25.     These responding defendants deny the allegations of this paragraph.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  •  Facsimile: (213) 625-2650

26.     These responding defendants deny the allegations of this paragraph.

27.     These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations of this paragraph.

28.     These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations of this paragraph.

29.     These responding defendants admit the allegations of this paragraph.

30.     These responding defendants admit the allegations of this paragraph.

31.     These responding defendants admit the allegations of this paragraph.

32.     These responding defendants admit the allegations of this paragraph.

33.     These responding defendants deny the allegations of this paragraph.

34.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

35.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions,

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

36.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

37.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

38.     These responding defendants admit the allegations of this paragraph.

39.     These responding defendants deny the allegations of this paragraph.

40.     These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

of this paragraph.

41.     These responding defendants deny the allegations of this paragraph.

42.     These responding defendants admit the allegations of this paragraph.

43.     These responding defendants admit the allegations of this paragraph.

44.     These responding defendants admit the allegations of this paragraph.

45.     These responding defendants deny the allegations of this paragraph.

46.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

47.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

48.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

49.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

50.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

51.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

52.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

53.     These responding defendants deny the allegations of this paragraph.

54.     These responding defendants deny the allegations of this paragraph.

55.     These responding defendants deny the allegations of this paragraph.

56.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

57.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions,

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

58.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

59.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

60.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding

1  defendants; however, if a response is required, these responding defendants

2  deny the aforesaid allegations.

3    61. These responding defendants allege that the allegations of this

4  paragraph are either legal conclusions or expressions of the intentions,

5  thoughts, or wishes of plaintiffs, about which these responding parties have no

6  personal knowledge, or that the said allegations otherwise constitute matter to

7  which no response is required; as such, these responding defendants allege that

8  the aforesaid allegations do not require a response from these responding

9  defendants; however, if a response is required, these responding defendants

10  deny the aforesaid allegations.

11    62. These responding defendants deny the allegations of this

12  paragraph.

13    63. These responding defendants deny the allegations of this

14  paragraph.

15    64. These responding defendants admit the allegations of this

16  paragraph.

17    65. These responding defendants deny the allegations of this

18  paragraph.

19    66. These responding defendants admit the allegations of this

20  paragraph.

21    67. These responding defendants admit the first sentence; deny the

22  remaining allegations.

23    68. These responding defendants admit the first sentence; deny the

24  remaining allegations.

25    69. These responding defendants deny the allegations of this

26  paragraph.

27

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

70.    These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations of this paragraph.

71.    These responding defendants deny the allegations of this paragraph.

72.    These responding defendants deny the allegations of this paragraph.

a.    These responding defendants deny the allegations of this paragraph.

b.    These responding defendants deny the allegations of this paragraph.

c.    These responding defendants deny the allegations of this paragraph.

d.    These responding defendants deny the allegations of this paragraph.

e.    These responding defendants deny the allegations of this paragraph.

f.    These responding defendants deny the allegations of this paragraph.

73.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625   •  Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

74.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

75.     These responding defendants deny the allegations of this paragraph.

76.     These responding defendants deny the allegations of this paragraph.

77.     These responding defendants deny the allegations of this paragraph.

## **FIRST CAUSE OF ACTION**

### **(Violation of Section 5 of the Securities and Exchange Act Against All Defendants, and Does 1 through 10, Inclusive)**

78.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

79.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions,

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  •  Facsimile: (213) 625-2650

thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

80.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

81.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## SECOND CAUSE OF ACTION

## (Violation of Section 12 of the Securities and Exchange Act Against All Defendants, and Does 1 through 10, Inclusive)

82.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

83.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

84.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## THIRD CAUSE OF ACTION

### (Violation of Section 15 of the Securities and Exchange Act Against WOODS, and WU, and Does 1 through 10, Inclusive)

85.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

86.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## FOURTH CAUSE OF ACTION

## (Violation of Section 17 of the Securities and Exchange Act Against All Defendants, and Does 1 through 10, Inclusive)

87.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

88.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  the aforesaid allegations do not require a response from these responding
2  defendants; however, if a response is required, these responding defendants
3  deny the aforesaid allegations.

