Derek J. Meyer (State Bar No. 278346)
  *rmeyer@leonardmeyerllp.com*
**LEONARDMEYER LLP**
10250 Constellation Blvd.
14th Floor
Los Angeles, CA 90067
Tel: (310) 220-0331

*Counsel for Defendant Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. | Case No. 8:20-cv-01973-JLS-DFM <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES** <br><br> DATE:    January 22, 2021 <br> TIME:    10:30 am <br> JUDGE:   Hon. Josephine L .Staton <br> CTRM:    10A |

| | |
|---|---|
| 1 | BRIAN EGNATZ, an individual; and |
| 2 | DOES 1 through 10, inclusive, |
| 3 | Defendants. |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on January 22, 2021 at 10:30 a.m., before the Honorable Josephine L. Staton, in Courtroom 10A of the United States Courthouse for the Central District of California, 411 West 4th Street, Santa Ana, California, 10th Floor, Defendant Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC ("Chicago Analytic" or "Defendant") will and hereby does move the Court to dismiss the Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

Pursuant to L.R. 7-3, on December 4, 2020 counsel for Defendant wrote Plaintiffs' counsel regarding this motion. Counsel for Plaintiffs and Defendant spoke on December 9, 2020 and the parties were unable to reach a resolution. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 9, 2020 following the above-referenced December 4, 2020 letter.

As set forth in the accompanying Memorandum of Points and Authorities, there is good cause for the relief requested. Plaintiffs have failed to state a claim against Chicago Analytic.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Complaint, and such further argument and matters as may be offered at the time of the hearing of this Motion.

| | |
|---|---|
| 1 | Dated: December 11, 2020 |
| 2 | |
| 3 | /s/ Derek J. Meyer<br>**LEONARDMEYER LLP** |
| 4 | |
| 5 | *Counsel for Defendant Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC* |

## MEMORANDUM AND POINTS OF AUTHORITY

Plaintiffs have filed a fifty-four page complaint ("Complaint") comprising of two-hundred sixteen paragraphs (excluding subparts) of alleged facts, twenty-one causes of action, and an eighty-seven paragraph prayer for relief. (Dkt. 1.) Their claims purport to arise in part in connection with an offering ("UC Seattle Offering") issued by Defendant Urban Commons, LLC to investors in January 2020 to raise $40 million in membership interests in Urban Commons 6th Ave Seattle, LLC ("UC Seattle"). (*Id.* at ¶ 24.) UC Seattle is a single purpose limited liability company that was going to purchase a real property known as Hilton Seattle ("Hilton Seattle"). (*Id.*) Plaintiffs Clifford Rosen and Ronald Christensen each acquired $250,000 membership interests in UC Seattle on January 21 and January 29, 2020. (*Id.* at ¶¶ 27, 28.)

Plaintiff Ronald Christensen further alleges that he also purchased a $250,000 membership interest in Urban Commons Battery Park, LLC ("UC Battery Park") through another offering issued by Urban Commons. (*Id.* at ¶ 40.) UC Battery Park is a single purpose limited liability company that was going to purchase a real property known as the Wagner Hotel in New York. (*Id.* at ¶ 38.)

Plaintiffs allege they participated in these offerings based on the allegedly false representations alleged throughout the Complaint. (*See, e.g., Id.* at ¶¶ 24, 40, 62.) They now seek, among other things, damages and the recission of their membership interest purchases. (*See, e.g., Id.* at Prayer for Relief, ¶¶ 1, 3, 9, 14.)

Plaintiffs make few allegations referencing Chicago Analytic by name in the Complaint. They identify it as a party and allege that it received a notice of recission from Plaintiffs (*Id.* at ¶ 24, 69). They also make the legal, conclusory allegation that Chicago Analytic, along with multiple other defendants, "formed a plan to engage in a conspiracy to commit wrongful conduct, and all agreed to the shared common plan and were aware that each other planned to participate in the plan and that the plan was unlawful and fraudulent." (*Id.* at ¶75). This allegation is insufficient to state a

claim against Chicago Analytic. *See, e.g, Kendall v. Visa U.S.A., Inc.*, 518 F.3d 1042, 1047-50 (9th Cir. 2008).

Plaintiffs make no allegations in the Complaint regarding any alleged statements by, or communication received from, Chicago Analytic.

