_____
### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: SACV 20-01973-JLS (DFMx):            Date: January 26, 2021

Title:  Clifford Rosen et al v. Urban Commons, LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS) SCHEDULING ORDER

On the Court's own motion, the Scheduling Conference set for hearing January 29, 2021, is VACATED and the following schedule is set.

Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.  Generally, motions should, at the time of filing, be noticed for hearing on the Court's first available motions hearing date.  (*See* <<http://www.cacd.uscourts.gov/honorable-josephine-l-staton>> for closed civil motions hearing dates; *see also* Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

To conform with the Court's presumptive schedule, the schedule set forth below may have been adjusted from that proposed by the parties.  (*See* Order Setting Scheduling Conference at 2.)  These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  *See* Fed. R. Civ. P. 16(b)(4).  Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

| | |
|---|---:|
| Last Day to File a Motion to Add Parties or Amend Pleadings: | **March 31, 2022** |
| Fact Discovery Cutoff: | **January 31, 2022** |

_____

_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 20-01973-JLS (DFMx):   Date: January 26, 2021
Title:  Clifford Rosen et al v. Urban Commons, LLC et al

| | |
|---|---:|
| Last Day to Serve Initial Expert Reports: | **February 21, 2022** |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | **February 21, 2022** |
| Last Day to Serve Rebuttal Expert Reports: | **March 21, 2022** |
| Last Day to Conduct Settlement Proceedings: | **April 7, 2022** |
| Expert Discovery Cutoff: | **April 14, 2022** |
| Last Day to File Daubert Motions: | **April 21, 2022** |
| Last Day to File Other Motions in Limine (Excluding Daubert Motions): | **May 20, 2022** |
| Final Pretrial Conference (10:30 a.m.): | **June 17, 2022** |
| Preliminary Trial Estimate:[1] | **5-7 days** |

Initials of Deputy Clerk:  mku

---

[1] This is the parties' estimate.  The Court may allot fewer days for trial.

_____