| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Norma V. Garcia/Jeffrey M. Blank          SBN: 223512/217522<br>GARCIA RAINEY BLANK & BOWERBANK LLP<br>695 Town Center Drive Suite 700, Costa Mesa, CA 92626<br>TELEPHONE NO.: (714) 382-7000<br>E-MAIL ADDRESS *(Optional)* ngarciaguillen@garciarainey.com  FAX NO. *(Optional)*: (714) 784-0031<br>ATTORNEY FOR *(Name)*: Plaintiffs Clifford A. Rosen and Ronald Christensen | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 411 W. Fourth Street
MAILING ADDRESS: 411 W. Fourth Street
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Ronald Reagan Federal Building and United States Courthouse

PLAINTIFF: Clifford Rosen, et al.

DEFENDANT: Urban Commons, LLC et al.

| **WRIT OF ATTACHMENT**<br>☒ AFTER HEARING        ☐ EX PARTE | CASE NUMBER:<br>8:20-cv-01973-JLS-DFM |
|---|---|

1. ☐ TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☒ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☐ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   Urban Commons 6th Ave Seattle, LLC
   and the attachment is to secure:   $ $750,000

5. Name and address of plaintiff:   Clifford A. Rosen and Ronald Christensen, c/o Norma V. Garcia, Garcia Rainey Blank & Bowerbank LLP,
   695 Town Center Drive Suite 700, Costa Mesa, CA 92626

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:
   a. All real property owned or held by Urban Commons 6th Ave Seattle, LLC    in    Los Angeles County
   b. All bank accounts held by Urban Commons 6th Ave Seattle, LLC
   c. All investment accounts held by Urban Commons 6th Ave Seattle, LLC
   d. All escrow accounts held by Urban Commons 6th Ave Seattle, LLC
      ☐ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. ☐ The real property on which the
      ☐ crops described in item 6 __ are growing
      ☐ timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
      a. Name:
      b. Address:

[SEAL]

Date: _____     Clerk, by _____, Deputy

Page 1 of 1

(AT-135 [Rev. January 1, 2003])             **WRIT OF ATTACHMENT**             Code of Civ. Proc., § 488.010
                                            *(Attachment)*