| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>Norma V. Garcia/Jeffrey M. Blank      SBN: 223512/217522<br>GARCIA RAINEY BLANK & BOWERBANK LLP<br>695 Town Center Drive Suite 700, Costa Mesa, CA 92626<br>TELEPHONE NO.: (714) 382-7000<br>E-MAIL ADDRESS *(Optional)* ngarciaguillen@garciarainey.com  FAX NO. *(Optional):* (714) 784-0031<br>ATTORNEY FOR *(Name):* Plaintiffs Clifford A. Rosen and Ronald Christensen | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 411 W. Fourth Street<br>MAILING ADDRESS: 411 W. Fourth Street<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: Ronald Reagan Federal Building and United States Courthouse | |
| PLAINTIFF: Clifford Rosen, et al.<br><br>DEFENDANT: Urban Commons, LLC et al. | |
| **WRIT OF ATTACHMENT**<br>☒ AFTER HEARING    ☐ EX PARTE | CASE NUMBER:<br>8:20-cv-01973-JLS-DFM |

1. ☐ TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☒ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☐ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   Urban Commons Battery Park, LLC
   and the attachment is to secure:  $ $750,000

5. Name and address of plaintiff:  Clifford A. Rosen and Ronald Christensen, c/o Norma V. Garcia, Garcia Rainey Blank & Bowerbank LLP,
   695 Town Center Drive Suite 700, Costa Mesa, CA 92626

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*
   a. All real property owned or held by Urban Commons Battery Park, LLC    in    Los Angeles County
   b. All bank accounts held by Urban Commons Battery Park, LLC
   c. All investment accounts held by Urban Commons Battery Park, LLC
   d. All escrow accounts held by Urban Commons Battery Park, LLC
   ☐ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*

8. ☐ The real property on which the
   ☐ crops described in item 6 __ are growing
   ☐ timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date:                         Clerk, by _____ , Deputy

Page 1 of 1

(AT-135 [Rev. January 1, 2003])            **WRIT OF ATTACHMENT**            Code of Civ. Proc., § 488.010
                                                   (Attachment)