| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Norma V. Garcia/Jeffrey M. Blank     SBN: 223512/217522<br>GARCIA RAINEY BLANK & BOWERBANK LLP<br>695 Town Center Drive Suite 700, Costa Mesa, CA 92626<br>TELEPHONE NO.: (714) 382-7000<br>E-MAIL ADDRESS *(Optional)* ngarciaguillen@garciarainey.c    FAX NO. *(Optional)*: (714) 784-0031<br>ATTORNEY FOR *(Name)*: Plaintiffs Clifford A. Rosen and Ronald Christensen | |
| **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 411 W. Fourth Street<br>MAILING ADDRESS: 411 W. Fourth Street<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: Ronald Reagan Federal Building and United States Courthouse | |
| PLAINTIFF: Clifford Rosen, et al.<br><br>DEFENDANT: Urban Commons, LLC et al. | |
| **WRIT OF ATTACHMENT**<br>　　[X] AFTER HEARING　　　　[ ] EX PARTE | CASE NUMBER:<br>8:20-cv-01973-JLS-DFM |

1. [ ] TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. [X] To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. [ ] To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   Howard Wu, 13600 Bayliss Rd., Los Angeles, CA 90049-1815
   and the attachment is to secure:  $ $750,000

5. Name and address of plaintiff:  Clifford A. Rosen and Ronald Christensen, c/o Norma V. Garcia, Garcia Rainey Blank & Bowerbank LLP,
   695 Town Center Drive Suite 700, Costa Mesa, CA 92626

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*: SEE ATTACHMENT 1

　　　[X] This information is on an attached sheet.

7. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. [ ] The real property on which the
   　　[ ] crops described in item 6 __ are growing
   　　[ ] timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
   　　a. Name:
   　　b. Address:

[SEAL]

Date: _____    Clerk, by _____, Deputy

Page 1 of 1

(AT-135 [Rev. January 1, 2003])　　　　**WRIT OF ATTACHMENT**　　　　Code of Civ. Proc., § 488.010
　　　　　　　　　　　　　　　　　　　　　　(Attachment)

## ATTACHMENT 1 – Property of Defendant Howard Wu ("Wu")

Wu's real property, including the real property located at:

1. 1107 Maple Street, South Pasadena, CA 91030-4325,

2. 13600 Bayliss Rd., Los Angeles, CA 90049-1815, and

3. Any other real property owned or held by Wu, whether in whole or in part;

Wu's personal property, including:

1. All bank accounts, foreign or domestic, held by Howard Wu,

2. All investment accounts, foreign or domestic, held by Howard Wu,

3. All escrow accounts held by Howard Wu,

4. All client trust accounts

5. Accounts receivable, chattel paper, and general intangibles arising out of the conduct by Howard Wu of a trade, business, or profession, except any such individual claim with a principal balance of less than one hundred and fifty dollars ($150)

6. Negotiable documents of title,

7. Securities in any business entity, which may include, without limitation, Urban Commons, LLC; Wu Development, LLC; 301 North Central, LLC; 5227 Denny, LLC; Advance Development, LLC; 5842 Carlton Upwell, LLC; Conscious Capital, LLC; Grover Beach Capital, LLC; EHT USMGT1,LLC; Global EB5 Capital Investment, LLC; Massive Dynamic Enterprise, Inc.; Sing REIT Holdings, LLC; The Skywalker Foundation; Urban Commons Crenshaw Blvd. 2, LLC; WZW, LLC; Eagle Asset Management, LLC; Eagle Hospitality REIT Management Pte. Ltd.; Eagle Hospitality Real Estate Investment Trust; Eagle Hospitality Business Trust Management Pte. Ltd.,

8. Any vehicles owned by Howard Wu, and

9. Any other allowable categories of property pursuant to Section 485.210 et seq., whether owned or held, in whole or in part, by Defendant Howard Wu.