| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>Norma V. Garcia/Jeffrey M. Blank    SBN: 223512/217522<br>GARCIA RAINEY BLANK & BOWERBANK LLP<br>695 Town Center Drive Suite 700, Costa Mesa, CA 92626<br>   TELEPHONE NO.: (714) 382-7000<br>E-MAIL ADDRESS *(Optional)*: ngarciaguillen@garciarainey.c   FAX NO. *(Optional)*: (714) 784-0031<br>   ATTORNEY FOR *(Name)*: Plaintiffs Clifford A. Rosen and Ronald Christensen | FOR COURT USE ONLY |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
   STREET ADDRESS: 411 W. Fourth Street
   MAILING ADDRESS: 411 W. Fourth Street
   CITY AND ZIP CODE: Santa Ana, CA 92701
   BRANCH NAME: Ronald Reagan Federal Building and United States Courthouse

PLAINTIFF: Clifford Rosen, et al.

DEFENDANT: Urban Commons, LLC et al.

| | |
|---|---|
| **WRIT OF ATTACHMENT**<br>☒ AFTER HEARING    ☐ EX PARTE | CASE NUMBER:<br>8:20-cv-01973-JLS-DFM |

1. ☐ TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☒ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☐ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   Taylor R. Woods, 142 E. Clearvue Dr., Meridian, ID 83646-5212
   and the attachment is to secure:  $ $750,000

5. Name and address of plaintiff:  Clifford A. Rosen and Ronald Christensen, c/o Norma V. Garcia, Garcia Rainey Blank & Bowerbank LLP,
   695 Town Center Drive Suite 700, Costa Mesa, CA 92626

6.  YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:  SEE ATTACHMENT 1

   ☒ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. ☐ The real property on which the
      ☐ crops described in item 6 __ are growing
      ☐ timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
      a. Name:
      b. Address:

[SEAL]

Date:          Clerk, by _____ , Deputy

Page 1 of 1

(AT-135 [Rev. January 1, 2003])    **WRIT OF ATTACHMENT**    Code of Civ. Proc., § 488.010
                                   (Attachment)

# ATTACHMENT 1 – Property of Defendant Taylor Woods ("Woods")

Wood's real property, including the real property located at:

1. 142 E. Clearvue Dr., Meridian, ID 83646-5212,

2. 826 Emerald Bay, Laguna Beach, CA 92651, and

3. Any other real property owned or held by Woods, where in whole or in part; and

Wood's personal property, including:

1. All bank accounts, foreign or domestic, held by Taylor Woods,

2. All investment accounts, foreign or domestic, held by Taylor Woods,

3. All escrow accounts held by Taylor Woods,

4. All client trust accounts,

5. Accounts receivable, chattel paper, and general intangibles arising out of the conduct by Taylor Woods of a trade, business, or profession, except any such individual claim with a principal balance of less than one hundred and fifty dollars ($150),

6. Negotiable documents of title,

7. Securities in any business entity, which may include, without limitation, Urban Commons, LLC, Bumbleweed LC; Cordova NCE LP, Double W LLC; UCF 1 LLC; CCCH, LLC; 2W Asset Management, LLC; Gramercy HoldCo, LLC; Urban Commons Global, LLC; Genesis Poly, LLC; Gramercy Investments, LP; Newport Bayside Resort, LLC; Queensway HoldCo, LLC; Queensway II, LP; Queensway, LP; UCCH Investments, LP; UCDanll, LLC; Woods Development, LLC; Eagle Asset; Management, LLC; Eagle Hospitality REIT Management Pte. Ltd.; Eagle Hospitality Real Estate Investment Trust; Eagle Hospitality Business Trust Management Pte. Ltd.,

8. Any vehicles owned by Taylor Woods, and

9. Any other allowable categories of property pursuant to Section 485.210 et seq., whether owned or held, in whole or in part, by Defendant Taylor Woods.