1  GARCIA RAINEY BLANK & BOWERBANK LLP
      A LIMITED LIABILITY PARTNERSHIP
2  NORMA V. GARCIA, Cal. Bar No. 223512
   ngarciaguillen@garciarainey.com
3  JEFFREY M. BLANK, Cal. Bar No. 217522
   jblank@garciarainey.com
4  HUGO A. LOPEZ, Cal. Bar No. 315846
   hlopez@garciarainey.com
5  695 Town Center Drive, Suite 700
   Costa Mesa, CA 92626
6  Telephone:    (714) 382-7000
   Facsimile:    (714) 784-0031
7
   Attorneys for Plaintiffs
8  Clifford A. Rosen, MD and Ronald A. Christensen, MD.

9                 UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12
   CLIFFORD A. ROSEN, an individual;        **Case No.:** 8:20-cv-01973-JLS-DFM
13  RONALD A. CHRISTENSEN, an
   individual
14                                          **[PROPOSED] ORDER RE:**
                     Plaintiffs,            **PLAINTIFFS CLIFFORD A. ROSEN**
15          vs.                             **AND RONALD A. CHRISTENSEN'S**
                                            **APPLICATION FOR RIGHT TO**
16  URBAN COMMONS, LLC, a Delaware          **ATTACH ORDER, ORDER FOR**
   Limited Liability Company; URBAN         **ISSUANCE OF WRIT OF**
17  COMMONS 6TH AVE SEATTLE, LLC, a         **ATTACHMENT, AND REQUEST**
   Delaware Limited Liability Company;      **FOR AN ORDER PERMITTING**
18  URBAN COMMONS BATTERY PARK,             **EXPEDITED DISCOVERY**
   LLC, a Delaware Limited Liability
19  Company; CHICAGO ANALYTIC
   TRADING COMPANY, LLC, d/b/a              Date:        May 14, 2021
20  LITTLERIVER CAPITAL, LLC, a             Courtroom:   6B, 6th Floor
   Delaware Limited Liability Company;      Judge:       Hon. Douglas F. McCormick
21  DIGITAL CAPITAL MARKETS, LLC, a
   Maryland Limited Liability Company;
22  TAYLOR WOODS, an individual;
   HOWARD WU, an individual; C. BRIAN
23  EGNATZ, an individual; and DOES 1
   through 10, inclusive
24
                     Defendants
25

26

27

28

                                   - 1 -

Plaintiffs Clifford A. Rosen ("Dr. Rosen"), and Ronald A. Christensen ("Dr. Christensen", and, together with Dr. Rosen, "Plaintiffs") have applied under Federal Rules of Civil Procedure 64 and California Code of Civil Procedure Sections 483.010 *et seq.*, 484.010 *et seq.*, 484.020 *et seq.*, and 487.010 *et seq.* for a right to attach order ("RTAO") and order for issuance of a Writ of Attachment, and under Federal Rules of Civil Procedure 30(b)(1), 33(b)(2), and 34(b)(2)(A) for an order permitting expedited discovery against the individual and joint property of defendants, Urban Commons, LLC ("Urban Commons"), a Delaware limited liability company; (ii)  Urban Commons 6th Ave Seattle, LLC ("UC Seattle"), a Delaware limited liability company, (iii) Urban Commons Battery Park, LLC ("UC Battery Park"), a Delaware limited liability company, (iv) Taylor Woods ("Woods"), a natural person who resides in California; and (iii) Howard Wu ("Wu" and, together with Urban Commons, UC Seattle, UC Battery Park, and Woods, "Defendants"), a natural person who resides in California, in the amount of $750,000.

Having considered the Application, the documents filed in support of and in opposition to the Application, the applicable law, and the arguments of counsel, the Court finds that this is a proper case for granting the requested relief.

