GARCIA RAINEY BLANK & BOWERBANK LLP
A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
HUGO A. LOPEZ, Cal. Bar No. 315846
hlopez@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone:   (714) 382-7000
Facsimile:   (714) 784-0031

Attorneys for Plaintiffs
Clifford A. Rosen, MD and Ronald A. Christensen, MD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive<br><br>Defendants | **Case No.:** 8:20-cv-01973-JLS-DFM<br><br>**DECLARATION OF NORMA V. GARCIA IN SUPPORT OF PLAINTIFFS CLIFFORD A. ROSEN AND RONALD A. CHRISTENSEN'S APPLICATION FOR RIGHT TO ATTACH ORDER, ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT, AND REQUEST FOR AN ORDER PERMITTING EXPEDITED DISCOVERY**<br><br>Date:        May 14, 2021<br>Courtroom:   6B, 6th Floor<br>Judge:       Hon. Douglas F. McCormick |

## DECLARATION OF NORMA V. GARCIA

I, Norma V. Garcia declare:

1.      I am a Partner at the law firm of Garcia Rainey Blank & Bowerbank, LLP, counsel of record for Clifford A. Rosen ("Rosen") and Dr. Ronald A. Christensen ("Dr. Christensen"), Plaintiffs in the above-entitled action. I have personal knowledge of the facts set forth in this declaration, which are known by me to be true and correct, and if sworn as a witness, I could and would testify to these facts.

2.      This declaration is submitted in support of Plaintiffs' Application for Right to Attach Order, Order for Issuance of Writ of Attachment, and Request For An Order Permitting Expedited Discovery.

3.      Through this Application, Plaintiffs seek to attach a sum equivalent to $750,000 against defendants Urban Commons, LLC ("Urban Commons"), Urban Commons 6th Ave Seattle, LLC ("UC Seattle"), Urban Commons Battery Park, LLC ("UC Battery Park"), Taylor Woods ("Woods"), and Howard Wu ("Wu"). This sum consists of Dr. Rosen's $250,000 investment in the purchase of a membership interest in UC Seattle as well as Dr. Christensen's $250,000 investment in the purchase of a membership interest in UC Seattle and $250,000 investment in the purchase of a membership interest in UC Battery Park.

4.      Plaintiffs' rescission claim against Defendants arises out of Defendants unlawful sale of unregistered, unqualified and non-exempt securities (UC Seattle and UC Battery Park) in California.

5.      Plaintiffs are not seeking the attachment for any purpose other than to recover their claim for damages related to their rescission claim.

6.      Additionally, Plaintiffs' rescission claim is unsecured, by real property or otherwise. On information and belief, the property Plaintiffs are seeking to attach is not exempt from attachment.

DECLARATION OF NORMA V. GARCIA IN SUPPORT OF PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT

7.     Further, as stated above, the amount to be secured by the attachment is greater than zero as Plaintiffs are seeking to attach a sum equivalent to $750,000.00.

**Plaintiffs Have Established The Probable Validity Of Their Rescission Claim**

8.     Plaintiffs' rescission claim has probable validity, because Plaintiffs have established its prima facie case, based on the facts attested to in the declarations of Clifford A. Rosen and Dr. Ronald A. Christensen, all exhibits attached to their respective declarations, and based on the legal arguments asserted in the memorandum of points and authorities.

**Plaintiffs' Request For Expedited Discovery**

9.     Plaintiffs also seek expedited discovery narrowly tailored and pertaining to the assets of Urban Commons, UC Seattle, UC Battery Park, Woods, and Wu for the limited purpose of identifying Defendants' assets subject to attachment, prevent Defendants from attempting to hide and/or conceal any attachable assets, and trace any ill-gotten gains. To facilitate these efforts, Plaintiffs seek an order shortening the time Defendants have to respond to the special interrogatories attached to the Appendix of Exhibits as **Exhibits V-Z** from 30-days after service as allowed by Federal Rule of Civil Procedure 33 to 7 days after the Court grants Plaintiffs' Application.

10.     Plaintiffs also request an order that Defendants appear for deposition within 5 days of issuance of the Court's order, provide testimony on topics and produce documents in response to document requests narrowly tailored and pertaining to their assets as set forth in Defendants' respective notices of deposition, a true and correct copy of which are attached to the Appendix of Exhibits as **Exhibits Q-U**.

**Plaintiffs' Undertaking**

11.     Here, in accordance with Section 489.220 of the California Code of Civil Procedure, the undertaking should at most be $10,000, which Plaintiffs shall file upon the granting of Plaintiffs' Motion. (See Cal. Code Civ. Proc. §§ 489.210, 489.220.)

1    I declare under the penalty of perjury under the laws of the United States that the

2    foregoing is true and correct.

3

4    Executed on April 16, 2021 at Orange County, California.

5

6

7

8    _____

9                Norma. V. Garcia

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NORMA V. GARCIA IN SUPPORT OF PLAINTIFFS' APPLICATION FOR WRIT OF ATTACHMENT