PAUL S. MARKS, State Bar No. 138407
  pmarks@neufeldmarks.com
TODD W. NIELSEN, State Bar No. 181718
  tnielsen@neufeldmarks.com
YURIKO M. SHIKAI, State Bar No. 229232
  yshikai@neufeldmarks.com
**NEUFELD MARKS**
  **A Professional Corporation**
250 E. 1st Street, Suite 1101
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:  (213) 625-2650

Attorneys for Defendants
Urban Commons, LLC, Urban Commons
6th Ave Seattle, LLC, Urban Commons
Battery Park, LLC, Taylor Woods,
Howard Wu, and Brian Egnatz

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an Individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 8:20-cv-01973-JLS-DFM<br><br>**DECLARATIONS OF<br>(1) TAYLOR WOODS AND<br>(2) YURIKO M. SHIKAI<br>IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' APPLICATION RE ATTACHMENT**<br><br>[*Opposition to Application for Attachment and Evidentiary Objections filed concurrently herewith*]<br><br><u>Judge: Hon. Douglas F. McCormick</u><br><br>Complaint Filed: October 13, 2020<br><br>Discovery Cut-off:  January 31, 2022<br>Final Pretrial Conf:  June 17, 2022<br><br>Date:  May 14, 2021<br>Time:  N/A<br>Ctrm:  6B, 6th Floor<br>  Ronald Reagan Federal Bldg.<br>  411 W. Fourth Street<br>  Santa Ana, CA 92701 |

# Declaration of Taylor Woods

# DECLARATION OF TAYLOR WOODS

I, Taylor Woods, declare as follows:

1. I am a defendant and a principal of defendant Urban Commons, LLC ("Urban Commons") in the above-referenced matter. I make this declaration in support of defendants' opposition to plaintiffs' application for right to attach order, order for issuance of writ of attachment, and for expedited discovery. If called as a witness, I could and would competently testify to all facts within my personal knowledge.

2. I have reviewed the declarations of Clifford A. Rosen and Ronald A. Christensen (collectively, "Plaintiffs") made in support of Plaintiffs' application for attachment and make this declaration to address the misstatements made by Plaintiffs.

3. Urban Commons is a managing member of defendants Urban Commons 6th Ave Seattle, LLC ("UC Seattle"), and Urban Commons Battery Park, LLC ("UC Battery Park").

4. Plaintiffs Clifford A. Rosen and Ronald A. Christensen (collectively, "Plaintiffs") irrevocably committed to invest in UC Seattle in January 2020 and in UC Battery in February 2020.

5. The UC Seattle investment involves the acquisition and purchase of property located at 1301 6th Avenue, Seattle, Washington ("Seattle Property"), which still remains in escrow. UC Seattle has already received the $60,000,000 financial commitment for the acquisition of the Seattle Property which is currently in escrow.

6. The closing for the Seattle Property was originally targeted for March 2020, but due to the COVID-19 pandemic which hit in March 2020, the closing has been unavoidably extended. Because of the prolonged pandemic, the Seattle Property began losing business and money, and Urban Commons did not want to prematurely complete acquisition and purchase of a property that was losing money.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

However, UC Seattle and Urban Commons are still planning to close escrow and I estimate that the escrow for the Seattle Property will close in about 60 days.

7. UC Seattle is still in the process of completing this acquisition. Thus, UC Seattle's earnest money deposit, a portion of which was derived from Plaintiffs' capital contributions, remains in the escrow account for the purchase of the Seattle Property.

8. The UC Battery investment involves the property located at 2 West Street, New York, New York ("New York Property"). Plaintiff Christensen contributed his investment after the acquisition and purchase of the New York Property. The funds plaintiff contributed in exchange for his ownership interest in UC Battery are used for purposes as provided in the operating agreement for this entity, such as for operational expenses of the New York Property.

