PAUL S. MARKS, State Bar No. 138407
    pmarks@neufeldmarks.com
TODD W. NIELSEN, State Bar No. 181718
    tnielsen@neufeldmarks.com
YURIKO M. SHIKAI, State Bar No. 229232
    yshikai@neufeldmarks.com
**NEUFELD MARKS**
    **A Professional Corporation**
250 E. 1st Street, Suite 1101
Los Angeles, California 90012
Telephone:   (213) 625-2625
Facsimile:   (213) 625-2650

Attorneys for Defendants
Urban Commons, LLC, Urban Commons
6th Ave Seattle, LLC, Urban Commons
Battery Park, LLC, Taylor Woods,
Howard Wu and Brian Egnatz

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an Individual,<br><br>                Plaintiffs,<br><br>        vs.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 8:20-cv-01973-JLS-DFM<br><br>**SUBMISSION OF ANSWER TO COMPLAINT AS ANSWER TO FIRST AMENDED COMPLAINT**<br><br>*Judge:  Hon. Josephine L. Staton*<br><br>Trial Date:      None Set |

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

1   Given that the First Amended Complaint ("FAC") of plaintiffs Clifford A.

2   Rosen and Ronald A. Christensen (collectively, "Plaintiffs") was filed pursuant to

3   the Court's granting of the motion to dismiss filed by defendant Chicago Analytic

4   Trading Company, LLC dba Little River Capital, LLC; and due to Neufeld Mark's

5   ("NM") motion to withdraw as counsel for defendants Urban Commons, LLC,

6   Urban Commons 6th Ave Seattle, LLC, Urban Commons Battery Park, LLC,

7   Taylor Woods, Howard Wu, and Brian Egnatz (collectively, "Defendants") that was

8   filed on June 1, 2021; and in order not to prejudice the position of Defendants in this

9   action, and in an abundance of caution, NM hereby submits the Answer to

10   Complaint filed on December 7, 2020, attached hereto as Exhibit A, as the Answer

11   to the First Amended Complaint.

12

13   DATED:  June 2, 2021                   NEUFELD MARKS

14                                             A Professional Corporation
                                            Paul S. Marks

15                                           Todd W. Nielsen

16                                           Yuriko M. Shikai

17

18                                      By:   _____
                                                  *Yuriko M. Shikai*

19                                           Yuriko M. Shikai

20                                           Attorneys for Defendants
                                            Urban Commons, LLC, Urban Commons

21                                           6th Ave Seattle, LLC, Urban Commons

22                                           Battery Park, LLC, Taylor Woods,
                                            Howard Wu and Brian Egnatz

23

24

25

26

27

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625   • Facsimile: (213) 625-2650

# Exhibit A

PAUL S. MARKS, State Bar No. 138407
   pmarks@neufeldmarks.com
TODD W. NIELSEN, State Bar No. 181718
   tnielsen@neufeldmarks.com
YURIKO M. SHIKAI, State Bar No. 229232
   yshikai@neufeldmarks.com
**NEUFELD MARKS**
   **A Professional Corporation**
250 E. 1st Street, Suite 1101
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile:   (213) 625-2650

Attorneys for defendants
Urban Commons, LLC, Urban Commons
6th Ave Seattle, LLC, Urban Commons
Battery Park, LLC, Taylor Woods,
Howard Wu and Brian Egnatz

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an Individual, | Case No. 8:20-cv-01973-JLS-DFM |
| Plaintiffs, | **ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** |
| vs. | |
| URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

## ANSWER TO COMPLAINT

COME NOW defendants Urban Commons, LLC; Urban Commons 6th Ave. Seattle, LLC; Urban Commons Battery Park, LLC; Taylor Woods; Howard Wu; and Brian Egnatz, to respond to the allegations of the complaint on file herein, with each paragraph listed below referring to the like-numbered paragraph of the complaint:

1.      These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

2.      These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

3.      These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  defendants; however, if a response is required, these responding defendants

2  deny the aforesaid allegations.

3  <u>**JURISDICTION AND VENUE**</u>

4  4.     These responding defendants allege that the allegations of this

5  paragraph are either legal conclusions or expressions of the intentions,

6  thoughts, or wishes of plaintiffs, about which these responding parties have no

7  personal knowledge, or that the said allegations otherwise constitute matter to

8  which no response is required; as such, these responding defendants allege that

9  the aforesaid allegations do not require a response from these responding

10 defendants; however, if a response is required, these responding defendants

11 deny the aforesaid allegations.

12 5.     These responding defendants deny the allegations of this

13 paragraph.

14 6.     These responding defendants allege that the allegations of this

15 paragraph are either legal conclusions or expressions of the intentions,

16 thoughts, or wishes of plaintiffs, about which these responding parties have no

17 personal knowledge, or that the said allegations otherwise constitute matter to

18 which no response is required; as such, these responding defendants allege that

19 the aforesaid allegations do not require a response from these responding

20 defendants; however, if a response is required, these responding defendants

21 deny the aforesaid allegations.

22 7.     These responding defendants allege that the allegations of this

23 paragraph are either legal conclusions or expressions of the intentions,

24 thoughts, or wishes of plaintiffs, about which these responding parties have no

25 personal knowledge, or that the said allegations otherwise constitute matter to

26 which no response is required; as such, these responding defendants allege that

27 the aforesaid allegations do not require a response from these responding

28 defendants; however, if a response is required, these responding defendants

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  deny the aforesaid allegations.

