GARCIA RAINEY BLANK & BOWERBANK LLP
A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
HUGO A. LOPEZ, Cal. Bar No. 315846
hlopez@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 382-7000
Facsimile: (714) 784-0031

Attorneys for Plaintiffs
Clifford A. Rosen, MD and Ronald A. Christensen, MD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>Plaintiffs,<br>vs.<br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive<br><br>Defendants | **Case No.:** 8:20-cv-01973-JLS-DFM<br><br>**PLAINTIFFS CLIFFORD A. ROSEN AND RONALD A. CHRISTENSEN'S OPPOSITION TO *EX PARTE* APPLICATION FOR ORDER ADVANCING HEARING DATE FOR NEUFELD MARKS' MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**<br><br>Date: [No hearing required]<br>Time:<br>Courtroom: 10A, 10th Floor<br>Judge: Hon. Josephine L. Staton |

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs Clifford A. Rosen and Ronald A. Christensen (collectively, "Plaintiffs") oppose Neufeld Marks' *Ex Parte* Application For Order Advancing Hearing Date for Neufeld Marks' Motion to Withdraw as Counsel for Defendants[1] on the basis that granting Neufeld Marks' *Ex Parte* Application and advancing the hearing date on its Motion to Withdraw as Counsel without: (i) first ruling on Defendants' Motion for Review of Magistrate Judge's Order of April 29, 2021 (Dkt. No. 61.) and/or (ii) advancing the hearing date on Defendants' Motion for Review of Magistrate Judge's Order of April 29, 2021 to the same date as Neufeld Marks' Motion and ruling on Defendants' Motion first and/or simultaneously will result in Plaintiffs being prejudiced by the indefinite delay that will ensue following Neufeld Marks' withdrawal as counsel.

On April 29, 2021, Magistrate Judge Douglas F. McCormick ***granted*** Plaintiffs' Right to Attach Order, Writ of Attachment and Request for Expedited Discovery. (Dkt. No. 57.) In granting Plaintiffs' Application, Judge McCormick ordered Plaintiffs to conduct expedited discovery as to Defendants' attachable assets by being able to depose defendants Taylor Woods, Howard Wu, and the persons most qualified for Urban Commons, UC Seattle, and UC Battery Park and by allowing Plaintiffs to serve on the aforementioned defendants special interrogatories narrowly tailored to uncovering attachable assets belonging to same. (Dkt. No. 57.) In accordance with and pursuant to Judge McCormick's April 29, 2021 Order, Plaintiffs properly noticed the deposition of Woods for Tuesday, May 4, 2021. Unfortunately, but not surprisingly, Woods and his counsel Neufeld Marks failed to appear for Woods' properly noticed deposition, thereby forcing Plaintiffs to take a notice of non-appearance.

Thereafter, on May 13, 2021, Defendants filed a frivolous Motion for review of Judge McCormick's April 29, 2021 Order ("Defendants' Motion") (Dkt. No. 61) Unfortunately, Defendants' Motion is not set to be heard until October 15, 2021. Notably,

---

[1] Defendants shall refer to defendants Urban Commons, LLC, Urban Commons 6th Ave Seattle, LLC, Urban Commons Battery Park, LLC, Taylor Woods, Howard Wu, and Brian Egnatz.

in an effort to avoid further motion practice and in the spirit of fairness, Plaintiffs' counsel represented to Neufeld Marks that Plaintiffs' counsel was willing to stipulate to advance the hearing date on Neufeld Marks' Motion if in return, Neufeld Marks was willing to stipulate to advance the hearing date on Defendants' Motion. Not surprisingly, and as further evidence of the bad faith tactics Defendants and their counsel have employed from the outset of this action, Neufeld Marks refused to agree to said stipulation. Accordingly, Plaintiffs had no choice but to move *ex parte* to advance the hearing date on Defendants' Motion. (Dkt. No. 63.) Remarkably, but not surprisingly, Neufeld Marks, on behalf of Defendants filed an Opposition to Plaintiffs' *ex parte* Application on June 1, 2021. (Dkt. Nos. 65.)

Thus, if the hearing date on Neufeld Marks' Motion is advanced and said motion is heard prior to the court hearing Defendants' Motion for review of Judge McCormick's April 29, 2021 Order, Plaintiffs will be substantially prejudiced by the windfall of delays that will result from Neufeld Marks' withdrawal. Indeed, given Defendants' well documented dilatory tactics throughout these proceedings coupled with the ongoing dissipation of assets by defendants Taylor Woods and Howard Wu, Plaintiffs cannot afford to have the hearing date on Neufeld Marks' Motion advanced without the court first hearing Defendants' Motion for review of Judge McCormick's April 29, 2021 Order.

Accordingly, Plaintiffs respectfully request that the Court deny Neufeld Marks' *Ex Parte* Application. Alternatively, if the Court is inclined to grant Neufeld Marks' *Ex Parte* Application and advance the hearing date on Neufeld Marks' Motion, Plaintiffs respectfully request that: (i) the court first rule on Defendants' Motion for Review of Magistrate Judge's Order of April 29, 2021 and/or (ii) advance the hearing date on Defendants' Motion for Review of Magistrate Judge's Order of April 29, 2021 to the same date as Neufeld Marks' Motion and either rule on Defendants' Motion first or simultaneously rule on both.

DATED: June 3, 2021

GARCIA RAINEY BLANK & BOWERBANK LLP

By

NORMA V. GARCIA
JEFFREY M. BLANK
HUGO A. LOPEZ
Attorneys for Plaintiffs
Clifford A. Rosen, MD and Ronald Christensen, MD