UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD ROSEN ET AL<br><br>V.<br><br>URBAN COMMONS, LLC ET AL. | CASE NO. 8:20-cv-01973-JLS-DFM<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' papers and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Plaintiffs' motion for contempt is denied.

DATED:  August 13, 2021

                                                                       HON. JOSEPHINE L. STATON
                                                                       UNITED STATES DISTRICT JUDGE