PAUL S. MARKS, State Bar No. 138407
  pmarks@neufeldmarks.com
YURIKO M. SHIKAI, State Bar No. 229232
  yshikai@neufeldmarks.com
**NEUFELD MARKS**
  **A Professional Corporation**
250 E. 1st Street, Suite 1101
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:   (213) 625-2650

Attorneys for Defendants
Urban Commons, LLC, Urban Commons
6th Ave Seattle, LLC, Urban Commons
Battery Park, LLC, Taylor Woods,
Howard Wu and Brian Egnatz

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an Individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:20-cv-01973-JLS-DFM<br><br>**PROOF OF SERVICE**<br><br>*Judge: Hon. Josephine L. Staton*<br><br>Trial Date:　　None Set |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 250 E. 1st Street, Suite 1101, Los Angeles, CA 90012.

On August 24, 2021, I served true copies of the following document(s) described as

1. **NEUFELD MARKS' NOTICE OF MOTION AND SECOND MOTION FOR ORDER ALLOWING IT TO WITHDRAW AS COUNSEL FOR DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF PAUL S. MARKS AND YURIKO M. SHIKAI IN SUPPORT THEREOF;**

2. **NEUFELD MARKS' EX PARTE APPLICATION FOR ORDER (1) ADVANCING HEARING DATE FOR ITS SECOND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS AND (2) FOR IN CAMERA REVIEW OF THE SUPPLEMENTAL DECLARATION OF YURIKO M. SHIKAI IN SUPPORT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF YURIKO M. SHIKAI IN SUPPORT THEREOF;**

3. **NOTICE OF LODGING OF PROPOSED ORDER IN SUPPORT OF NEUFELD MARKS' MOTION FOR ORDER ALLOWING IT TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

4. **[PROPOSED] ORDER GRANTING NEUFELD MARKS' *EX PARTE* APPLICATION FOR *IN CAMERA* REVIEW OF THE SUPPLEMENTAL DECLARATION OF YURIKO M. SHIKAI IN SUPPORT OF ITS MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS;**

5. **[PROPOSED] ORDER GRANTING NEUFELD MARKS' *EX PARTE* APPLICATION TO ADVANCE HEARING DATE FOR ITS MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS URBAN COMMONS, LLC, URBAN COMMONS 6TH AVE SEATTLE, LLC, URBAN COMMONS BATTERY PARK, LLC, TAYLOR WOODS, HOWARD WU, AND BRIAN EGNATZ**

on the interested parties in this action as follows:

Urban Commons, LLC,
Urban Commons 6th Ave Seattle, LLC,
Urban Commons Battery Park, LLC,
Taylor Woods, Howard Wu and
Brian Egnatz
Email: taylor@urban-commons.com
Email: howard@urban-commons.com
Email: brian.egnatz@milepostcm.com

*Defendants*

**NEUFELD MARKS**
A PROFESSIONAL CORPORATION
250 E. 1st Street • Suite 1101 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address rortega@neufeldmarks.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 24, 2021, at Los Angeles, California.

*/s/ Rachel Ortega*
Rachel Ortega