PAUL S. MARKS, State Bar No. 138407
   pmarks@neufeldmarks.com
YURIKO M. SHIKAI, State Bar No. 229232
   yshikai@neufeldmarks.com
**NEUFELD MARKS**
 **A Professional Corporation**
250 E. 1st Street, Suite 1101
Los Angeles, California 90012
Telephone: (213) 625-2625
Facsimile: (213) 625-2650

Attorneys for Defendants
Urban Commons, LLC, Urban Commons
6th Ave Seattle, LLC, Urban Commons
Battery Park, LLC, Taylor Woods,
Howard Wu and Brian Egnatz

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:20-cv-01973-JLS-DFM <br><br> **PROOF OF SERVE RE ORDER GRANTING IN PART NEUFELD MARKS'** *EX PARTE* **APPLICATION** |

PROOF OF SERVICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 250 E. 1st Street, Suite 1101, Los Angeles, CA 90012.

On August 30, 2021, I served true copies of the following document(s) described as **ORDER GRANTING IN PART NEUFELD MARKS'** *EX PARTE* **APPLICATION** on the interested parties in this action as follows:

Urban Commons, LLC,
Urban Commons 6th Ave Seattle, LLC,
Urban Commons Battery Park, LLC,
Taylor Woods, and Howard Wu
Email: taylor@urban-commons.com
Email: howard@urban-commons.com

Brian Egnatz
Email: brian.egnatz@milepostcm.com

*Defendant*

*Defendants*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address rortega@neufeldmarks.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 30, 2021, at Los Angeles, California.

Rachel Ortega