UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>Plaintiffs,<br>vs.<br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive<br><br>Defendants | **Case No.:** 8:20-cv-01973-JLS-DFM<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS CLIFFORD A. ROSEN AND RONALD A. CHRISTENSEN'S MOTION TO COMPEL THE DEPOSITIONS OF DEFENDANTS TAYLOR WOODS AND HOWARD WU AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS WOODS AND WU AND THEIR COUNSEL OF RECORD YURIKO M. SHIKAI AND PAUL S. MARKS OF NEUFELD MARKS JOINTLY AND SEVERALLY**<br><br>Date: July 23, 2021<br>Courtroom: 6B, 6th Floor<br>Judge: Hon. Douglas F. McCormick |

Plaintiffs Clifford A. Rosen ("Dr. Rosen"), and Ronald A. Christensen ("Dr. Christensen", and, together with Dr. Rosen, "Plaintiffs") have applied under Federal Rules of Civil Procedure 30 and 37 for entry of an order compelling the depositions of defendants Taylor Woods ("Woods"), Howard Wu, ("Wu", together with Woods "Defendants") within seven (7) days of the Court's Order on this Motion and for an award of sanctions against Defendants and their counsel of record Yuriko M. Shikai and Paul S. Marks of Neufeld Marks jointly and severally for the costs Plaintiffs incurred as a result of Defendant Taylor Woods and his counsel's failure to appear for Woods' deposition on May 4, 2021.

Having considered Plaintiffs' Motion, the documents filed in support of and in opposition to the Motion, the applicable law, and the arguments of counsel, the Court GRANTS Plaintiffs Motion as follows:

1. Plaintiffs incurred $528.00 in scheduling costs from Veritext Legal Solutions; and

2. Plaintiffs incurred $285.00 in attorneys' fees in connection with Woods' May 4, 2021 deposition.

Accordingly, Defendant Taylor Woods and his counsel of record Yuriko M. Shikai and Paul S. Marks of Neufeld Marks are ordered to pay to Plaintiffs sanctions in the amount of **$ 813.00** within ten (10) days of the Court's issuance of this Order.

**IT IS SO ORDERED.**

**Dated: September 8, 2021**        **By:** _____
                                    Hon. Douglas F. McCormick
                                    United States Magistrate Judge

[PROPOSED] ORDRER RE: PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF DEFENDANTS TAYLOR WOODS AND HOWARD WU