GARCIA RAINEY BLANK & BOWERBANK LLP
A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
HUGO A. LOPEZ, Cal. Bar No. 315846
hlopez@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone:   (714) 382-7000
Facsimile:    (714) 784-0031

Attorneys for Plaintiffs
Clifford A. Rosen, MD and Ronald A. Christensen, MD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive<br><br>Defendants | **Case No.:** 8:20-cv-01973-JLS-DFM<br><br>**PLAINTIFFS CLIFFORD A. ROSEN AND RONALD A. CHRISTENSEN'S NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:           April 1, 2022<br>Courtroom:    10A, 10th Floor<br>Judge:        Hon. Josephine L. Staton |

- 1 -

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 1, 2022 at 10:30 a.m. or as soon thereafter as the matter may be heard in Department 10A of the above-entitled court located at 411 W. Fourth Street, Santa Ana, California 92701, Plaintiffs Clifford A. Rosen ("Dr. Rosen"), and Ronald A. Christensen ("Dr. Christensen", and, together with Dr. Rosen, "Plaintiffs"), will and hereby do move the Court pursuant to Federal Rule of Civil Procedure 15(a) for an order granting Plaintiffs leave to file their proposed Second Amended Complaint to substitute Wu Development, LLC for Doe 1 and substitute Jason Birt for Doe 2, which is attached as Exhibit a to the accompanying declaration of Hugo A. Lopez.

The motion is made after Defendants Urban Commons, LLC, Urban Commons 6th Ave Seattle, LLC, Urban Commons Battery Park, LLC, Chicago Analytic Trading Company, LLC, Taylor Woods, Howard Wu, and C. Brian Egnatz failed to and/or refused to stipulate to allow Plaintiffs to file their proposed Second Amended Complaint. The motion is made on the grounds that the Second Amended Complaint is in furtherance of justice, Plaintiffs have not engaged in any undue delay in seeking to file their proposed Second Amended Complaint as Plaintiffs learned of Wu Development, LLC and Jason Birt after deposing defendants Howard Wu and Brian Egnatz, and allowing Plaintiffs to file their proposed Second Amended Complaint will not prejudice any of the Defendants.

This Motion will be and is based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Hugo A. Lopez, and all pleadings and papers on file in this action, and any further evidence or argument as may be permitted at the hearing on the Motion.

//

//

//

//

//

PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

1  DATED:  October 12, 2021

2

3  GARCIA RAINEY BLANK & BOWERBANK LLP

4

5  By _____

6  NORMA V. GARCIA

7  JEFFREY M. BLANK
   HUGO A. LOPEZ
   Attorneys for Plaintiffs
8  Clifford A. Rosen, MD and Ronald Christensen, MD

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -