ERIC BENSAMOCHAN, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA 90211
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive<br><br>Defendants | Case No. 8:20-cv-01973-JLS-DFM<br><br>**DEFENDANT, HOWARD WU'S NOTICE OF BANKRUPTCY FILING AND AUTOMATIC STAY** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

      **PLEASE TAKE NOTICE THAT** the Defendant, Howard Wu, by and through its undersigned counsel, in accordance with and consistent with section 362(a) of the United States

Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), respectfully submits this Notice of Bankruptcy and Effect of Automatic Stay, and states as follows:

1. On December 29, 2021, Howard Wu filed a voluntary petition under Chapter 7 of the Bankruptcy Code (the "Bankruptcy Filing") in the United States Bankruptcy Court for the Central District of California, Los Angeles Division as case number 2:21-bk-19480-ER.

2. As a result of the Bankruptcy Filing, on the Petition Date, the protections of the automatic stay codified in section 362(a) of the Bankruptcy Code arose with regard to the Debtor. Section 362(a), among other things, operates as an automatic stay of: (i) "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding" against the Debtor that was or could have been commenced before the Petition Date (11 U.S.C. § 362(a)(1)); (ii) any act to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose prior to the Petition Date (11 U.S.C. § 362(a)(5)); (iii) acts to "collect, assess, or recover a claim" against the Debtor arising prior to the Petition Date (11 U.S.C. § 362(a)(6)); and (iv) the setoff of any debt owing to the Debtor that arose before the Petition Date (11 U.S.C. § 362(a)(7)).

3. The above-captioned action constitutes a "judicial, administrative, or other action or proceeding" against the Debtor, an act to obtain possession of the Debtor's property, and/or an act to collect or recover on a claim against the Debtor.

4. Accordingly, the above-captioned lawsuit against the Debtor is stayed pursuant to 11 U.S.C. 362(a).

5. Any action taken by the Plaintiff or any other party against the Debtor without obtaining relief from the automatic stay from the Bankruptcy Court may be void ab initio and may result in a finding of contempt by the Bankruptcy Court against the Plaintiff or such other party. The Debtor reserves and retains all rights to seek relief in Bankruptcy Court from any action, judgment, order, or ruling entered in violation of the automatic stay.

Respectfully Submitted: January 6, 2022      By: /s/Eric Bensamochan, Esq.
                                             Eric Bensamochan, Esq.
                                             Counsel for Defendant

United States Bankruptcy Court
Central District of California



# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 12/29/2021 at 1:14 PM and filed on 12/29/2021.

**Howard Chorng Jeng Wu**
13600 Bayliss Road
Los Angeles, CA 90049
SSN / ITIN: xxx-xx-9118

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Eric Bensamochan**<br>The Bensamochan Law Firm, Inc.<br>9025 Wilshire Blvd. Suite 215<br>Beverly Hills, CA 90211<br>818-574-5740 | **Heide Kurtz (TR)**<br>2515 S. Western Avenue #11<br>San Pedro, CA 90732<br>(310) 832-3604 |

The case was assigned case number 2:21-bk-19480-ER to Judge Ernest M. Robles.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/06/2022 14:54:43 | | |
| **PACER Login:** eric1395 | **Client Code:** | |
| **Description:** Notice of Filing | **Search Criteria:** | 2:21-bk-19480-ER |
| **Billable Pages:** 1 | **Cost:** | 0.10 |

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGLES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 9025 Wilshire Blvd., Suite 215, Beverly Hills, CA 90211. On <u>January 7, 2022</u>, I served true copies of the following documents described as: <u>NOTICE OF BANKRUPTCY FILING</u>; on the parties in this action as follows:

**ELECTRONICALLY**: I served the document(s) to all counsel of record in the service list below electronically through the CM/ECF System, which will send an email notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

## SERVICE LIST:

| | |
|---:|---|
| Jeffrey Michael Blank | jblank@garciarainey.com |
| Norma V. Garcia | ngarciaguillen@garciarainey.com |
| Hugo Armando Lopez | hlopez@garciarainey.com |
| Paul S Marks | pmarks@neufeldmarks.com |
| Todd Warren Nielsen | tnielsen@neufeldmarks.com |
| Yuriko M. Shikai | yshikai@neufeldmarks.com |
| Derek J Meyer | rmeyer@prospectlaw.com |
| Michael G Balmages | mbalmages@balmageslaw.com |

In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on January 7, 2022, at Beverly Hills, California.

/s/Daniel Phelan
Daniel Phelan