NIXIE        910    SE 1        7212/29/21
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
        BC: 93012333299    2347N3632I2-09159

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS





FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2022

JLS


NEOPOST
12/23/2021
US POSTAGE $00



Case: 8:20cv1973  Doc: 173

Urban Commons 6th Ave Seattle, LLC
c o Taylor Woods and Howard Wu
10250 Constellation Boulevard, Suite 1750
Los Angeles, CA 90067

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<33148362@cacd.uscourts.gov>Subject:Activity in Case 8:20-cv-01973-JLS-DFM Clifford Rosen et al v. Urban Commons, LLC et al Order on Motion to Shorten Time for Hearing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 12/21/2021 at 3:27 PM PST and filed on 12/21/2021

| | |
|---|---|
| **Case Name:** | Clifford Rosen et al v. Urban Commons, LLC et al |
| **Case Number:** | 8:20-cv-01973-JLS-DFM |
| **Filer:** | |
| **Document Number:** | 173 |

**Docket Text:**
ORDER DENYING [160] RE: PLAINTIFFS CLIFFORD A. ROSEN AND RONALD A. CHRISTENSEN'S EX PARTE APPLICATION TO ADVANCE THE HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT by Judge Josephine L. Staton. (lom)

**8:20-cv-01973-JLS-DFM Notice has been electronically mailed to:**
Norma V. Garcia     ahattemer@garciarainey.com, ngarciaguillen@garciarainey.com
Jeffrey Michael Blank     mjskapadia@garciarainey.com, jblank@garciarainey.com, jeffblanklaw@gmail.com
Hugo Armando Lopez     hlopez@garciarainey.com
Derek J Meyer     rmeyer@prospectlaw.com
Michael G Balmages     balmages@aol.com, mbalmages@balmageslaw.com
**8:20-cv-01973-JLS-DFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Urban Commons, LLC
c o Taylor Woods and Howard Wu
10250 Constellation Boulevard Suite 1750
Los Angeles CA 90067
US
Urban Commons 6th Ave Seattle, LLC
c o Taylor Woods and Howard Wu