UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:20-cv-01973-JLS-DFM                              Date: January 18, 2022
Title:  Clifford Rosen et al v. Urban Commons, LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                                Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER STAYING CASE AS TO HOWARD WU PENDING BANKRUPTCY PROCEEDINGS (Doc. 179)**

On December 9. 2021, Defendant to this action Howard Wu filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Los Angeles Division as case number 2:21-bk-19480-ER.  (Doc. 179.)  Accordingly, the present action is automatically stayed pursuant to section 362(a) of the Bankruptcy Code against Howard Wu.  *See* 11 U.S.C. § 362(a). Wu shall file a status update within **ten (10) days** of the confirmation of any plan of reorganization or of any other event otherwise indicating that the Court need act in this matter.

                                                                                    Initials of Deputy Clerk: mku