GARCIA RAINEY BLANK & BOWERBANK LLP
   A Limited Liability Partnership
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
HUGO A. LOPEZ, Cal. Bar No. 315846
hlopez@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, California 92626-1925
Telephone:   714-382-7002
Facsimile:    714-784-0031

Attorney for Plaintiffs
Clifford A. Rosen, MD and Ronald A. Christensen, MD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>            Plaintiffs,<br><br>     v.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; DOE DEFENDANT 1 WU DEVELOPMENT, LLC, a California Limited Liability Company; DOE DEFENDANT 2 JASON BIRT, an individual and DOES 1 through 8, inclusive<br>                    Defendants<br><br>            Defendants. | **Case No.** 8:20-cv-01973-JLS-DFM<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL [ECF NO.200]** |

**TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** due to an inadvertent error, the Plaintiffs filed their Second Amended Complaint pursuant to the Court's Order (Docket No. 195) on March 30, 2022 naming a party previously dismissed party. Accordingly, Plaintiffs apologize for their error, omit their previously submitted Second Amended Complaint, and respectfully request that it is replaced with the corrected Second Amended Complaint as Docket Entry No. 200, attached here.

Dated: March 31, 2022

GARCIA RAINEY BLANK & BOWERBANK LLP

By: __*/s/ Norma V. Garcia*_____
NORMA V. GARCIA
JEFFREY M. BLANK
Attorneys for Plaintiffs
CLIFFORD A. ROSEN & RONALD A. A. CHRISTENSEN

# PROOF OF SERVICE

I, Gianni Eason, state:

I am employed in the County of Orange, State of California. My business address is 695 Town Center Dr., Suite 700, Costa Mesa, CA 92626. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served true copies of the foregoing document(s) described as **NOTICE OF ERRATA TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** on the interested parties listed below:

X by electronic transmission via CM/ECF to the persons indicated below:

    Meridian, Idaho 83646
    taylor@urban-commons.com

    Urban Commons Battery Park, LLC
    c/o Taylor Woods
    142 E. Clearvue Dr.
    Meridian, Idaho 83646
    taylor@urban-commons.com

    Urban Commons, LLC
    c/o Taylor Woods
    142 E. Clearvue Dr.
    Meridian, Idaho 83646
    taylor@urban-commons.com

    Howard Wu
    13600 Bayliss Road
    Los Angeles, CA 90049
    howard@urban-commons.com

    Taylor Woods
    142 E. Clearvue Dr.
    Meridian, Idaho 83646
    taylor@urban-commons.com

X **FEDERAL**: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2022, at Costa Mesa, California.

_____
Gianni Eason