# EXHIBIT E

# MARK R. RILEY

ATTORNEY AT LAW
CERTIFIED PUBLIC ACCOUNTANT
2731 ROBINHOOD ST.
HOUSTON, TEXAS 77005-2433

---

TELEPHONE (713) 822-8935
FACSIMILE (713) 583-2284
RILEY@RILEY-CPA-LAW.COM

June 6, 2020

*(Via Email* MarkAdams@JMBM.com*)*

Mark S. Adams
Jeffer Mangels Butler & Mitchell LLP
3 Park Plaza, Suite 1100
Irvine, CA 92614

**Re:    Demand for Inspection of Books and Records of Urban Commons 6th Ave Seattle, LLC, and Urban Commons Battery Park, LLC Pursuant to 6 Del. C. § 18-305(a).**

Gentlemen:

Please be advised that the undersigned represents Dr. Ronald A. Christensen and Dr. Clifford A. Rosen (collectively "Investors") in connection with their respective membership interest subscriptions in the Issuers. Accordingly, please address all future communication regarding this matter to the undersigned.

Pursuant to Section 18-305 of the Delaware Limited Liability Company Act and the provision of each of the Operating Agreements[1][2] the Investors hereby demand the right (by its attorneys, consultants, or other agents), during the usual hours of business, to inspect the following books and records of the Company and to make copies or extracts therefrom:

(1)    True and full information regarding the status of the business and financial condition of the limited liability company;

---

[1] 6.1 Complete books of account of the Company's business, in which each Company transaction shall be fully and accurately entered, shall be kept at the Company's principal executive office and at such other locations as the Manager(s) shall determine from time to time and shall be open to inspection and copying on reasonable Notice by any Member or the Member's authorized representatives during normal business hours. The costs of such inspection and copying shall be borne by the Member. *See* Operating Agreement For Urban Commons 6Th Ave Seattle, LLC.

[2] 6.1 Complete books of account of the Company's business, in which each Company transaction shall be fully and accurately entered, shall be kept at the Company's principal executive office and at such other locations as the Manager(s) shall determine from time to time and shall be open to inspection and copying on reasonable Notice by any Member or the Member's authorized representatives during normal business hours. The costs of such inspection and copying shall be borne by the Member. *See* Limited Liability Company Operating Agreement For Urban Commons Battery Park, LLC

(2) a copy of the limited liability company's federal, state and local income tax returns for 2019;

(3) A current list of the name and last known business, residence or mailing address of each member and manager;

(4) A copy of any written limited liability company agreement and certificate of formation and all amendments thereto, together with executed copies of any written powers of attorney pursuant to which the limited liability company agreement and any certificate and all amendments thereto have been executed;

(5) True and full information regarding the amount of cash and a description and statement of the agreed value of any other property or services contributed by each member and which each member has agreed to contribute in the future, and the date on which each became a member; and

(6) Other information regarding the affairs of the limited liability company as is just and reasonable, including:

    a. Copies of bank statements from January – May 2020;

    b. Copy of the loan commitment from the lender the acquisition loans in an approximate aggregate amount of $60 million in order to acquire and refurbish the property known as the Hilton Seattle, located at 1301 6th Avenue, Seattle, Washington.

    c. Copy of the loan commitment for the acquisition loans in an approximate aggregate amount of $100 million in order to acquire and refurbish the property known as the Wagner Hotel (formerly known as the Ritz-Carlton Battery Park), located in lower-Manhattan at 2 West Street, New York, New York.

    c. Copies of Purchase and Sale Agreements for the acquisition of the Hilton Seattle and the Wagner Hotel; and

    d. Financial statements of each of the companies since inception.

The purpose of inspecting such books and records is for the purpose of valuation of a member's interest and investigate the potential wrongdoing or mismanagement.

Please advise me where and when the aforementioned books, records and other documents will be available for inspection and copying. I can be reached directly at (713) 822-8935 or Mark.R.Riley@gmail.com or at 2731 Robinhood St., Houston, Texas 77005.

Very truly yours,

Mark R. Riley

MRR

cc: Dr. Ronald Christensen (█████████████)

Dr. Clifford A. Rosen (█████████████)