# EXHIBIT F

# MARK R. RILEY

ATTORNEY AT LAW
CERTIFIED PUBLIC ACCOUNTANT
2731 ROBINHOOD ST.
HOUSTON, TEXAS 77005-2433

---

TELEPHONE (713) 822-8935
FACSIMILE (713) 583-2284
RILEY@RILEY-CPA-LAW.COM

June 21, 2020

*(Via Email* MarkAdams@JMBM.com*)*

Mark S. Adams
Jeffer Mangels Butler & Mitchell LLP
3 Park Plaza, Suite 1100
Irvine, CA 92614

**Re:   Reply to Urban Commons LLC's Response to Demand for Inspection of Books and Records of Urban Commons 6th Ave Seattle, LLC ("UC Seattle"), and Urban Commons Battery Park, LLC ("UC Battery Park"; collectively with UC Seattle, the "Issuers") Pursuant to 6 Del. C. § 18-305(a).**

Mr. Adams:

On June 6, 2020, Dr. Ronald A. Christensen and Dr. Clifford A. Rosen (collectively "Investors") demanded in writing the right (by its attorneys, consultants, or other agents), during the usual hours of business, to inspect the books and records of the Issuers and to make copies or extracts therefrom pursuant to Section 18-305 of the Delaware Limited Liability Company Act and the provisions of each of the respective Operating Agreements of the Issuers. The Investors' requests were specific, provided for by statute[1], and for a proper purpose. The Issuers failed to reply within 5 business days, June 12, 2020, of the demand as required by law.[2]

On June 19, 2020, you produced 282 bates stamped documents comprised of 11,966 pages. Utilizing litigation software and technical support, counsel for the Investors reviewed these documents for responsiveness to the Investors' demands. We have concluded that your document dump was, with limited exception, nonresponsive to the Investors' demands. ***Not a single page was produced evidencing that*** (i) either of the Investors is a member of either of the Issuers; (ii) the 2020 offering of membership interests occurred; (iii) the Investors' funds were deposited into an interest-bearing secure bank account; (iv) initial membership interests of the Investors were reflected in the Operating Agreement for either of the Issuers: (v) UC Seattle completed its offering and raised the necessary funds of $40 million from its offering of membership interests; (vii) UC Seattle obtained a financing commitment for the acquisition loan in an approximate aggregate amount of $60 million in order to acquire and refurbish the property known as the Hilton Seattle,

---

[1] See California Corporations Code § 17704.10
[2] *See* 6 Del. C. § 18-305(f)

Mark S. Adams, Esquire
June 21, 2020
Page 2

located at 1301 6th Avenue, Seattle, Washington; and (viii) UC Battery Park completed its offering and raised the necessary funds of $70 million from its offering of membership interests.

Urban Commons LLC's document production does not include the following books and records specifically requested by Investors and required to be provided by the Issuers:

| Books and Records Requested for Inspection | UC Seattle | UC Battery Park |
|---|---|---|
| True and full information regarding the status of the business and financial condition of the limited liability company | Not Produced | Not Produced |
| A copy of the limited liability company's federal, state and local income tax returns for 2019 | Not Produced | Not Produced |
| A current list of the name and last known business, residence or mailing address of each member and manager | Not Produced | Not Produced |
| A copy of any written limited liability company agreement and certificate of formation and all amendments thereto, together with executed copies of any written powers of attorney pursuant to which the limited liability company agreement and any certificate and all amendments thereto have been executed | Not Produced | Not Produced[3] |
| True and full information regarding the amount of cash and a description and statement of the agreed value of any other property or services contributed by each member and which each member has agreed to contribute in the future, and the date on which each became a member | Not Produced | Not Produced |
| Copies of bank statements from January – May 2020 | Not Produced | Not Produced |
| Copy of the loan commitment from the lender the acquisition loans in an approximate aggregate amount of $60 million in order to acquire and refurbish the property known as the Hilton Seattle, located at 1301 6th Avenue, Seattle, Washington. | Not Produced[4] | N/A |
| Copies of Purchase and Sale Agreements for the acquisition of the Hilton Seattle and the Wagner Hotel and | Produced | Produced |
| Financial statements of each of the companies since inception. | Not Produced | Not Produced |

---

[3] The Operating Agreement as of September 20, 2018, was provided, although incomplete and improperly redacted. No amendments were provided.
[4] A draft of a purported Loan Agreement with 1301 6th Ave, LLC as Borrower was provided completely redacted except for the Table of Contents.

Mark S. Adams, Esquire
June 21, 2020
Page 3

It is apparent from the lack of responsive production and the intentional omission of requested documents that Urban Commons, LLC, Taylor Woods, and Howard Wu are not acting in good faith are attempting to conceal their ongoing deception of the Investors.

At this point, the Investors renew their demand of May 17, 2020, for the return of their investment and reimbursement of their professional fees. Urban Commons, LLC has previously been provided with the Investors' wire instructions. Please be advised that should the Issuers refuse to comply with these demands, the Investors will have no choice but to direct their special litigation counsel to pursue the Issuers and their affiliated entities through the courts on behalf of themselves and other similarly situated investors in the Issuers. If you do not comply, the Investors will fully pursue their legal remedies against the Issuers, Urban Commons, LLC, their unregistered broker-dealers, managers, members, and owners personally including, but not limited to, the recovery of their actual damages, consequential damages, exemplary damages, attorneys' fees, court costs, and interest.

Additionally, the Investors will request (1) a court-ordered accounting of the Issuers and its related entities; (2) a court-ordered distribution of assets; and (3) a court order appointing an independent receiver to liquidate the affected entities.

If you wish to resolve this matter short of litigation, please contact the undersigned prior to June 24, 2020. We look forward to hearing from you.

Very truly yours,

Mark R. Riley

MRR

cc: Dr. Ronald Christensen

Dr. Clifford A. Rosen