# EXHIBIT H



**BrokerCheck Report**

# CHARLES BRIAN EGNATZ

CRD# 1529024

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 5 - 6 |
| Disclosure Events | 7 |

## About BrokerCheck®



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
  - BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
  - Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
  - The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    - information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    - information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
  - Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
  - To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
  - FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

# CHARLES B. EGNATZ
CRD# 1529024

This broker is not currently registered.

## Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

### Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**
- 0 Principal/Supervisory Exams
- 2 General Industry/Product Exams
- 1 State Securities Law Exam

### Registration History

**This broker was previously registered with the following securities firm(s):**

**B DIGITAL CAPITAL MARKETS LLC**
CRD# 298311
Bethesda, MD
06/2020 - 11/2020

**B LITTLE RIVER CAPITAL, LLC**
CRD# 118917
VESTAVIA HILLS, AL
05/2019 - 05/2020

**B TRIBAL CAPITAL MARKETS, LLC**
CRD# 38901
NEW YORK, NY
08/2018 - 02/2019

### Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?  **Yes**

**The following types of disclosures have been reported:**

| Type | Count |
| --- | --- |
| Civil Event | 1 |
| Customer Dispute | 1 |

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 0 principal/supervisory exams, 2 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|---|---|---|
| Securities Industry Essentials Examination | SIE | 10/01/2018 |
| General Securities Representative Examination | Series 7 | 04/20/2010 |

### State Securities Law Exams

| Exam | Category | Date |
|---|---|---|
| Uniform Securities Agent State Law Examination | Series 63 | 10/24/2018 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

**Broker Qualifications**



## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| B  06/2020 - 11/2020 | DIGITAL CAPITAL MARKETS LLC | 298311 | Bethesda, MD |
| B  05/2019 - 05/2020 | LITTLE RIVER CAPITAL, LLC | 118917 | VESTAVIA HILLS, AL |
| B  08/2018 - 02/2019 | TRIBAL CAPITAL MARKETS, LLC | 38901 | NEW YORK, NY |
| B  04/2010 - 04/2015 | HSBC SECURITIES (USA) INC. | 19585 | NEW YORK CITY, NY |
| B  05/1991 - 03/1992 | LADENBURG, THALMANN & CO., INC. | 505 | |
| B  07/1989 - 05/1991 | PAINEWEBBER INCORPORATED | 8174 | |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 04/2020 - Present | Urban Commons | Advisory Board | N | Los Angeles, CA, United States |
| 09/2019 - Present | New Harvest Foods | Board Member | N | New Brighton, MN, United States |
| 06/2019 - Present | Mile Post Global | Founder | N | Iowa City, IA, United States |
| 05/2019 - Present | Grey Bear LLC | Founder | N | New York, NY, United States |
| 05/2019 - Present | Mile Post Real Estate | Founder | N | Iowa City, IA, United States |
| 02/2016 - Present | Milepost Capital Management LLC | CIO | Y | New York, NY, United States |
| 04/2019 - 05/2020 | CHICAGO ANALYTIC TRADING COMPANY LLC | Trading | Y | HILLSIDE, IL, United States |
| 04/2019 - 05/2020 | Little River Capital | Partner | Y | Indian Springs, AL, United States |
| 06/2018 - 02/2019 | Tribal Capital Markets | Managing Director | Y | New York, NY, United States |

# Registration and Employment History



## Employment History, continued

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 06/2015 - 02/2016 | Interauti Bank | Consultant | Y | New York, NY, United States |
| 01/2010 - 06/2015 | HSBC SECURTIES (USA) INC. | HEAD OF INVESTMENT PORTFOLIO | Y | NEW YORK, NY, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

