| | | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Norma V. Garcia, Esq. | SBN: 223512<br>GARCIA RAINEY BLANK AND BOWERBLANK<br>695 Town Center Drive Suite 700 Costa Mesa, CA 92626<br>TELEPHONE NO.: (714) 382-7000 \| FAX NO. \| E-MAIL ADDRESS ngarciaguillen@garciarainey.com<br>ATTORNEY FOR *(Name):* Plaintiffs: Clifford A. Rosen, MD and Ronald A. Christensen, MD. | | FOR COURT USE ONLY |

| United States District Court Central District of California |
|---|
| STREET ADDRESS: 350 W. 1st Street |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Western Division |

| PLAINTIFF/PETITIONER: Clifford A. Rosen, an individual, et al.<br>DEFENDANT/RESPONDENT: Urban Commons, LLC, a Delaware Limited Liability Company, et al. | CASE NUMBER:<br>8:20-cv-01973-JLS-DFM |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Rosen v. Urban Commons, LLC |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Summons in a Civil Action; Second Amended Complaint; Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Certification and Notice of Interested Parties**
3. a. Party served *(specify name of party as shown on documents served):*
   **Jason Birt**
   Age: 48 | Weight: 225 | Hair: Black | Sex: Male | Height: 5'8" | Eyes: | Race: Caucasian

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **1509 N Crawford St**
   **Carroll, IA 51401-1419**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 4/22/2022  (2) at *(time):* **1:48 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   
   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*  **or** ☐ a declaration of mailing is attached.
   
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | Page 1 of 2 |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/OC92109 |

| PETITIONERS: Cliffy A. Rosen, an individual, et al. | CASE NUMBER: |
|---|---|
| RESPONDENT: Urban Commons, LLC, a Delaware Limited Liability Company, et al. | 8:20-cv-01973-JLS-DFM |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                                     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                 ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                   ☐ 415.46 (occupant)
                                                           ☐ other:

7. **Person who served papers**
  a. Name: **Greg Lucas - Nationwide Legal, LLC REG: 12-234648**
  b. Address: **901 W. Civic Center Drive, Suite# 190 Santa Ana, CA 92703**
  c. Telephone number: **(714) 558-2400**
  d. **The fee** for service was: **$ 328.00**
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
        (i) ☐ owner       ☐ employee       ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/26/2022**

Nationwide Legal, LLC
901 W. Civic Center Drive, Suite# 190
Santa Ana, CA 92703
(714) 558-2400
www.nationwideasap.com

**Greg Lucas**                                   ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         (SIGNATURE)

POS-010 [Rev January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**         Page 2 of 2

POS-010/OC92109