| | |
|---|---|
| **POS-010** | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address):<br>Norma V. Garcia, Esq. | SBN: 223512<br>GARCIA RAINEY BLANK AND BOWERBLANK<br>695 Town Center Drive Suite 700   Costa Mesa, CA 92626<br>TELEPHONE NO.: (714) 382-7000 | FAX NO. | E-MAIL ADDRESS ngarciaguillen@garciarainey.com<br>ATTORNEY FOR (Name): Plaintiffs: Clifford A. Rosen, MD, et al. | FOR COURT USE ONLY |

| |
|---|
| United States District Court Central District of California |
| STREET ADDRESS: 350 W. 1st Street |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Western Division |

| | |
|---|---|
| PLAINTIFF/PETITIONER: CLIFFORD A. ROSEN, an individual, et al.<br>DEFENDANT/RESPONDENT: URBAN COMMONS, LLC, etc., et al. | CASE NUMBER:<br>8:20-cv-01973-JLS-DFM |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>CLIFFORD A. ROSEN V. URBAN COMMONS |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Summons in a Civil Action on Second Amended Complaint; Second Amended Complaint; Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Certification and Notice of Interested Parties**
3. a. Party served *(specify name of party as shown on documents served):*
   **Wu Development, LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Stephanie Huang - Agent for Service**
   **Age: 59 | Weight: 135 | Hair: Black | Sex: Female | Height: 5'3" | Eyes: Brown | Race: Asian**
4. Address where the party was served: **1139 Coiner Ct**
   **City of Industry, CA 91748-1350**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/3/2022**   (2) at *(time):* **12:00 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/OC93119

| | |
|---|---|
| PETITIONER: CLIFFORD A. ROSEN, an individual, et al. | CASE NUMBER |
| RESPONDENT: URBAN COMMONS, LLC, etc., et al. | 8:20-cv-01973-JLS-DFM |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                                    (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of
     under the following Code of Civil Procedure section:

       ☐ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                 ☐ 415.46 (occupant)
                                                  ☐ other:

7. **Person who served papers**
  a. Name: **John M. Salazar - Nationwide Legal, LLC REG: 12-234648**
  b. Address: **901 W. Civic Center Drive, Suite# 190 Santa Ana, CA 92703**
  c. Telephone number: **(714) 558-2400**
  d. **The fee** for service was: **$ 175.65**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner    ☐ employee    ☑ independent contractor.
      (ii) Registration No.: **6222**
      (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/5/2022**

**N** Nationwide Legal, LLC
901 W. Civic Center Drive, Suite# 190
Santa Ana, CA 92703
(714) 558-2400
www.nationwideasap.com

_____     ▶  */s/ John M. Salazar*
      John M. Salazar
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**       Page 2 of 2
POS-010/OC93119