1  GARCIA RAINEY BLANK & BOWERBANK LLP
   A LIMITED LIABILITY PARTNERSHIP
2  NORMA V. GARCIA, Cal. Bar No. 223512
   ngarciaguillen@garciarainey.com
3  JEFFREY M. BLANK, Cal. Bar No. 217522
   jblank@garciarainey.com
4  695 Town Center Drive, Suite 540
   Costa Mesa, CA 92626
5  Telephone:  (714) 382-7002
   Facsimile:   (714) 784-0031
6
7  Attorneys for Plaintiffs
   Clifford A. Rosen, MD and Ronald A. Christensen, MD.
8
9
10              UNITED STATES DISTRICT COURT
11      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
12

| | |
|---|---|
| 13  CLIFFORD ROSEN, an individual, and RONALD CHRISTENSEN | CASE NO.: 8:20-cv-01973-JLS-DFM |
| 14 | |
| 15              Plaintiffs, | DECLARATION OF NORMA V. GARCIA IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANTS ANSWERS AND ENTER DEFAULT AGAINST DEFENDANTS URBAN COMMONS, LLC, URBAN COMMONS 6TH AVE SEATTLE AND URBAN COMMONS BATTERY PARK, LLCS' PURSUANT TO RULE 55(a) |
| 16       vs. | |
| 17 | |
| 18  URBAN COMMONS 6th AVE SEATTLE, a Delaware limited liability company, URBAN COMMONS BATTERY PARK, LLC, a Delaware limited liability company, TAYLOR WOODS, an individual, HOWARD WU, an individual, BRIAN EGNATZ, an individual, WU DEVELOPMENT, LLC, a California limited liability company | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | DATE        October 28, 2022 |
| 24 | TIME:        10:30a.m. |
| 25 | DEPT:       Courtroom 8A |
|    |        Defendants. | JUDGE:     Hon. Josephine L. Staton |
| 26 | |
| 27 | |
| 28 | |

-1-
_____
DECLARATION OF NORMA V. GARCIA IN SUPPORT OF NOTICE OF MOTION AND MOTION IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT

## DECLARATION OF NORMA V. GARCIA

1.     I am a partner with Garcia, Rainey, Blank, and Bowerbank, LLP residing in Orange County, California and am counsel for the named plaintiffs in this action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.     This declaration is submitted in support of Plaintiffs' Notice Of Motion And Motion To Strike Defendants Answers And Enter Default Against Defendants Urban Commons, LLC, Urban Commons 6th Ave Seattle And Urban Commons Battery Park, LLCs' (hereinafter "Defendants") Pursuant To Rule 55(a) and Application For Entry Of Default ("Motion").

3.     On June 6, 2021 Defense Counsel filed a Motion to Withdraw as Counsel (the "First Motion to Withdraw") (Docket No. 66).

4.     On June 8, 2021 Plaintiffs filed an Opposition to the First Motion to Withdraw and a Request for Judicial Notice (Docket Nos. 72 and 73).

5.     On June 25, 2021 Defense Counsel filed their reply to the First Motion to Withdraw (Docket No. 91).

6.     On August 24, 2021 Defense Counsel then filed a Second Notice of Motion and Motion to Withdraw as Counsel (the "Second Motion to Withdraw") (Docket No. 112).

7.     On September 3, 2021 Plaintiffs filed their Opposition to the Second Motion to Withdraw. (Docket No. 119).

8.     On September 16, 2021 this Court granted Defense Counsel's Second Motion to Withdraw as Counsel (Docket No. 121). In the Order granting the Motion, Defense Counsel was ordered to provide a copy of the Order to Defendants and to notify them they have 30 days from the date of the Order to obtain new counsel.

-2-

9.    In the September 16, 2021, Order the court noted "*Corporate Defendants failure to timely obtain new counsel may result in the entry of default against them.*" (Docket No. 121).

10.    Plaintiffs are informed and believe that then-Defense Counsel, Yuriko M. Shikai of Neufeld Marks, complied with the Order and notified Defendants of the necessity of retaining counsel.

11.    The 30-day deadline indicated in the Order expired on Monday October 18, 2021, because October 16, 2021 was a Saturday.

12.    Since the October 18, 2021, deadline for Defendants to retain new counsel, more than 250 days have elapsed at the time of the filing of this Declaration.

13.    Corporations and other business entities cannot appear in federal court unless represented by legal counsel. *See, e.g., Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993).

14.    Defendants have still failed to retain counsel as required by the Order and Local Rule 83.2-2-2.

15.    Because Defendants, three limited liability companies, cannot appear in this matter *pro se* (see L.R. 83- 2.2.2), and because Defendants are not represented by counsel, this motion is made without a prior L.R. 7-3 conference of counsel.

Executed this 30th day of June 2022 at Costa Mesa, California

*/S/ Norma V. Garcia*

Norma V. Garcia

-3-

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Orange, State of California. My business address is 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626- 1993.

On June 30, 2022, I served true copies of the following document(s) described as **DECLARATION OF NORMA V. GARCIA IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANTS ANSWERS AND ENTER DEFAULT AGAINST DEFENDANTS URBAN COMMONS, LLC, URBAN COMMONS 6TH AVE SEATTLE AND URBAN COMMONS BATTERY PARK, LLCS' PURSUANT TO RULE 55(a)** on the interested parties in this action as follows:

| | |
|---|---|
| Derek J Meyer<br>Prospect Law LLP<br>10990 Wilshire Blvd. Suite 800<br>Los Angeles, CA 90024 | Attorneys for Defendants<br>Phone: 310-220-0331<br>Email: rmeyer@prospectlaw.com |
| Eric Bensamochan<br>Bensamochan Law Firm Inc<br>9025 Wilshire Blvd. Suite 215<br>Beverly Hills, CA 90211 | Attorneys for Defendant<br>Phone: 818-574-5740<br>Fax: 818-961-0138<br>Email: eric@eblawfirm.us |
| Deborah Frankel<br>The Bensamochan Law Firm, Inc<br>54 Shadeland Ave<br>Drexel Hill, PA 19026 | Attorneys for Defendants<br>Phone: 818-574-5740<br>Fax: 818-961-0138<br>Email:<br>deborah_frankel@hotmail.com |
| Michael G Balmages<br>Balmages Law Office<br>360 E 1st St. No 896<br>Tustin, CA 92780-3211 | Attorneys for Defendant<br>Phone: 714-838-7000<br>Email:<br>mbalmages@balmageslaw.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.

-4-

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**SERVED BY UNITED STATES MAIL:** On June 30, 2022, I served the following person and/or entities at the last known addresses in this action by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Urban Commons, LLC
c o Taylor Woods and Howard Wu
10250 Constellation Blvd. Suite 1750
Los Angeles, CA 90067

Urban Commons 6th Ave Seattle, LLC
10250 Constellation Blvd. Suite 1750
Los Angeles, CA 90067

Urban Commons Battery Park, LLC            Attorneys for Defendant
c o Taylor Woods and Howard Wu
10250 Constellation Blvd. Suite 1750
Los Angeles, CA 90067

Taylor Woods
142 E Clearvue Drive
Meridian, ID 83646

Howard Wu
13600 Bayliss Road
Los Angeles, CA 90049

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 30, 2022, at Costa Mesa, California.

-5-

1

2                                                     */s Cielo Chavarria*

3                                                     Cielo Chavarria

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

**DECLARATION OF NORMA V. GARCIA IN SUPPORT OF NOTICE OF MOTION AND MOTION IN
SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AND MOTION FOR ENTRY OF DEFAULT
JUDGMENT**