_____
## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01973-JLS-DFM                                                          Date: September 08, 2022
Title: Clifford Rosen et al v. Urban Commons, LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER RE DISMISSAL OF DEFENDANT CHICAGO ANALYTIC**

On November 18, 2021, the Court issued an order granting Defendant Chicago Analytic Trading Company LLC's ("Chicago Analytic") Motion to Dismiss, giving Plaintiffs twenty-one days to file an amended complaint and warning that "[f]ailure to timely file an amended complaint will result in the dismissal of Chicago Analytic from this action."  (Nov. 18 Order, Doc. 151 at 10.)  Plaintiffs did not file an amended complaint in the time given.  Accordingly, Chicago Analytic is DISMISSED from this action.[1]

                                                                                   Initials of Preparer:   ___vrv____

---

[1] The Court notes that Plaintiffs had a pending Motion to File an Amended Complaint (Mot. to Amend, Doc. 127) at the time that Chicago Analytic's Motion to Dismiss was granted. Plaintiffs' Motion to Amend was subsequently granted, and Plaintiffs filed a Second Amended Complaint (SAC, Doc. 200).  The SAC was filed well outside of the twenty-one day deadline, and was unrelated to the Court's dismissal of Chicago Analytics.  Though the Second Amended Complaint includes claims against Chicago Analytic, the Court clarifies that Chicago Analytic remains dismissed.