UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01973-JLS-DFM                                                   Date: September 08, 2022
Title: Clifford Rosen et al v. Urban Commons, LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AS TO UNREPRESENTED CORPORATE DEFENDANTS**

      On September 16, 2021, the Court ordered the corporate defendants in this action to obtain counsel within thirty days of the Order, stating "Corporate Defendants' failure to timely obtain new counsel may result in the entry of default against them."  (Sept. 16 Order, Doc. 121.)  To date, no counsel has noticed an appearance on behalf of, and the Court has no information regarding representation as to, Defendants Urban Commons, LLC; Urban Commons 6th Ave Seattle, LLC; or Urban Commons Battery Park, LLC.  Plaintiffs are ORDERED to show cause why they have not sought an entry of default against these Defendants, or, in the alternative, to seek entry of default against the corporate defendants within **ten (10)** days of the entry of this Order.

Initials of Preparer:  vrv