Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive<br><br>Defendants | Case No. 8:20-cv-01973-JLS-DFM<br><br>**Judge:** Hon. Josephine L. Stanton<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO REFILE THE MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

Plaintiffs Clifford A. Rosen, MD ("Dr. Rosen"), and Ronald A. Christensen, MD ("Dr. Christensen", and, together with Mr. Rosen, "Plaintiffs") through their counsel of record on the one hand, and Defendant Wu Development, LLC though counsel of record, on the other hand, respectfully submit the following Stipulation to Extend Time for Defendant to Refile its Motion to Dismiss as follows:

STIPULATION TO EXTEND
- 1 -

## I.    RECITALS

1. This case was filed on or about October 30, 2020, as case no 8:20-cv-01973-JLS-DFM.

2. On or about March 31, 2022, Plaintiffs herein filed their Second Amended Complaint (the "SAC.")

3. On April 26, 2022, Wu Development, LLC moved to dismiss the SAC.

4. On May 23, 2022, Jason Birt moved to dismiss the SAC.

5. Opposition and reply papers related to the Wu Development, LLC motion to dismiss were timely filed. The Jason Birt opposition and replies have not yet been filed. The opposition to the Jason Birt motion to dismiss is due on September 16, 2022.

6. On August 29, 2022, this Court entered an Order Striking Motion To Dismiss Second Amended Complaint For Failure To Comply With Local Rule 7-3.
   a. The parties were ordered to meet and confer regarding the disputed issues.
   b. Defendant was given fourteen (14) days to refile its motion.

7. The earliest available time for the parties to meet and confer was September 9, 2022, at 10:30 am via telephone. (Please see attached as Exhibit "A" a true and correct copy of the email communications between Plaintiff's counsel and Defendant's counsel.

8. Counsel for Plaintiff indicated that she would need additional time to consider and discuss with Plaintiffs the matters discussed on the meet and confer call and requested a follow up with Defendant's counsel on or before Wednesday, September 14th.

9. Since Defendant's deadline to refile the Motion to Dismiss is September 12th, the parties have agreed to stipulate to a brief extension of that deadline.

NOW, THEREFORE, in consideration of the foregoing recitals which are fully incorporated herein by this reference, the Plaintiffs and the Defendants stipulate as follows:

    A. Defendant's time to refile the motion to dismiss shall be extended by 14 days to September 26, 2022.

IT IS SO STIPULATED.

Dated: September 9, 2022                                By: /s/Eric Bensamochan
                                                            Eric Bensamochan, Esq.
                                                            Counsel for Defendants


Dated: September 9, 2022                                By: */s/ Norma V. Garcia*
                                                            Norma V. Garcia
                                                            Counsel for Plaintiffs

# EXHIBIT A

**From:** Norma Garcia Guillen <ngarciaguillen@garciarainey.com>
**Date:** September 1, 2022 at 9:59:41 AM PDT
**Subject: RE: Request date for meet and confer related to MTD Wu Development**

Eric,

I have a huge MSJ due on Friday next week.  I would appreciate it if we could schedule then.  I expect it to be a substantive conversation and want to give it the time it deserves.

Best,

Norma

**From:** Eric Bensamochan <eric@eblawfirm.us>
**Sent:** Thursday, September 1, 2022 9:58 AM
**To:** Norma Garcia Guillen <ngarciaguillen@garciarainey.com>; Deborah Silver <deborah@eblawfirm.us>
**Subject:** RE: Request date for meet and confer related to MTD Wu Development

Norma,
I will be handling this case going forward. I would prefer to meet and confer sooner, but if that is your first available date, then I can make that time work.

Thank you,
Eric

Eric Bensamochan, Esq. SBN 255482
The Bensamochan Law Firm Inc.
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA. 90211
Phone: (818) 574-5740
Fax: (818) 961-0138
eric@eblawfirm.us


Agoura/Westlake Office
30851 Agoura Rd. Suite 114
Agoura Hills, CA. 91301

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

**From:** Norma Garcia Guillen <ngarciaguillen@garciarainey.com>
**Sent:** Thursday, September 1, 2022 9:56 AM
**To:** Deborah Silver <deborah@eblawfirm.us>
**Cc:** Eric Bensamochan <eric@eblawfirm.us>
**Subject:** RE: Request date for meet and confer related to MTD Wu Development

Deborah,

I am available for a telephonic meet and confer next week on Friday, September 9th at 10:30 a.m.  Please confirm that is agreeable.

Norma

**From:** Deborah Silver <deborah@eblawfirm.us>
**Sent:** Tuesday, August 30, 2022 2:00 PM
**To:** Norma Garcia Guillen <ngarciaguillen@garciarainey.com>
**Cc:** Eric Bensamochan <eric@eblawfirm.us>
**Subject:** Request date for meet and confer related to MTD Wu Development

Dear Attorney Garcia:

Please let me know when you are available to have a telephone meet and confer conversation, related to our filing a motion to dismiss on behalf of Wu Development.

I hope you will agree to dismiss Wu Development voluntarily following our conversation.

Please let me know a day this week that would work for you.

Thank you,

Deborah Silver, Esq.
Bensamochan Law Firm
For Wu Development

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case or proceeding. My business address is:

9025 Wilshire Blvd., Suite 215
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND TIME FOR DEFENDANT TO REFILE THE MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** will be served or was served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 9, 2022, I checked the CM/ECF docket for this case or proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Hugo Armando Lopez: hlopez@garciarainey.com
Norma V. Garcia: ngarciaguillen@garciarainey.com
Jeffrey Michael Blank: jblank@garciarainey.com
Yuriko M. Shikai: yshikai@neufeldmarks.com
Paul S Marks: pmarks@neufeldmarks.com
Derek J Meyer: rmeyer@prospectlaw.com
Michael G Balmages: mbalmages@balmageslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 9, 2022, I served the following persons and/or entities at the last known addresses in this case or proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 9, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2022 | Daniel Phelan | /s/Daniel Phelan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |