Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
9025 Wilshire Blvd. Suite 215
Beverly Hills, California 90211
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive<br><br>Defendants | Case No. 8:20-cv-01973-JLS-DFM<br><br>**Judge:** Hon. Josephine L. Staton<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANT TO REFILE THE MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

ORDER ON STIPULATION TO EXTEND

- 1 -

1  The Court, having reviewed the stipulation between the parties, hereby GRANTS the stipulation
2  as follows:
3      A.  Defendant's time to refile the motion to dismiss shall be extended by 14 days to
4          September 26, 2022.
5                  IT IS SO ORDERED.

Dated: _____      By: _____
                                          HON. JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE

The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd, Suite 215
Beverly Hills, California