GARCIA RAINEY BLANK & BOWERBANK LLP
A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626
Telephone:  (714) 382-7000
Facsimile:   (714) 784-0031

Attorneys for Plaintiffs
Clifford A. Rosen, MD and Ronald A. Christensen, MD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; DOE DEFENDANT 1 WU DEVELOPMENT, LLC, a California Limited Liability Company; DOE DEFENDANT 2 JASON BIRT, an individual and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No.:** 8:20-cv-01973-JLS-DFM<br>**Judge**:    Hon. Josephine L. Staton<br>**Dept**:      8A<br><br>**PROOF OF SERVICE OF**<br><br>**(1) REQUEST FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANTS URBAN COMMONS, LLC, URBAN COMMONS 6TH AVE SEATTLE, LLC, AND URBAN COMMONS BATTERY PARK, LLC**<br><br>**(2) DECLARATION OF NORMA V. GARCIA IN SUPPORT OF PLAINTIFFS CLIFFORD A. ROSEN AND RONALD A. CHRISTENSEN'S REQUEST FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANTS URBAN COMMONS, LLC, URBAN COMMONS 6TH AVE SEATTLE, LLC, AND URBAN COMMONS BATTERY PARK, LLC** |

PROOF OF SERVICE

# PROOF OF SERVICE

I, Karina Lopez, state:

I am employed in the County of Orange, State of California. My business address is 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served true copies of the document(s) described as

**(1) REQUEST FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANTS URBAN COMMONS, LLC, URBAN COMMONS 6TH AVE SEATTLE, LLC, AND URBAN COMMONS BATTERY PARK, LLC**

**(2) DECLARATION OF NORMA V. GARCIA IN SUPPORT OF PLAINTIFFS CLIFFORD A. ROSEN AND RONALD A. CHRISTENSEN'S REQUEST FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANTS URBAN COMMONS, LLC, URBAN COMMONS 6TH AVE SEATTLE, LLC, AND URBAN COMMONS BATTERY PARK, LLC**

on the interested parties in this action as follows:

Defendant Urban Commons, LLC
Defendant Urban Commons 6th Ave Seattle, LLC
Defendant Urban Commons Battery Park, LLC
c/o Taylor Woods and Howard Wu
10250 Constellation Boulevard, Suite 1750
Los Angeles, CA 90067

Defendant Howard Wu
13600 Bayliss Road
Los Angeles, CA 90049-1815

Defendant Taylor Woods
142 E. Clearvue Drive
Meridian, ID 83646-5212

☑ <u>BY FIRST CLASS MAIL</u>: I am employed in Orange County where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on September 15, 2022, at Costa Mesa, California.

*Karina Lopez*
Karina Lopez