**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



NIXIE   910   5E 1   7209/08/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299   2347N251182-01145





CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 13 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



Case: 8:20cv1973  Doc: 246



Urban Commons 6th Ave Seattle, LLC
c o Taylor Woods and Howard Wu
10250 Constellation Boulevard, Suite 1750
Los Angeles, CA 90067