GARCIA RAINEY BLANK & BOWERBANK LLP
A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626
Telephone: (714) 382-7000
Facsimile: (714) 784-0031
Attorneys for Plaintiffs
Clifford A. Rosen, MD and Ronald A. Christensen, MD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; DOE DEFENDANT 1 WU DEVELOPMENT, LLC, a California Limited Liability Company; DOE DEFENDANT 2 JASON BIRT, an individual and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No.:** 8:20-cv-01973-JLS-DFM<br>**Judge**: Hon. Josephine L. Staton<br>**Dept**: 8A<br><br>**PROOF OF SERVICE OF REDLINED VERSION OF PLAINTIFFS CLIFFORD A ROSEN'S AND RONALD A. CHRISTENSEN'S THIRD AMENDED COMPLAINT FILED PURSUANT TO DOCKET ENTRY 283** |

PROOF OF SERVICE

# **PROOF OF SERVICE**

I, Joshua Nuzzo, state:

I am employed in the County of Orange, State of California. My business address is 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served true copies of the document(s) described as

**REDLINED VERSION OF PLAINTIFFS CLIFFORD A ROSEN'S AND RONALD A. CHRISTENSEN'S THIRD AMENDED COMPLAINT FILED PURSUANT TO DOCKET ENTRY NO 283.**

on the interested parties in this action as follows:

Defendant Urban Commons, LLC
Defendant Urban Commons 6th Ave Seattle, LLC
Defendant Urban Commons Battery Park, LLC
c/o Taylor Woods and Howard Wu
10250 Constellation Boulevard, Suite 1750
Los Angeles, CA 90067
Hwu410@gmail.com
Taylorwoods23@gmail.com

Defendant Howard Wu
13600 Bayliss Road
Los Angeles, CA 90049-1815
Hwu410@gmail.com

Defendant Taylor Woods
142 E. Clearvue Drive
Meridian, ID 83646-5212
Taylorwoods23@gmail.com

Defendant Jason Birt
1509 N Crawford St
Carroll, IA 51401-1419
**jbirt@milepostglobal,com**

The Bensamochan Law Firm Inc.
9025 Wilshire Blvd Suite 215
Beverly Hills, CA 90211
Tel: (818) 574-5740
Email: eric@eblawfirm.us

**Attorney for Defendant C. Brian Egnatz**

Brian A. Sullivan
Werb & Sullivan
1225 N. King Street Suite 600
Wilmington, Delaware 19801

Email: bsullivan@werbsullivan.com

**Attorney for Defendant Jason Birt**

☑ BY ELECTRONIC MAIL: Based on an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on October 24, 2022, at Costa Mesa, California.

*Joshua Nuzzo*
Joshua Nuzzo