4      89.    These responding defendants allege that the allegations of this
5  paragraph are either legal conclusions or expressions of the intentions,
6  thoughts, or wishes of plaintiffs, about which these responding parties have no
7  personal knowledge, or that the said allegations otherwise constitute matter to
8  which no response is required; as such, these responding defendants allege that
9  the aforesaid allegations do not require a response from these responding
10  defendants; however, if a response is required, these responding defendants
11  deny the aforesaid allegations.

12      90.    These responding defendants allege that the allegations of this
13  paragraph are either legal conclusions or expressions of the intentions,
14  thoughts, or wishes of plaintiffs, about which these responding parties have no
15  personal knowledge, or that the said allegations otherwise constitute matter to
16  which no response is required; as such, these responding defendants allege that
17  the aforesaid allegations do not require a response from these responding
18  defendants; however, if a response is required, these responding defendants
19  deny the aforesaid allegations.

20      91.    These responding defendants allege that the allegations of this
21  paragraph are either legal conclusions or expressions of the intentions,
22  thoughts, or wishes of plaintiffs, about which these responding parties have no
23  personal knowledge, or that the said allegations otherwise constitute matter to
24  which no response is required; as such, these responding defendants allege that
25  the aforesaid allegations do not require a response from these responding
26  defendants; however, if a response is required, these responding defendants
27  deny the aforesaid allegations.

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

## FIFTH CAUSE OF ACTION

## (Violation of Section 10(b) of the 1934 Securities and Exchange Act and Rule 10b-5 Against All Defendants and Does 1 through 10, Inclusive)

92.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

93.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

94.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

ANSWER TO COMPLAINT

95.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

96.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

97.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

98.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

1  which no response is required; as such, these responding defendants allege that

2  the aforesaid allegations do not require a response from these responding

3  defendants; however, if a response is required, these responding defendants

4  deny the aforesaid allegations.

5      99.    These responding defendants allege that the allegations of this

6  paragraph are either legal conclusions or expressions of the intentions,

7  thoughts, or wishes of plaintiffs, about which these responding parties have no

8  personal knowledge, or that the said allegations otherwise constitute matter to

9  which no response is required; as such, these responding defendants allege that

10  the aforesaid allegations do not require a response from these responding

11  defendants; however, if a response is required, these responding defendants

12  deny the aforesaid allegations.

13      100.   These responding defendants allege that the allegations of this

14  paragraph are either legal conclusions or expressions of the intentions,

15  thoughts, or wishes of plaintiffs, about which these responding parties have no

16  personal knowledge, or that the said allegations otherwise constitute matter to

17  which no response is required; as such, these responding defendants allege that

18  the aforesaid allegations do not require a response from these responding

19  defendants; however, if a response is required, these responding defendants

20  deny the aforesaid allegations.

21      101.   These responding defendants allege that the allegations of this

22  paragraph are either legal conclusions or expressions of the intentions,

23  thoughts, or wishes of plaintiffs, about which these responding parties have no

24  personal knowledge, or that the said allegations otherwise constitute matter to

25  which no response is required; as such, these responding defendants allege that

26  the aforesaid allegations do not require a response from these responding

27  defendants; however, if a response is required, these responding defendants

28  deny the aforesaid allegations.

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  •  Facsimile: (213) 625-2650

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

## SIXTH CAUSE OF ACTION

## (Violation of California Corporations Code §§ 25401 and 25501 Against All Defendants and Does 1 through 10, Inclusive)

102.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

103.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

104.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

105.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

106.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

107.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

108.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

109.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

<u>**SEVENTH CAUSE OF ACTION**</u>

**(For Violations of California Corporations Code §§ 25400 & 25500**

**(Against All Defendants and Does 1 through 10, Inclusive)**

110.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

111.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  •  Facsimile: (213) 625-2650

1  the aforesaid allegations do not require a response from these responding

2  defendants; however, if a response is required, these responding defendants

3  deny the aforesaid allegations.

4        112.   These responding defendants allege that the allegations of this

5  paragraph are either legal conclusions or expressions of the intentions,

6  thoughts, or wishes of plaintiffs, about which these responding parties have no

7  personal knowledge, or that the said allegations otherwise constitute matter to

8  which no response is required; as such, these responding defendants allege that

9  the aforesaid allegations do not require a response from these responding

10  defendants; however, if a response is required, these responding defendants

11  deny the aforesaid allegations.