Plaintiffs do make a few allegations relating to Defendant Brian Egnantz ("Egnantz") in which they attribute specific alleged misrepresentations by Egnatz. (*See, e.g., Id.* at ¶¶ 39, 50.) Although the Complaint is not clear, it appears that Plaintiffs are attempting to make Chicago Analytic liable for such alleged misrepresentations based on the following allegation in the Complaint:

> 49. Plaintiffs are informed and believe and therefore allege that EGNATZ acted as a compensated unregistered sales agent on behalf of URBAN COMMONS to market, offer, and sell membership interests in UC SEATTLE and UC BATTERY PARK to investors such as Plaintiffs. Plaintiffs are informed and believe and therefore allege that EGNATZ operated individually and through CHICAGO TITLE, Milepost Real Estate, LLC, and Milepost Capital Management, LLC.

(*Id.* at ¶ 49.)

Dismissal pursuant to Rule 12(b)(6) is proper only where there is either a "lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal theory." *Balistreri v. Pacifica Police Dep't,* 901 F.2d 696, 699 (9th Cir. 1990); *Johnson v. Riverside Healthcare Sys., LP,* 534 F.3d 1116, 1121-22 (9th Cir. 2008); *see also Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 562-63 (2007) (dismissal for failure to state a claim does not require the appearance, beyond a doubt, that the plaintiff can prove "no set of facts" in support of its claim that would entitle it to relief). Here, "Chicago Title" is not tied to Chicago Analytic in the Complaint. Plaintiffs therefore have failed to make an allegation in the Complaint tying Egnatz to Chicago Analytic and therefore have failed to state a claim against Chicago Analytic.

To the extent Plaintiffs seek or are granted leave to amend to address this issue, Plaintiffs need more than hope to plead on information and belief that "EGNATZ acted as a compensated unregistered sales agent on behalf of URBAN COMMONS to market, offer, and sell membership interests in UC SEATTLE and UC BATTERY PARK to investors such as Plaintiffs" as currently alleged in information and belief. (*Id.*).

For the reasons set forth above, Defendant Chicago Analytic respectfully requests that the Court dismiss all claims asserted against Chicago Analytic.

Dated: December 11, 2020

/s/ Derek J. Meyer                .
**LEONARDMEYER LLP**

*Counsel for Defendant Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC*

Derek J. Meyer (State Bar No. 278346)
 rmeyer@leonardmeyerllp.com
**LEONARDMEYER LLP**
10250 Constellation Blvd.
14th Floor
Los Angeles, CA 90067
Tel: (310) 220-0331

*Counsel for Defendant Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, | Case No. 8:20-cv-01973-JLS-DFM<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive, |
| | Defendants. |

# CERTIFICATE OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 120 N. LaSalle St., Suite 2000, Chicago, IL 60602.

On December 11, 2020, I served true copies of the following documents described as: NOTICE OF MOTION; MOTION TO DISMISS; on the parties in this action as follows:

**ELECTRONICALLY**: I served the document(s) to all counsel of record in the service list below electronically through the CM/ECF System, which will send an email notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

**SERVICE LIST**:

| | |
|---|---|
| Norma V. Garcia<br>Jeffrey M. Blank<br>Hugo A. Lopez<br>**Garia Rainey Blank & Bowerbank LLP**<br>695 Town Center Drive Suite 700<br>Costa Mesa, CA 92626<br>Tel: 714-382-7000<br>Fax: 714-382-0031<br>jblank@garciarainey.com<br>ngarciaguillen@garciarainey.com<br>hlopez@garciarainey.com<br><br>*Counsel for Plaintiffs* | Paul S. Marks<br>Todd W. Nielsen<br>Yuriko M. Shikai<br>**Neufeld Marks, a Professional Corporation**<br>250 E. 1st Street, Suite 1101<br>Los Angeles, CA 90012<br>Tel: 312-625-2625<br>Fax: 213-625-2650<br>pmarks@neufeldmarks.com<br>tnielsen@neufeldmarks.com<br>yshikai@neufeldmarks.com<br><br>*Counsel for Defendants,*<br>*Urban Commons, LLC et al.* |

In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT

is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on December 11, 2020 at Chicago, Illinois.

Jessica Fenton