## **FINDINGS ON APPLICATION FOR ATTACHMENT**

1.      Defendant Urban Commons, LLC is a limited liability corporation.

2.      Defendant Urban Commons 6th Ave Seattle, LLC is a limited liability corporation.

3.      Defendant Urban Commons Battery Park, LLC is a limited liability corporation.

4.      Attachment is sought to secure recovery on a claim upon which attachment may be issued pursuant to California Code of Civil Procedure section 483.010.

5.      Plaintiffs have established the probable validity of the claim upon which the attachment is based.

6.      The attachment is sought for no purpose other than the recovery on a claim upon which the attachment is based.

7.     The amount to be secured by the attachment is greater than zero.

8.     The declarations accompanying the Application show the property sought to be attached is not exempt from attachment.

9.     Great or irreparable injury to Plaintiffs will result if this order is not issued, based on danger that the property sought to be attached will be concealed or made unavailable to levy and based on Defendants' insolvency.

10.    Plaintiffs have an undertaking and will file such undertaking in the amount of $10,000 upon grant of this Application.

**RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACHMENT**

Based on the above findings, IT IS HEREBY ORDERED that:

1.     Plaintiffs have a right to attach property of Defendants Urban Commons, LLC, Urban Commons 6th Ave Seattle, Urban Commons Battery Park, LLC, Taylor Woods, and Howard Wu in the amount of $750,000 as of March 30, 2021.

2.     Plaintiffs shall file a sufficient undertaking in the amount of $10,000

3.     The Clerk shall issue a writ of attachment forthwith for any property of Urban Commons, UC Seattle, and UC Battery Park for which a method of levy is provided under California law.

4.     Defendants are ordered to transfer to the levying officer possession of (1) any documentary evidence in their possession of title to any property for which a method of levy is provided under California law, and (2) any documentary evidence in their possession of debt owed for which a method of levy is provided under California law.

**ORDER GRANTING EXPEDITED DISCOVERY**

IT IS FURTHER ORDERED that Plaintiffs are granted leave to conduct certain expedited discovery, and that, commencing with the time and date of this Order, in lieu of the time periods, notice provisions, and other requirements of requirements of Rules 26, 30, 34, and 45 of the Federal Rules of Civil Procedure, expedited discovery as to Urban Commons, UC Seattle, UC Battery Park, Taylor Woods or Howard Wu shall proceed as

follows:

1.   Plaintiffs may, within 5 days of the Court granting Plaintiffs' Application, and upon three (3) calendar days' notice, take the deposition of Defendants Urban Commons, UC Seattle, UC Battery Park, Taylor Woods, and Howard Wu. Defendants shall appear and provide testimony on topics and produce documents in response to requests for production of documents pertaining to: (i) Defendants' assets, (ii) the location of Defendants' assets, and (iii) the location of Plaintiffs' investment funds and tracing of same, contained in their respective Notices of Deposition, attached as **Exhibits Q-U** to the Appendix of Exhibits in support of Plaintiffs' Application for Right to Attach Order, Order for Issuance of Writ of Attachment, and Request For An Order Permitting Expedited Discovery. Provided that, notwithstanding Federal Rule of Civil Procedure 30(a)(2), this Section shall not preclude any future depositions by Plaintiffs. Provided further, that any deposition taken pursuant to this Section shall be in addition to, and not subject to, the presumptive limits on depositions set forth in Federal Rule of Civil Procedure 30(a)(2)(A).

2.   Defendants are to respond to Plaintiffs' special interrogatories to Defendants Urban Commons, UC Seattle, UC Battery Park, Taylor Woods, and Howard Wu attached to the Appendix of Exhibits as **Exhibits V-Z** within seven (7) days of the Court granting Plaintiffs' Application. Provided that, notwithstanding Federal Rule of Civil Procedure 33(a)(1), this Subsection shall not preclude any future interrogatories by Plaintiffs.

**IT IS SO ORDERED.**

Dated: _____                    By: _____

                                         Hon. Douglas F. McCormick
                                         United States Magistrate Judge

- 4 -