9. In response to Plaintiffs' statements regarding their communications with me, I never said that they would get a guaranteed 30% return on their investment, I only referenced estimated projections and possible returns, not a guarantee. I also did not state to Plaintiffs that $25,000,000 was already raised for UC Seattle or that I "had personally invested $5,000,000 to $10,000,000"; Urban Commons would have invested $5,000,000 to $10,000,000 in UC Seattle.

10. Plaintiffs' statements in their declarations that I purportedly withheld information regarding EHT defaulting on a $340,000,000 loan with Bank of America "only weeks before our call with Woods [in or about January 15, 2020]," that "trading of the EAGLEHT units had been suspended on the Singapore Exchange," and that "the EHT as under investigation by the Monetary Authority of Singapore (MAS) and the Singapore Exchange" are all false statements. I have confirmed that the default by EHT on the loan occurred on March 20, 2020 and trading was suspended on March 19, 2020. Moreover, no charges have been filed regarding the purported investigation.

/ / /

2
DECLARATION OF TAYLOR WOODS

11. Furthermore, Plaintiffs' misstatements as referenced above are completely irrelevant to the UC Seattle acquisition and the UC Battery Park investments. EHT is not required to be the buyer of the Seattle Property and is not related to the New York Property, and any issues with EHT's default of its loan and whether EHT's trading was suspended, has nothing to do with the Seattle Property, the New York Property, or Plaintiffs' investments.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 23, 2021, at Los Angeles, California.



Taylor Woods

# Declaration of Yuriko M. Shikai

## DECLARATION OF YURIKO M. SHIKAI

I, Yuriko M. Shikai, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Neufeld Marks, attorneys of record for defendants Urban Commons, LLC ("Urban Commons"), Urban Commons 6th Ave Seattle, LLC ("UC Seattle"), Urban Commons Battery Park, LLC ("UC Battery Park"), Taylor Woods, Howard Wu, and Brian Egnatz (collectively, "Defendants"). If called as a witness, I could and would competently testify to all facts within my personal knowledge.

2. On April 16, 2021, our office received Plaintiffs' Notice of Application for Right to Attach Order, Order for Issuance of Writ of Attachment and supporting papers which included a memorandum of points and authorities, declarations, exhibits, and proposed order, but Plaintiffs' papers did not include any actual Application for Right to Attach Order and Order for Issuance of Writ of Attachment form. Our office never received any such Application for Right to Attach Order and Order for Issuance of Writ of Attachment form (a Judicial Council form) from Plaintiffs' counsel.

3. I did not see any description of the properties that Plaintiffs seek to attach in Plaintiffs' application for attachment papers.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 23, 2021, at Los Angeles, California.

*Yuriko M. Shikai*
Yuriko M. Shikai

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 250 E. 1st Street, Suite 1101, Los Angeles, CA 90012.

On April 23, 2021, I served true copies of the following document(s) described as **DECLARATIONS OF (1) TAYLOR WOODS AND (2) YURIKO M. SHIKAI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' APPLICATION RE ATTACHMENT** on the interested parties in this action as follows:

Norma V. Garcia, Esq.
Jeffrey M. Blank, Esq.
Hugo A. Lopez, Esq.
Garcia Rainey Blank & Bowerbank LLP
695 Town Center Drive Suite 700
Costa Mesa, CA 92626
Telephone: 714-382-7000
Facsimile: 714-382-0031
Email: jblank@garciarainey.com
Email: jeffblanklaw@gmail.com
Email: ngarciaguillen@garciarainey.com
Email: hlopez@garciarainey.com
Email: mjskapadia@garciarainey.com

Derek J. Meyer, Esq.
LeonardMeyer LLP
10250 Constellation Blvd. 14th Floor
Los Angeles, CA 90067
Tel: (310) 220-0331
Email: rmeyer@leonardmeyerllp.com

*Attorney for Defendant Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC*

*Attorneys for Plaintiff*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address rortega@neufeldmarks.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 23, 2021, at Los Angeles, California.

_____
Rachel Ortega