2  8. These responding defendants allege that the allegations of this

3  paragraph are either legal conclusions or expressions of the intentions,

4  thoughts, or wishes of plaintiffs, about which these responding parties have no

5  personal knowledge, or that the said allegations otherwise constitute matter to

6  which no response is required; as such, these responding defendants allege that

7  the aforesaid allegations do not require a response from these responding

8  defendants; however, if a response is required, these responding defendants

9  deny the aforesaid allegations.

10  9. These responding defendants allege that the allegations of this

11  paragraph are either legal conclusions or expressions of the intentions,

12  thoughts, or wishes of plaintiffs, about which these responding parties have no

13  personal knowledge, or that the said allegations otherwise constitute matter to

14  which no response is required; as such, these responding defendants allege that

15  the aforesaid allegations do not require a response from these responding

16  defendants; however, if a response is required, these responding defendants

17  deny the aforesaid allegations.

18  **PARTIES**

19  10. These responding defendants admit the allegations of this

20  paragraph.

21  11. These responding defendants admit the allegations of this

22  paragraph.

23  12. These responding defendants admit the allegations of this

24  paragraph, except for the allegation that Urban Commons is a REIT, which

25  is denied.

26  13. These responding defendants admit the allegations of this

27  paragraph.

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

14.     These responding defendants admit the allegations of this paragraph.

15.      These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations of this paragraph.

16.     These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations of this paragraph.

17.     These responding defendants admit the allegations of this paragraph.

18.      These responding defendants admit the allegations of this paragraph, except that Mr. Wu is a resident of Los Angeles County, not Orange County.

19.     These responding defendants admit the allegations of this paragraph.

20.     These responding defendants admit the allegations of this paragraph.

21.     These responding defendants admit the allegations of this paragraph.

22.     These responding defendants admit the allegations of this paragraph.

23.     These responding defendants admit the allegations of this paragraph.

### **GENERAL ALLEGATIONS**

24.     These responding defendants admit the allegations of this paragraph.

25.     These responding defendants deny the allegations of this paragraph.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

26.     These responding defendants deny the allegations of this paragraph.

27.     These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations of this paragraph.

28.     These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations of this paragraph.

29.     These responding defendants admit the allegations of this paragraph.

30.     These responding defendants admit the allegations of this paragraph.

31.     These responding defendants admit the allegations of this paragraph.

32.     These responding defendants admit the allegations of this paragraph.

33.     These responding defendants deny the allegations of this paragraph.

34.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

35.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions,

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

1 thoughts, or wishes of plaintiffs, about which these responding parties have no
2 personal knowledge, or that the said allegations otherwise constitute matter to
3 which no response is required; as such, these responding defendants allege that
4 the aforesaid allegations do not require a response from these responding
5 defendants; however, if a response is required, these responding defendants
6 deny the aforesaid allegations.

7     36.    These responding defendants allege that the allegations of this
8 paragraph are either legal conclusions or expressions of the intentions,
9 thoughts, or wishes of plaintiffs, about which these responding parties have no
10 personal knowledge, or that the said allegations otherwise constitute matter to
11 which no response is required; as such, these responding defendants allege that
12 the aforesaid allegations do not require a response from these responding
13 defendants; however, if a response is required, these responding defendants
14 deny the aforesaid allegations.

15     37.    These responding defendants allege that the allegations of this
16 paragraph are either legal conclusions or expressions of the intentions,
17 thoughts, or wishes of plaintiffs, about which these responding parties have no
18 personal knowledge, or that the said allegations otherwise constitute matter to
19 which no response is required; as such, these responding defendants allege that
20 the aforesaid allegations do not require a response from these responding
21 defendants; however, if a response is required, these responding defendants
22 deny the aforesaid allegations.

23     38.    These responding defendants admit the allegations of this
24 paragraph.

25     39.    These responding defendants deny the allegations of this
26 paragraph.

27     40.    These responding defendants lack sufficient knowledge or
28 information to admit the said allegations, and on that basis deny the allegations

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1 | of this paragraph.

2 |     41.    These responding defendants deny the allegations of this
3 | paragraph.

4 |     42.    These responding defendants admit the allegations of this
5 | paragraph.

6 |     43.    These responding defendants admit the allegations of this
7 | paragraph.

8 |     44.    These responding defendants admit the allegations of this
9 | paragraph.

10 |     45.    These responding defendants deny the allegations of this
11 | paragraph.

12 |     46.    These responding defendants allege that the allegations of this
13 | paragraph are either legal conclusions or expressions of the intentions,
14 | thoughts, or wishes of plaintiffs, about which these responding parties have no
15 | personal knowledge, or that the said allegations otherwise constitute matter to
16 | which no response is required; as such, these responding defendants allege that
17 | the aforesaid allegations do not require a response from these responding
18 | defendants; however, if a response is required, these responding defendants
19 | deny the aforesaid allegations.

20 |     47.    These responding defendants allege that the allegations of this
21 | paragraph are either legal conclusions or expressions of the intentions,
22 | thoughts, or wishes of plaintiffs, about which these responding parties have no
23 | personal knowledge, or that the said allegations otherwise constitute matter to
24 | which no response is required; as such, these responding defendants allege that
25 | the aforesaid allegations do not require a response from these responding
26 | defendants; however, if a response is required, these responding defendants
27 | deny the aforesaid allegations.

28 |

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

48.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

49.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

50.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

51.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

ANSWER TO COMPLAINT

1    which no response is required; as such, these responding defendants allege that
2    the aforesaid allegations do not require a response from these responding
3    defendants; however, if a response is required, these responding defendants
4    deny the aforesaid allegations.