Milepost Capital Management LLC 119 East 54 st NY, NY 10022 - Consulting to banks and credit unions, primarily to the ALCO or the Asset Liability Committee on balance sheet planning and management of interest rate liquidity risks on a part-time basis: start date February 2016
Milepost Global LLC 229 South Dubuque St Suite 133 Iowa City, Iowa 52240 - Consulting non-bank and non-real estate clients on business and growth strategies on a part-time basis: start date June 2019
Milepost Real Estate, LLC 220 South Dubuque St Suite 133 Iowa City, Iowa 52240 - Consulting Real Estate development and investment firms on real estate projects and analysis of the economics of the projects on a part-time basis. start date June 2019.
Greybear LLC - 43 West 64th St NY, NY 10023 - General consulting activity to answer questions on markets, banking, asset liability management and paid speaking engagements from foreign banks, law firms and accounting firms start date- May 2019
Urban Commons Advisory Board - 10250 Constellation Blvd Suite 1750 Los Angeles, CA 95067 - Acting as a Board Advisor to the management team of Urban Commons, a real estate investment and development firm. start date: April 2020
New Harvest Foods Board of Directors - 600 Lakeview Point Drive New Brighton, MN 55112 - To serve as an independent Director on the Board of Directors of New Harvest Foods, a food distribution company. start date September 2020

# Disclosure Events



**What you should know about reported disclosure events:**

1. All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
    - A law enforcement agency must file formal charges before a broker is required to disclose a particular criminal event.
    - A customer dispute must involve allegations that a broker engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.

3. **Disclosure events in BrokerCheck reports come from different sources:**
    - As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, brokerage firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.

4. **There are different statuses and dispositions for disclosure events:**
    - A disclosure event may have a status of *pending, on appeal,* or *final.*
        - § A "pending" event involves allegations that have not been proven or formally adjudicated.
        - § An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
        - § A "final" event has been concluded and its resolution is not subject to change.
    - A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
        - § An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
        - § A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that brokers and brokerage firms may choose to settle customer disputes or regulatory matters for business or other reasons.
        - § A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

For your convenience, below is a matrix of the number and status of disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Civil Event | 1 | 0 | 0 |
| Customer Dispute | 1 | 0 | N/A |



## Disclosure Event Details

When evaluating this information, please keep in mind that a disclosure event may be pending or involve allegations that are contested and have not been resolved or proven. The matter may, in the end, be withdrawn, dismissed, resolved in favor of the broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

### Civil - Pending

This type of disclosure event involves a pending civil court action that seeks an injunction in connection with any investment-related activity or alleges a violation of any investment-related statute or regulation.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Initiated By:** | Clifford A. Rosen and Ronald A Christensen |
| **Relief Sought:** | Restitution |
| **Date Court Action Filed:** | 10/14/2020 |
| **Date Notice/Process Served:** | 11/01/2020 |
| **Product Type:** | No Product |
| **Type of Court:** | Federal Court |
| **Name of Court:** | US District Court for the Central District of California |
| **Location of Court:** | Los Angeles, CA |
| **Docket/Case #:** | 8:20-cv-01973-JLS-DFMx |
| **Employing firm when activity occurred which led to the action:** | Chicago Analytic Trading Company LLC d/b/a Little River Capital LLC |
| **Allegations:** | The investors were misled on an equity investment in hospitality pre-Covid. |
| **Current Status:** | Pending |
| **Limitations or Restrictions in Effect During Appeal:** | No limitations or restrictions are currently in effect. |



## Customer Dispute - Pending

This type of disclosure event involves (1) a pending consumer-initiated, investment-related arbitration or civil suit that contains allegations of sales practice violations against the broker; or (2) a pending, consumer-initiated, investment-related written complaint containing allegations that the broker engaged in, sales practice violations resulting in compensatory damages of at least $5,000, forgery, theft, or misappropriation, or conversion of funds or securities.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | Chicago Analytic Trading Company LLC d/b/a Little River Capital LLC |
| **Allegations:** | The investors were misled on an equity investment in hospitality, pre-Covid. |
| **Product Type:** | No Product |
| **Alleged Damages:** | $750,000.00 |

### Civil Litigation Information

| | |
|---|---|
| **Type of Court:** | Federal Court |
| **Name of Court:** | US District Court for the Central District of California |
| **Location of Court:** | Los Angeles, CA |
| **Docket/Case #:** | 8:20-cv-01973-JLS-CFMx |
| **Date Notice/Process Served:** | 11/01/2020 |
| **Litigation Pending?** | Yes |



**End of Report**

**This page is intentionally left blank.**