12        113.   These responding defendants allege that the allegations of this

13  paragraph are either legal conclusions or expressions of the intentions,

14  thoughts, or wishes of plaintiffs, about which these responding parties have no

15  personal knowledge, or that the said allegations otherwise constitute matter to

16  which no response is required; as such, these responding defendants allege that

17  the aforesaid allegations do not require a response from these responding

18  defendants; however, if a response is required, these responding defendants

19  deny the aforesaid allegations.

20        114.   These responding defendants allege that the allegations of this

21  paragraph are either legal conclusions or expressions of the intentions,

22  thoughts, or wishes of plaintiffs, about which these responding parties have no

23  personal knowledge, or that the said allegations otherwise constitute matter to

24  which no response is required; as such, these responding defendants allege that

25  the aforesaid allegations do not require a response from these responding

26  defendants; however, if a response is required, these responding defendants

27  deny the aforesaid allegations.

28

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

115.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

116.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## EIGHTH CAUSE OF ACTION

### (For Violations of California Corporations Code § 25403 Against WOODS and WU)

117.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

118.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## NINTH CAUSE OF ACTION

## (For Violations of California Corporations Code §§ 25503, 25504.1 & 25110 Against All Defendants and Does 1 through 10, Inclusive)

119.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

120.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

121.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

122.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

123.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

124.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  which no response is required; as such, these responding defendants allege that
2  the aforesaid allegations do not require a response from these responding
3  defendants; however, if a response is required, these responding defendants
4  deny the aforesaid allegations.

5      125.   These responding defendants allege that the allegations of this
6  paragraph are either legal conclusions or expressions of the intentions,
7  thoughts, or wishes of plaintiffs, about which these responding parties have no
8  personal knowledge, or that the said allegations otherwise constitute matter to
9  which no response is required; as such, these responding defendants allege that
10 the aforesaid allegations do not require a response from these responding
11 defendants; however, if a response is required, these responding defendants
12 deny the aforesaid allegations.

13                      **TENTH CAUSE OF ACTION**

14 **(Violation of California Corporations Code §25504 Against All Defendants**
15                **and Does 1 through 10, Inclusive)**

16     126.   These responding defendants allege that the allegations of this
17 paragraph are either legal conclusions or expressions of the intentions,
18 thoughts, or wishes of plaintiffs, about which these responding parties have no
19 personal knowledge, or that the said allegations otherwise constitute matter to
20 which no response is required; as such, these responding defendants allege that
21 the aforesaid allegations do not require a response from these responding
22 defendants; however, if a response is required, these responding defendants
23 deny the aforesaid allegations.

24     127.   These responding defendants allege that the allegations of this
25 paragraph are either legal conclusions or expressions of the intentions,
26 thoughts, or wishes of plaintiffs, about which these responding parties have no
27 personal knowledge, or that the said allegations otherwise constitute matter to
28 which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  •  Facsimile: (213) 625-2650

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

128.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

129.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

130.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

ANSWER TO COMPLAINT

131.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

132.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

133.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

134.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

1    which no response is required; as such, these responding defendants allege that

2    the aforesaid allegations do not require a response from these responding

3    defendants; however, if a response is required, these responding defendants

4    deny the aforesaid allegations.

5                          **ELEVENTH CAUSE OF ACTION**

6    **(Violation of California Corporations Code §§ 25401 & 25504.1 Against All**

7                      **Defendants and Does 1 through 10, Inclusive)**

8         135.   These responding defendants allege that the allegations of this

9    paragraph are either legal conclusions or expressions of the intentions,

10   thoughts, or wishes of plaintiffs, about which these responding parties have no

11   personal knowledge, or that the said allegations otherwise constitute matter to

12   which no response is required; as such, these responding defendants allege that

13   the aforesaid allegations do not require a response from these responding

14   defendants; however, if a response is required, these responding defendants

15   deny the aforesaid allegations.

16        136.   These responding defendants allege that the allegations of this

17   paragraph are either legal conclusions or expressions of the intentions,

18   thoughts, or wishes of plaintiffs, about which these responding parties have no

19   personal knowledge, or that the said allegations otherwise constitute matter to

20   which no response is required; as such, these responding defendants allege that

21   the aforesaid allegations do not require a response from these responding

22   defendants; however, if a response is required, these responding defendants

23   deny the aforesaid allegations.