5        52.    These responding defendants allege that the allegations of this
6    paragraph are either legal conclusions or expressions of the intentions,
7    thoughts, or wishes of plaintiffs, about which these responding parties have no
8    personal knowledge, or that the said allegations otherwise constitute matter to
9    which no response is required; as such, these responding defendants allege that
10   the aforesaid allegations do not require a response from these responding
11   defendants; however, if a response is required, these responding defendants
12   deny the aforesaid allegations.

13       53.    These responding defendants deny the allegations of this
14   paragraph.

15       54.    These responding defendants deny the allegations of this
16   paragraph.

17       55.    These responding defendants deny the allegations of this
18   paragraph.

19       56.    These responding defendants allege that the allegations of this
20   paragraph are either legal conclusions or expressions of the intentions,
21   thoughts, or wishes of plaintiffs, about which these responding parties have no
22   personal knowledge, or that the said allegations otherwise constitute matter to
23   which no response is required; as such, these responding defendants allege that
24   the aforesaid allegations do not require a response from these responding
25   defendants; however, if a response is required, these responding defendants
26   deny the aforesaid allegations.

27       57.    These responding defendants allege that the allegations of this
28   paragraph are either legal conclusions or expressions of the intentions,

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  thoughts, or wishes of plaintiffs, about which these responding parties have no
2  personal knowledge, or that the said allegations otherwise constitute matter to
3  which no response is required; as such, these responding defendants allege that
4  the aforesaid allegations do not require a response from these responding
5  defendants; however, if a response is required, these responding defendants
6  deny the aforesaid allegations.

7      58.    These responding defendants allege that the allegations of this
8  paragraph are either legal conclusions or expressions of the intentions,
9  thoughts, or wishes of plaintiffs, about which these responding parties have no
10  personal knowledge, or that the said allegations otherwise constitute matter to
11  which no response is required; as such, these responding defendants allege that
12  the aforesaid allegations do not require a response from these responding
13  defendants; however, if a response is required, these responding defendants
14  deny the aforesaid allegations.

15      59.    These responding defendants allege that the allegations of this
16  paragraph are either legal conclusions or expressions of the intentions,
17  thoughts, or wishes of plaintiffs, about which these responding parties have no
18  personal knowledge, or that the said allegations otherwise constitute matter to
19  which no response is required; as such, these responding defendants allege that
20  the aforesaid allegations do not require a response from these responding
21  defendants; however, if a response is required, these responding defendants
22  deny the aforesaid allegations.

23      60.    These responding defendants allege that the allegations of this
24  paragraph are either legal conclusions or expressions of the intentions,
25  thoughts, or wishes of plaintiffs, about which these responding parties have no
26  personal knowledge, or that the said allegations otherwise constitute matter to
27  which no response is required; as such, these responding defendants allege that
28  the aforesaid allegations do not require a response from these responding

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1 defendants; however, if a response is required, these responding defendants

2 deny the aforesaid allegations.

3      61.    These responding defendants allege that the allegations of this

4 paragraph are either legal conclusions or expressions of the intentions,

5 thoughts, or wishes of plaintiffs, about which these responding parties have no

6 personal knowledge, or that the said allegations otherwise constitute matter to

7 which no response is required; as such, these responding defendants allege that

8 the aforesaid allegations do not require a response from these responding

9 defendants; however, if a response is required, these responding defendants

10 deny the aforesaid allegations.

11      62.    These responding defendants deny the allegations of this

12 paragraph.

13      63.    These responding defendants deny the allegations of this

14 paragraph.

15      64.    These responding defendants admit the allegations of this

16 paragraph.

17      65.    These responding defendants deny the allegations of this

18 paragraph.

19      66.    These responding defendants admit the allegations of this

20 paragraph.

21      67.    These responding defendants admit the first sentence; deny the

22 remaining allegations.

23      68.    These responding defendants admit the first sentence; deny the

24 remaining allegations.

25      69.    These responding defendants deny the allegations of this

26 paragraph.

27

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

70. These responding defendants lack sufficient knowledge or information to admit the said allegations, and on that basis deny the allegations of this paragraph.

71. These responding defendants deny the allegations of this paragraph.

72. These responding defendants deny the allegations of this paragraph.

a. These responding defendants deny the allegations of this paragraph.

b. These responding defendants deny the allegations of this paragraph.

c. These responding defendants deny the allegations of this paragraph.

d. These responding defendants deny the allegations of this paragraph.

e. These responding defendants deny the allegations of this paragraph.

f. These responding defendants deny the allegations of this paragraph.

73. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

74.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

75.   These responding defendants deny the allegations of this paragraph.

76.   These responding defendants deny the allegations of this paragraph.

77.   These responding defendants deny the allegations of this paragraph.

**FIRST CAUSE OF ACTION**

**(Violation of Section 5 of the Securities and Exchange Act Against All Defendants, and Does 1 through 10, Inclusive)**

78.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

79.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions,

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625   •   Facsimile: (213) 625-2650

thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

80.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

81.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## SECOND CAUSE OF ACTION

## (Violation of Section 12 of the Securities and Exchange Act Against All Defendants, and Does 1 through 10, Inclusive)

82.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

83.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

84.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

### THIRD CAUSE OF ACTION

### (Violation of Section 15 of the Securities and Exchange Act Against WOODS, and WU, and Does 1 through 10, Inclusive)

85.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

86. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## **FOURTH CAUSE OF ACTION**

### **(Violation of Section 17 of the Securities and Exchange Act Against All Defendants, and Does 1 through 10, Inclusive)**

87. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

88. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1 the aforesaid allegations do not require a response from these responding

2 defendants; however, if a response is required, these responding defendants

3 deny the aforesaid allegations.