24        137.   These responding defendants allege that the allegations of this

25   paragraph are either legal conclusions or expressions of the intentions,

26   thoughts, or wishes of plaintiffs, about which these responding parties have no

27   personal knowledge, or that the said allegations otherwise constitute matter to

28   which no response is required; as such, these responding defendants allege that

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

138.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

139.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

140.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

141.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

142.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

143.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

144.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  which no response is required; as such, these responding defendants allege that

2  the aforesaid allegations do not require a response from these responding

3  defendants; however, if a response is required, these responding defendants

4  deny the aforesaid allegations.

5     145.   These responding defendants allege that the allegations of this

6  paragraph are either legal conclusions or expressions of the intentions,

7  thoughts, or wishes of plaintiffs, about which these responding parties have no

8  personal knowledge, or that the said allegations otherwise constitute matter to

9  which no response is required; as such, these responding defendants allege that

10  the aforesaid allegations do not require a response from these responding

11  defendants; however, if a response is required, these responding defendants

12  deny the aforesaid allegations.

13  <u>**TWELFTH CAUSE OF ACTION**</u>

14  **(Violation of California Corporations Code §§ 25200, et seq. & 25501.5**

15  **Against All Defendants and Does 1 through 10, Inclusive)**

16     146.   These responding defendants allege that the allegations of this

17  paragraph are either legal conclusions or expressions of the intentions,

18  thoughts, or wishes of plaintiffs, about which these responding parties have no

19  personal knowledge, or that the said allegations otherwise constitute matter to

20  which no response is required; as such, these responding defendants allege that

21  the aforesaid allegations do not require a response from these responding

22  defendants; however, if a response is required, these responding defendants

23  deny the aforesaid allegations.

24     147.   These responding defendants allege that the allegations of this

25  paragraph are either legal conclusions or expressions of the intentions,

26  thoughts, or wishes of plaintiffs, about which these responding parties have no

27  personal knowledge, or that the said allegations otherwise constitute matter to

28  which no response is required; as such, these responding defendants allege that

ANSWER TO COMPLAINT

1   the aforesaid allegations do not require a response from these responding

2   defendants; however, if a response is required, these responding defendants

3   deny the aforesaid allegations.

4          148.   These responding defendants allege that the allegations of this

5   paragraph are either legal conclusions or expressions of the intentions,

6   thoughts, or wishes of plaintiffs, about which these responding parties have no

7   personal knowledge, or that the said allegations otherwise constitute matter to

8   which no response is required; as such, these responding defendants allege that

9   the aforesaid allegations do not require a response from these responding

10  defendants; however, if a response is required, these responding defendants

11  deny the aforesaid allegations.

12         149.   These responding defendants allege that the allegations of this

13  paragraph are either legal conclusions or expressions of the intentions,

14  thoughts, or wishes of plaintiffs, about which these responding parties have no

15  personal knowledge, or that the said allegations otherwise constitute matter to

16  which no response is required; as such, these responding defendants allege that

17  the aforesaid allegations do not require a response from these responding

18  defendants; however, if a response is required, these responding defendants

19  deny the aforesaid allegations.

20         150.   These responding defendants allege that the allegations of this

21  paragraph are either legal conclusions or expressions of the intentions,

22  thoughts, or wishes of plaintiffs, about which these responding parties have no

23  personal knowledge, or that the said allegations otherwise constitute matter to

24  which no response is required; as such, these responding defendants allege that

25  the aforesaid allegations do not require a response from these responding

26  defendants; however, if a response is required, these responding defendants

27  deny the aforesaid allegations.

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

151.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

152.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

153.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  •  Facsimile: (213) 625-2650

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

**THIRTEENTH CAUSE OF ACTION**

**(Theft By False Pretense – California Penal Code §496(c), Against All Defendants and Does 1 through 10, Inclusive)**

154.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

155.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

156.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

ANSWER TO COMPLAINT

157.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

158.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

159.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

**FOURTEENTH CAUSE OF ACTION**

**(Constructive Fraud Against All Defendants and Does 1 through 10 Inclusive)**

160.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

161.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

162.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

163.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

164.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

165.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

166.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  which no response is required; as such, these responding defendants allege that

2  the aforesaid allegations do not require a response from these responding

3  defendants; however, if a response is required, these responding defendants

4  deny the aforesaid allegations.