4       89.    These responding defendants allege that the allegations of this

5 paragraph are either legal conclusions or expressions of the intentions,

6 thoughts, or wishes of plaintiffs, about which these responding parties have no

7 personal knowledge, or that the said allegations otherwise constitute matter to

8 which no response is required; as such, these responding defendants allege that

9 the aforesaid allegations do not require a response from these responding

10 defendants; however, if a response is required, these responding defendants

11 deny the aforesaid allegations.

12       90.    These responding defendants allege that the allegations of this

13 paragraph are either legal conclusions or expressions of the intentions,

14 thoughts, or wishes of plaintiffs, about which these responding parties have no

15 personal knowledge, or that the said allegations otherwise constitute matter to

16 which no response is required; as such, these responding defendants allege that

17 the aforesaid allegations do not require a response from these responding

18 defendants; however, if a response is required, these responding defendants

19 deny the aforesaid allegations.

20       91.    These responding defendants allege that the allegations of this

21 paragraph are either legal conclusions or expressions of the intentions,

22 thoughts, or wishes of plaintiffs, about which these responding parties have no

23 personal knowledge, or that the said allegations otherwise constitute matter to

24 which no response is required; as such, these responding defendants allege that

25 the aforesaid allegations do not require a response from these responding

26 defendants; however, if a response is required, these responding defendants

27 deny the aforesaid allegations.

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

**FIFTH CAUSE OF ACTION**

**(Violation of Section 10(b) of the 1934 Securities and Exchange Act and Rule 10b-5 Against All Defendants and Does 1 through 10, Inclusive)**

92.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

93.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

94.     These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

95.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

96.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

97.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

98.    These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  which no response is required; as such, these responding defendants allege that
2  the aforesaid allegations do not require a response from these responding
3  defendants; however, if a response is required, these responding defendants
4  deny the aforesaid allegations.

5       99.    These responding defendants allege that the allegations of this
6  paragraph are either legal conclusions or expressions of the intentions,
7  thoughts, or wishes of plaintiffs, about which these responding parties have no
8  personal knowledge, or that the said allegations otherwise constitute matter to
9  which no response is required; as such, these responding defendants allege that
10 the aforesaid allegations do not require a response from these responding
11 defendants; however, if a response is required, these responding defendants
12 deny the aforesaid allegations.

13      100.  These responding defendants allege that the allegations of this
14 paragraph are either legal conclusions or expressions of the intentions,
15 thoughts, or wishes of plaintiffs, about which these responding parties have no
16 personal knowledge, or that the said allegations otherwise constitute matter to
17 which no response is required; as such, these responding defendants allege that
18 the aforesaid allegations do not require a response from these responding
19 defendants; however, if a response is required, these responding defendants
20 deny the aforesaid allegations.

21      101.  These responding defendants allege that the allegations of this
22 paragraph are either legal conclusions or expressions of the intentions,
23 thoughts, or wishes of plaintiffs, about which these responding parties have no
24 personal knowledge, or that the said allegations otherwise constitute matter to
25 which no response is required; as such, these responding defendants allege that
26 the aforesaid allegations do not require a response from these responding
27 defendants; however, if a response is required, these responding defendants
28 deny the aforesaid allegations.

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625   •   Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

**SIXTH CAUSE OF ACTION**

**(Violation of California Corporations Code §§ 25401 and 25501 Against All Defendants and Does 1 through 10, Inclusive)**

102.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

103.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

104.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625   •  Facsimile: (213) 625-2650

105.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

106.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

107.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

108.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

1 which no response is required; as such, these responding defendants allege that
2 the aforesaid allegations do not require a response from these responding
3 defendants; however, if a response is required, these responding defendants
4 deny the aforesaid allegations.

5     109.   These responding defendants allege that the allegations of this
6 paragraph are either legal conclusions or expressions of the intentions,
7 thoughts, or wishes of plaintiffs, about which these responding parties have no
8 personal knowledge, or that the said allegations otherwise constitute matter to
9 which no response is required; as such, these responding defendants allege that
10 the aforesaid allegations do not require a response from these responding
11 defendants; however, if a response is required, these responding defendants
12 deny the aforesaid allegations.

13                     **SEVENTH CAUSE OF ACTION**

14     **(For Violations of California Corporations Code §§ 25400 & 25500**

15        **(Against All Defendants and Does 1 through 10, Inclusive)**

16     110.   These responding defendants allege that the allegations of this
17 paragraph are either legal conclusions or expressions of the intentions,
18 thoughts, or wishes of plaintiffs, about which these responding parties have no
19 personal knowledge, or that the said allegations otherwise constitute matter to
20 which no response is required; as such, these responding defendants allege that
21 the aforesaid allegations do not require a response from these responding
22 defendants; however, if a response is required, these responding defendants
23 deny the aforesaid allegations.

24     111.   These responding defendants allege that the allegations of this
25 paragraph are either legal conclusions or expressions of the intentions,
26 thoughts, or wishes of plaintiffs, about which these responding parties have no
27 personal knowledge, or that the said allegations otherwise constitute matter to
28 which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  the aforesaid allegations do not require a response from these responding

2  defendants; however, if a response is required, these responding defendants

3  deny the aforesaid allegations.

4          112.   These responding defendants allege that the allegations of this

5  paragraph are either legal conclusions or expressions of the intentions,

6  thoughts, or wishes of plaintiffs, about which these responding parties have no

7  personal knowledge, or that the said allegations otherwise constitute matter to

8  which no response is required; as such, these responding defendants allege that

9  the aforesaid allegations do not require a response from these responding

10  defendants; however, if a response is required, these responding defendants

11  deny the aforesaid allegations.