5      167.   These responding defendants allege that the allegations of this

6  paragraph are either legal conclusions or expressions of the intentions,

7  thoughts, or wishes of plaintiffs, about which these responding parties have no

8  personal knowledge, or that the said allegations otherwise constitute matter to

9  which no response is required; as such, these responding defendants allege that

10  the aforesaid allegations do not require a response from these responding

11  defendants; however, if a response is required, these responding defendants

12  deny the aforesaid allegations.

13      168.   These responding defendants allege that the allegations of this

14  paragraph are either legal conclusions or expressions of the intentions,

15  thoughts, or wishes of plaintiffs, about which these responding parties have no

16  personal knowledge, or that the said allegations otherwise constitute matter to

17  which no response is required; as such, these responding defendants allege that

18  the aforesaid allegations do not require a response from these responding

19  defendants; however, if a response is required, these responding defendants

20  deny the aforesaid allegations.

21              **FIFTEENTH CAUSE OF ACTION**

22  **(Fraud-False Promise Against All Defendants and Does 1 through**

23              **10, Inclusive)**

24      169.   These responding defendants allege that the allegations of this

25  paragraph are either legal conclusions or expressions of the intentions,

26  thoughts, or wishes of plaintiffs, about which these responding parties have no

27  personal knowledge, or that the said allegations otherwise constitute matter to

28  which no response is required; as such, these responding defendants allege that

the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

170.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

171.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

172.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

173.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

174.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

175.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

176.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

**SIXTEENTH CAUSE OF ACTION**

**(Fraud-False Promise Against All Defendants  and Does 1 through 10, Inclusive)**

177.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

178.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

179.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

180.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

181.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

182.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

183.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

184.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

**<u>SEVENTEENTH CAUSE OF ACTION</u>**

**(Intentional Misrepresentation Against All Defendants and Does 1 through 10, Inclusive)**

185.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

186.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

187.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

188.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

189.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  which no response is required; as such, these responding defendants allege that
2  the aforesaid allegations do not require a response from these responding
3  defendants; however, if a response is required, these responding defendants
4  deny the aforesaid allegations.

5      190.   These responding defendants allege that the allegations of this
6  paragraph are either legal conclusions or expressions of the intentions,
7  thoughts, or wishes of plaintiffs, about which these responding parties have no
8  personal knowledge, or that the said allegations otherwise constitute matter to
9  which no response is required; as such, these responding defendants allege that
10  the aforesaid allegations do not require a response from these responding
11  defendants; however, if a response is required, these responding defendants
12  deny the aforesaid allegations.

13      191.   These responding defendants allege that the allegations of this
14  paragraph are either legal conclusions or expressions of the intentions,
15  thoughts, or wishes of plaintiffs, about which these responding parties have no
16  personal knowledge, or that the said allegations otherwise constitute matter to
17  which no response is required; as such, these responding defendants allege that
18  the aforesaid allegations do not require a response from these responding
19  defendants; however, if a response is required, these responding defendants
20  deny the aforesaid allegations.

21      192.   These responding defendants allege that the allegations of this
22  paragraph are either legal conclusions or expressions of the intentions,
23  thoughts, or wishes of plaintiffs, about which these responding parties have no
24  personal knowledge, or that the said allegations otherwise constitute matter to
25  which no response is required; as such, these responding defendants allege that
26  the aforesaid allegations do not require a response from these responding
27  defendants; however, if a response is required, these responding defendants
28  deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

## EIGHTEENTH CAUSE OF ACTION

### (Negligent Misrepresentation Against All Defendants and Does 1 through 10, Inclusive)

193.  These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

194.  These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

195.  These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

196.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

197.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

198.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

199.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

ANSWER TO COMPLAINT

1  which no response is required; as such, these responding defendants allege that

2  the aforesaid allegations do not require a response from these responding

3  defendants; however, if a response is required, these responding defendants

4  deny the aforesaid allegations.