12          113.   These responding defendants allege that the allegations of this

13  paragraph are either legal conclusions or expressions of the intentions,

14  thoughts, or wishes of plaintiffs, about which these responding parties have no

15  personal knowledge, or that the said allegations otherwise constitute matter to

16  which no response is required; as such, these responding defendants allege that

17  the aforesaid allegations do not require a response from these responding

18  defendants; however, if a response is required, these responding defendants

19  deny the aforesaid allegations.

20          114.   These responding defendants allege that the allegations of this

21  paragraph are either legal conclusions or expressions of the intentions,

22  thoughts, or wishes of plaintiffs, about which these responding parties have no

23  personal knowledge, or that the said allegations otherwise constitute matter to

24  which no response is required; as such, these responding defendants allege that

25  the aforesaid allegations do not require a response from these responding

26  defendants; however, if a response is required, these responding defendants

27  deny the aforesaid allegations.

28

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

115.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

116.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## **EIGHTH CAUSE OF ACTION**

### **(For Violations of California Corporations Code § 25403 Against WOODS and WU)**

117.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

118. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

<div align="center">

**NINTH CAUSE OF ACTION**

**(For Violations of California Corporations Code §§ 25503, 25504.1 & 25110 Against All Defendants and Does 1 through 10, Inclusive)**

</div>

119. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

120. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

121.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

122.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

123.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

124.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625   • Facsimile: (213) 625-2650

1  which no response is required; as such, these responding defendants allege that

2  the aforesaid allegations do not require a response from these responding

3  defendants; however, if a response is required, these responding defendants

4  deny the aforesaid allegations.

5       125.   These responding defendants allege that the allegations of this

6  paragraph are either legal conclusions or expressions of the intentions,

7  thoughts, or wishes of plaintiffs, about which these responding parties have no

8  personal knowledge, or that the said allegations otherwise constitute matter to

9  which no response is required; as such, these responding defendants allege that

10 the aforesaid allegations do not require a response from these responding

11 defendants; however, if a response is required, these responding defendants

12 deny the aforesaid allegations.

13                    **TENTH CAUSE OF ACTION**

14 **(Violation of California Corporations Code §25504 Against All Defendants**

15              **and Does 1 through 10, Inclusive)**

16      126.   These responding defendants allege that the allegations of this

17 paragraph are either legal conclusions or expressions of the intentions,

18 thoughts, or wishes of plaintiffs, about which these responding parties have no

19 personal knowledge, or that the said allegations otherwise constitute matter to

20 which no response is required; as such, these responding defendants allege that

21 the aforesaid allegations do not require a response from these responding

22 defendants; however, if a response is required, these responding defendants

23 deny the aforesaid allegations.

24      127.   These responding defendants allege that the allegations of this

25 paragraph are either legal conclusions or expressions of the intentions,

26 thoughts, or wishes of plaintiffs, about which these responding parties have no

27 personal knowledge, or that the said allegations otherwise constitute matter to

28 which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  • Facsimile: (213) 625-2650

the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

128.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

129.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

130.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

131.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

132.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

133.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

134.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  •  Facsimile: (213) 625-2650

1   which no response is required; as such, these responding defendants allege that

2   the aforesaid allegations do not require a response from these responding

3   defendants; however, if a response is required, these responding defendants

4   deny the aforesaid allegations.

5   **ELEVENTH CAUSE OF ACTION**

6   **(Violation of California Corporations Code §§ 25401 & 25504.1 Against All**

7   **Defendants and Does 1 through 10, Inclusive)**

8   135.   These responding defendants allege that the allegations of this

9   paragraph are either legal conclusions or expressions of the intentions,

10  thoughts, or wishes of plaintiffs, about which these responding parties have no

11  personal knowledge, or that the said allegations otherwise constitute matter to

12  which no response is required; as such, these responding defendants allege that

13  the aforesaid allegations do not require a response from these responding

14  defendants; however, if a response is required, these responding defendants

15  deny the aforesaid allegations.

16  136.   These responding defendants allege that the allegations of this

17  paragraph are either legal conclusions or expressions of the intentions,

18  thoughts, or wishes of plaintiffs, about which these responding parties have no

19  personal knowledge, or that the said allegations otherwise constitute matter to

20  which no response is required; as such, these responding defendants allege that

21  the aforesaid allegations do not require a response from these responding

22  defendants; however, if a response is required, these responding defendants

23  deny the aforesaid allegations.

24  137.   These responding defendants allege that the allegations of this

25  paragraph are either legal conclusions or expressions of the intentions,

26  thoughts, or wishes of plaintiffs, about which these responding parties have no

27  personal knowledge, or that the said allegations otherwise constitute matter to

28  which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1 the aforesaid allegations do not require a response from these responding
2 defendants; however, if a response is required, these responding defendants
3 deny the aforesaid allegations.

4     138.  These responding defendants allege that the allegations of this
5 paragraph are either legal conclusions or expressions of the intentions,
6 thoughts, or wishes of plaintiffs, about which these responding parties have no
7 personal knowledge, or that the said allegations otherwise constitute matter to
8 which no response is required; as such, these responding defendants allege that
9 the aforesaid allegations do not require a response from these responding
10 defendants; however, if a response is required, these responding defendants
11 deny the aforesaid allegations.

12     139.  These responding defendants allege that the allegations of this
13 paragraph are either legal conclusions or expressions of the intentions,
14 thoughts, or wishes of plaintiffs, about which these responding parties have no
15 personal knowledge, or that the said allegations otherwise constitute matter to
16 which no response is required; as such, these responding defendants allege that
17 the aforesaid allegations do not require a response from these responding
18 defendants; however, if a response is required, these responding defendants
19 deny the aforesaid allegations.