5      200.   These responding defendants allege that the allegations of this

6  paragraph are either legal conclusions or expressions of the intentions,

7  thoughts, or wishes of plaintiffs, about which these responding parties have no

8  personal knowledge, or that the said allegations otherwise constitute matter to

9  which no response is required; as such, these responding defendants allege that

10  the aforesaid allegations do not require a response from these responding

11  defendants; however, if a response is required, these responding defendants

12  deny the aforesaid allegations.

13                    **NINTEENTH CAUSE OF ACTION**

14          **(Negligence Against All Defendants and Does 1 through 10,**

15                                **Inclusive)**

16      201.   These responding defendants allege that the allegations of this

17  paragraph are either legal conclusions or expressions of the intentions,

18  thoughts, or wishes of plaintiffs, about which these responding parties have no

19  personal knowledge, or that the said allegations otherwise constitute matter to

20  which no response is required; as such, these responding defendants allege that

21  the aforesaid allegations do not require a response from these responding

22  defendants; however, if a response is required, these responding defendants

23  deny the aforesaid allegations.

24      202.   These responding defendants allege that the allegations of this

25  paragraph are either legal conclusions or expressions of the intentions,

26  thoughts, or wishes of plaintiffs, about which these responding parties have no

27  personal knowledge, or that the said allegations otherwise constitute matter to

28  which no response is required; as such, these responding defendants allege that

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

203.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

204.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

205.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  •  Facsimile: (213) 625-2650

**TWENTIETH CAUSE OF ACTION**

**(Violation of California Corporations Code §17704.41 Against**

**All Defendants And Does 1 through 10 Inclusive)**

206.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

207.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

208.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

ANSWER TO COMPLAINT

209. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

210. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

211. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

212. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## TWENTY-FIRST CAUSE OF ACTION

### (Violation of California Business & Professions Code Section 17200, et seq. Against All Defendants and Does 1 through 10 Inclusive)

213.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

214.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

215.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

216.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## **FIRST AFFIRMATIVE DEFENSE**

1.   The parties to this action are bound by a contractual arbitration clause that is enforceable under the Federal Arbitration Act, and these answering defendants will promptly move to compel arbitration.

DATED:  December 7, 2020         NEUFELD MARKS
                                  A Professional Corporation


                           By:  _____/s/ Paul S. Marks_____
                                  Paul S. Marks
                                  Attorneys for defendants
                                  Urban Commons, LLC, Urban Commons
                                  6th Ave Seattle, LLC, Urban Commons
                                  Battery Park, LLC, Taylor Woods,
                                  Howard Wu and Brian Egnatz

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1

## DEMAND FOR JURY TRIAL

2        Each defendants responding hereunder demands trial by jury in

3  accordance with Rule 38 of the Federal Rules of Civil Procedure.

4

5  DATED:  December 7, 2020       NEUFELD MARKS

6                               A Professional Corporation

7

8                          By:       /s/ Paul S. Marks

9                               Paul S. Marks

10                            Attorneys for defendants

Urban Commons, LLC, Urban Commons

11                           6th Ave Seattle, LLC, Urban Commons

Battery Park, LLC, Taylor Woods,

12                           Howard Wu and Brian Egnatz

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

58

ANSWER TO COMPLAINT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 250 E. 1st Street, Suite 1101, Los Angeles, CA 90012.

On December 7, 2020, I served true copies of the following document(s) described as **ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

Norma V. Garcia, Esq.
Jeffrey M. Blank, Esq.
Hugo A. Lopez, Esq.
Garcia Rainey Blank & Bowerbank LLP
695 Town Center Drive Suite 700
Costa Mesa, CA 92626
Telephone: 714-382-7000
Facsimile: 714-382-0031
Email: jblank@garciarainey.com
Email: ngarciaguillen@garciarainey.com
Email: hlopez@garciarainey.com

*Attorneys for Plaintiff*

Derek J. Meyer, Esq.
LeonardMeyer LLP
10250 Constellation Blvd. 14th Floor
Los Angeles, CA 90067
Tel: (310) 220-0331
Email: rmeyer@leonardmeyerllp.com

*Attorney for Defendant Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 7, 2020, at Los Angeles, California.

Rachel Ortega

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650