20     140.  These responding defendants allege that the allegations of this
21 paragraph are either legal conclusions or expressions of the intentions,
22 thoughts, or wishes of plaintiffs, about which these responding parties have no
23 personal knowledge, or that the said allegations otherwise constitute matter to
24 which no response is required; as such, these responding defendants allege that
25 the aforesaid allegations do not require a response from these responding
26 defendants; however, if a response is required, these responding defendants
27 deny the aforesaid allegations.

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

141.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

142.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

143.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

144.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

145. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## TWELFTH CAUSE OF ACTION

## (Violation of California Corporations Code §§ 25200, et seq. & 25501.5 Against All Defendants and Does 1 through 10, Inclusive)

146. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

147. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  the aforesaid allegations do not require a response from these responding

2  defendants; however, if a response is required, these responding defendants

3  deny the aforesaid allegations.

4  148.   These responding defendants allege that the allegations of this

5  paragraph are either legal conclusions or expressions of the intentions,

6  thoughts, or wishes of plaintiffs, about which these responding parties have no

7  personal knowledge, or that the said allegations otherwise constitute matter to

8  which no response is required; as such, these responding defendants allege that

9  the aforesaid allegations do not require a response from these responding

10  defendants; however, if a response is required, these responding defendants

11  deny the aforesaid allegations.

12  149.   These responding defendants allege that the allegations of this

13  paragraph are either legal conclusions or expressions of the intentions,

14  thoughts, or wishes of plaintiffs, about which these responding parties have no

15  personal knowledge, or that the said allegations otherwise constitute matter to

16  which no response is required; as such, these responding defendants allege that

17  the aforesaid allegations do not require a response from these responding

18  defendants; however, if a response is required, these responding defendants

19  deny the aforesaid allegations.

20  150.   These responding defendants allege that the allegations of this

21  paragraph are either legal conclusions or expressions of the intentions,

22  thoughts, or wishes of plaintiffs, about which these responding parties have no

23  personal knowledge, or that the said allegations otherwise constitute matter to

24  which no response is required; as such, these responding defendants allege that

25  the aforesaid allegations do not require a response from these responding

26  defendants; however, if a response is required, these responding defendants

27  deny the aforesaid allegations.

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

151.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

152.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

153.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

**THIRTEENTH CAUSE OF ACTION**

**(Theft By False Pretense – California Penal Code §496(c), Against All Defendants and Does 1 through 10, Inclusive)**

154.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

155.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

156.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

157.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

158.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

159.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

## FOURTEENTH CAUSE OF ACTION

### (Constructive Fraud Against All Defendants and Does 1 through 10 Inclusive)

160.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

161.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

162.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

163.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

164.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

165.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

166.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625   •  Facsimile: (213) 625-2650

which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

167.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

168.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## FIFTEENTH CAUSE OF ACTION

### (Fraud-False Promise Against All Defendants and Does 1 through 10, Inclusive)

169.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  the aforesaid allegations do not require a response from these responding
2  defendants; however, if a response is required, these responding defendants
3  deny the aforesaid allegations.

4      170.  These responding defendants allege that the allegations of this
5  paragraph are either legal conclusions or expressions of the intentions,
6  thoughts, or wishes of plaintiffs, about which these responding parties have no
7  personal knowledge, or that the said allegations otherwise constitute matter to
8  which no response is required; as such, these responding defendants allege that
9  the aforesaid allegations do not require a response from these responding
10 defendants; however, if a response is required, these responding defendants
11 deny the aforesaid allegations.

12     171.  These responding defendants allege that the allegations of this
13 paragraph are either legal conclusions or expressions of the intentions,
14 thoughts, or wishes of plaintiffs, about which these responding parties have no
15 personal knowledge, or that the said allegations otherwise constitute matter to
16 which no response is required; as such, these responding defendants allege that
17 the aforesaid allegations do not require a response from these responding
18 defendants; however, if a response is required, these responding defendants
19 deny the aforesaid allegations.

20     172.  These responding defendants allege that the allegations of this
21 paragraph are either legal conclusions or expressions of the intentions,
22 thoughts, or wishes of plaintiffs, about which these responding parties have no
23 personal knowledge, or that the said allegations otherwise constitute matter to
24 which no response is required; as such, these responding defendants allege that
25 the aforesaid allegations do not require a response from these responding
26 defendants; however, if a response is required, these responding defendants
27 deny the aforesaid allegations.

28

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

173.  These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

174.  These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

175.  These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

176.  These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## SIXTEENTH CAUSE OF ACTION

### (Fraud-False Promise Against All Defendants  and Does 1 through 10, Inclusive)

177.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

178.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

179.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  •  Facsimile: (213) 625-2650

1 the aforesaid allegations do not require a response from these responding
2 defendants; however, if a response is required, these responding defendants
3 deny the aforesaid allegations.

4          180.   These responding defendants allege that the allegations of this
5 paragraph are either legal conclusions or expressions of the intentions,
6 thoughts, or wishes of plaintiffs, about which these responding parties have no
7 personal knowledge, or that the said allegations otherwise constitute matter to
8 which no response is required; as such, these responding defendants allege that
9 the aforesaid allegations do not require a response from these responding
10 defendants; however, if a response is required, these responding defendants
11 deny the aforesaid allegations.

12          181.   These responding defendants allege that the allegations of this
13 paragraph are either legal conclusions or expressions of the intentions,
14 thoughts, or wishes of plaintiffs, about which these responding parties have no
15 personal knowledge, or that the said allegations otherwise constitute matter to
16 which no response is required; as such, these responding defendants allege that
17 the aforesaid allegations do not require a response from these responding
18 defendants; however, if a response is required, these responding defendants
19 deny the aforesaid allegations.

20          182.   These responding defendants allege that the allegations of this
21 paragraph are either legal conclusions or expressions of the intentions,
22 thoughts, or wishes of plaintiffs, about which these responding parties have no
23 personal knowledge, or that the said allegations otherwise constitute matter to
24 which no response is required; as such, these responding defendants allege that
25 the aforesaid allegations do not require a response from these responding
26 defendants; however, if a response is required, these responding defendants
27 deny the aforesaid allegations.

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

1    183.   These responding defendants allege that the allegations of this

2    paragraph are either legal conclusions or expressions of the intentions,

3    thoughts, or wishes of plaintiffs, about which these responding parties have no

4    personal knowledge, or that the said allegations otherwise constitute matter to

5    which no response is required; as such, these responding defendants allege that

6    the aforesaid allegations do not require a response from these responding

7    defendants; however, if a response is required, these responding defendants

8    deny the aforesaid allegations.

9    184.   These responding defendants allege that the allegations of this

10   paragraph are either legal conclusions or expressions of the intentions,

11   thoughts, or wishes of plaintiffs, about which these responding parties have no

12   personal knowledge, or that the said allegations otherwise constitute matter to

13   which no response is required; as such, these responding defendants allege that

14   the aforesaid allegations do not require a response from these responding

15   defendants; however, if a response is required, these responding defendants

16   deny the aforesaid allegations.

17   **SEVENTEENTH CAUSE OF ACTION**

18   **(Intentional Misrepresentation Against All Defendants and Does 1**

19   **through 10, Inclusive)**

20   185.   These responding defendants allege that the allegations of this

21   paragraph are either legal conclusions or expressions of the intentions,

22   thoughts, or wishes of plaintiffs, about which these responding parties have no

23   personal knowledge, or that the said allegations otherwise constitute matter to

24   which no response is required; as such, these responding defendants allege that

25   the aforesaid allegations do not require a response from these responding

26   defendants; however, if a response is required, these responding defendants

27   deny the aforesaid allegations.

28

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

186. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

187. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

188. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

189. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1 which no response is required; as such, these responding defendants allege that
2 the aforesaid allegations do not require a response from these responding
3 defendants; however, if a response is required, these responding defendants
4 deny the aforesaid allegations.

5     190.  These responding defendants allege that the allegations of this
6 paragraph are either legal conclusions or expressions of the intentions,
7 thoughts, or wishes of plaintiffs, about which these responding parties have no
8 personal knowledge, or that the said allegations otherwise constitute matter to
9 which no response is required; as such, these responding defendants allege that
10 the aforesaid allegations do not require a response from these responding
11 defendants; however, if a response is required, these responding defendants
12 deny the aforesaid allegations.

13     191.  These responding defendants allege that the allegations of this
14 paragraph are either legal conclusions or expressions of the intentions,
15 thoughts, or wishes of plaintiffs, about which these responding parties have no
16 personal knowledge, or that the said allegations otherwise constitute matter to
17 which no response is required; as such, these responding defendants allege that
18 the aforesaid allegations do not require a response from these responding
19 defendants; however, if a response is required, these responding defendants
20 deny the aforesaid allegations.

21     192.  These responding defendants allege that the allegations of this
22 paragraph are either legal conclusions or expressions of the intentions,
23 thoughts, or wishes of plaintiffs, about which these responding parties have no
24 personal knowledge, or that the said allegations otherwise constitute matter to
25 which no response is required; as such, these responding defendants allege that
26 the aforesaid allegations do not require a response from these responding
27 defendants; however, if a response is required, these responding defendants
28 deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

## EIGHTEENTH CAUSE OF ACTION

## (Negligent Misrepresentation Against All Defendants and Does 1 through 10, Inclusive)

193.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

194.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

195.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

196.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

197.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

198.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

199.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

ANSWER TO COMPLAINT

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1  which no response is required; as such, these responding defendants allege that

2  the aforesaid allegations do not require a response from these responding

3  defendants; however, if a response is required, these responding defendants

4  deny the aforesaid allegations.

5      200.  These responding defendants allege that the allegations of this

6  paragraph are either legal conclusions or expressions of the intentions,

7  thoughts, or wishes of plaintiffs, about which these responding parties have no

8  personal knowledge, or that the said allegations otherwise constitute matter to

9  which no response is required; as such, these responding defendants allege that

10  the aforesaid allegations do not require a response from these responding

11  defendants; however, if a response is required, these responding defendants

12  deny the aforesaid allegations.

13              **NINTEENTH CAUSE OF ACTION**

14      **(Negligence Against All Defendants and Does 1 through 10,**

15                  **Inclusive)**

16      201.  These responding defendants allege that the allegations of this

17  paragraph are either legal conclusions or expressions of the intentions,

18  thoughts, or wishes of plaintiffs, about which these responding parties have no

19  personal knowledge, or that the said allegations otherwise constitute matter to

20  which no response is required; as such, these responding defendants allege that

21  the aforesaid allegations do not require a response from these responding

22  defendants; however, if a response is required, these responding defendants

23  deny the aforesaid allegations.

24      202.  These responding defendants allege that the allegations of this

25  paragraph are either legal conclusions or expressions of the intentions,

26  thoughts, or wishes of plaintiffs, about which these responding parties have no

27  personal knowledge, or that the said allegations otherwise constitute matter to

28  which no response is required; as such, these responding defendants allege that

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625  •  Facsimile: (213) 625-2650

the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

203. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

204. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

205. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

**TWENTIETH CAUSE OF ACTION**

**(Violation of California Corporations Code §17704.41 Against**

**All Defendants And Does 1 through 10 Inclusive)**

206.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

207.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

208.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

209. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

210. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

211. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

212. These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

## **TWENTY-FIRST CAUSE OF ACTION**

**(Violation of California Business & Professions Code Section 17200, et seq. Against All Defendants and Does 1 through 10 Inclusive)**

213.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

214.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that the aforesaid allegations do not require a response from these responding defendants; however, if a response is required, these responding defendants deny the aforesaid allegations.

215.   These responding defendants allege that the allegations of this paragraph are either legal conclusions or expressions of the intentions, thoughts, or wishes of plaintiffs, about which these responding parties have no personal knowledge, or that the said allegations otherwise constitute matter to which no response is required; as such, these responding defendants allege that

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

1 the aforesaid allegations do not require a response from these responding
2 defendants; however, if a response is required, these responding defendants
3 deny the aforesaid allegations.

4     216.   These responding defendants allege that the allegations of this
5 paragraph are either legal conclusions or expressions of the intentions,
6 thoughts, or wishes of plaintiffs, about which these responding parties have no
7 personal knowledge, or that the said allegations otherwise constitute matter to
8 which no response is required; as such, these responding defendants allege that
9 the aforesaid allegations do not require a response from these responding
10 defendants; however, if a response is required, these responding defendants
11 deny the aforesaid allegations.

12

13 **FIRST AFFIRMATIVE DEFENSE**

14     1.   The parties to this action are bound by a contractual arbitration
15 clause that is enforceable under the Federal Arbitration Act, and these
16 answering defendants will promptly move to compel arbitration.

17

18 DATED:  December 7, 2020      NEUFELD MARKS
19           A Professional Corporation
20

21       By:       /s/ Paul S. Marks
22       Paul S. Marks
      Attorneys for defendants
23       Urban Commons, LLC, Urban Commons
24       6th Ave Seattle, LLC, Urban Commons
      Battery Park, LLC, Taylor Woods,
25       Howard Wu and Brian Egnatz

26

27

28

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1ˢᵗ Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

## **DEMAND FOR JURY TRIAL**

Each defendants responding hereunder demands trial by jury in accordance with Rule 38 of the Federal Rules of Civil Procedure.

DATED:  December 7, 2020       NEUFELD MARKS
                                    A Professional Corporation


By: _____/s/ Paul S. Marks_____
       Paul S. Marks
       Attorneys for defendants
       Urban Commons, LLC, Urban Commons
       6th Ave Seattle, LLC, Urban Commons
       Battery Park, LLC, Taylor Woods,
       Howard Wu and Brian Egnatz

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

ANSWER TO COMPLAINT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 250 E. 1st Street, Suite 1101, Los Angeles, CA 90012.

On December 7, 2020, I served true copies of the following document(s) described as **ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

Norma V. Garcia, Esq.
Jeffrey M. Blank, Esq.
Hugo A. Lopez, Esq.
Garcia Rainey Blank & Bowerbank LLP
695 Town Center Drive Suite 700
Costa Mesa, CA 92626
Telephone: 714-382-7000
Facsimile: 714-382-0031
Email: jblank@garciarainey.com
Email: ngarciaguillen@garciarainey.com
Email: hlopez@garciarainey.com

*Attorneys for Plaintiff*

Derek J. Meyer, Esq.
LeonardMeyer LLP
10250 Constellation Blvd. 14th Floor
Los Angeles, CA 90067
Tel: (310) 220-0331
Email: rmeyer@leonardmeyerllp.com

*Attorney for Defendant Chicago Analytic Trading Company, LLC d/b/a Little River Capital, LLC*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 7, 2020, at Los Angeles, California.

Rachel Ortega

NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

<div align="left" style="writing-mode: vertical-rl;">
NEUFELD MARKS
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650
</div>

1

## PROOF OF SERVICE

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3      At the time of service, I was over 18 years of age and **not a party to this
action**.  I am employed in the County of Los Angeles, State of California.  My
4 business address is 250 E. 1st Street, Suite 1101, Los Angeles, CA 90012.

5      On June 2, 2021, I served true copies of the following document(s)
described as **SUBMISSION OF ANSWER TO COMPLAINT AS ANSWER TO
6 FIRST AMENDED COMPLAINT** on the interested parties in this action as
follows:

7

8 Norma V. Garcia, Esq.                     Derek J. Meyer,Esq.
Jeffrey M. Blank, Esq.                    LeonardMeyer LLP
Hugo A. Lopez, Esq.                       10250 Constellation Blvd. 14th Floor
9 Garcia Rainey Blank & Bowerbank LLP      Los Angeles, CA 90067
695 Town Center Drive Suite 700           Tel: (310) 220-0331
10 Costa Mesa, CA 92626                     Email:  rmeyer@leonardmeyerllp.com
Telephone: 714-382-7000
11 Facsimile:  714-382-0031                 *Attorney for Defendant Chicago Analytic*
Email: jblank@garciarainey.com            *Trading Company, LLC d/b/a Little*
12 Email: jeffblanklaw@gmail.com            *River Capital, LLC*
Email: ngarciaguillen@garciarainey.com
13 Email: hlopez@garciarainey.com
Email: mjskapadia@garciarainey.com
14
*Attorneys for Plaintiffs*
15

16      **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed
the document(s) with the Clerk of the Court by using the CM/ECF system.
17 Participants in the case who are registered CM/ECF users will be served by the
CM/ECF system.  Participants in the case who are not registered CM/ECF users will
18 be served by mail or by other means permitted by the court rules.

19      I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.
20

21      Executed on June 2, 2021, at Los Angeles, California.

22

23      *Rachel Ortega*
Rachel Ortega

24

25

26

27

28