GARCIA RAINEY BLANK & BOWERBANK LLP
    A LIMITED LIABILITY PARTNERSHIP
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626
Telephone:   (714) 382-7000
Facsimile:   (714) 784-0031
Attorneys for Plaintiffs
Clifford A. Rosen, MD and Ronald A. Christensen, MD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual | **Case No.:** 8:20-cv-01973-JLS-DFM |
| Plaintiffs, | **PLAINTIFFS' EXHIBIT LIST** |
| vs. | Final Status Conference: November 18, 2022 |
| URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; DOE DEFENDANT 1 WU DEVELOPMENT, LLC, a California Limited Liability Company; DOE DEFENDANT 2 JASON BIRT, an individual and DOES 1 through 10, inclusive | Time: 10:30 a.m. |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| No. of Exhibit | Description | Stip. to Authen. | Stip. To Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|

**PLAINTIFFS' EXHIBIT LIST**

Case Name: Clifford A. Rosen & Ronald A. Christensen v. Urban Commons, LLC et al.

Case Number: 8:20-cv-01973-JLS-DFM

| No. of Exhibit | Description | Stip. to Authen. | Stip. To Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Exhibit A to Plaintiffs' First Amended Complaint - Rosen Urban Commons Seattle Membership Interest Subscription Agreement | | | | |
| 2 | Exhibit B to Plaintiffs' First Amended Complaint - Christensen Urban Commons Seattle Membership Interest Subscription Agreement | | | | |
| 3 | Exhibit C to Plaintiffs' First Amended Complaint - Christensen Urban Commons Battery Park Membership Interest Subscription Agreement | | | | |
| 4 | Exhibit D to Plaintiffs' First Amended Complaint - May 17, 2020 Notice of rescission of Membership Interest Subscription | | | | |
| 5 | Exhibit E to Plaintiffs' First Amended Complaint - June 6, 2020 Demand for Inspection of Books and Records of Urban Commons 6th Ave Seattle, LLC and Urban Commons Battery Park, LLC | | | | |
| 6 | Exhibit F to Plaintiffs' First Amended Complaint - June 21, 2020 Reply to Urban Commons LLC's Response to Demand for Inspection of Books and Records of urban Commons 6th Ave Seattle, LLC and Urban Commons Battery Park, LLC | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Exhibit G to Plaintiffs' First Amended Complaint - June 30, 2020 Demand for Recission of Membership Interest Subscription Agreements in Urban Commons 6th Ave Seattle , LLC and Urban Commons Battery Park, LLC | | | | | |
| 8 | Exhibit H to Plaintiffs' First Amended Complaint – C. Brian Egnatz FINRA Broker Check Report | | | | | |
| 9 | January 6, 2020 Woods' correspondence from Taylor Woods on behalf of Urban Commons, LLC regarding investment opportunity in the Hilton Seattle Hotel | | | | | |
| 10 | Document titled "Hilton Seattle Hotel Investment Opportunity" provided by Urban Commons, LLC to prospective investors | | | | | |
| 11 | Email correspondence from Dr. Ronald Christensen to defendant Taylor Woods regarding Dr. Christensen's signed Urban Commons 6th Ave. Seattle, LLC Subscription Agreement, signed Urban Commons 6th Ave. Seattle, LLC Operating Agreement and $250,000 wire transfer to purchase membership interest in urban Commons 6th Ave. Seattle, LLC. | | | | | |
| 12 | February 25, 2020 Investment Offering Memorandum from Urban Commons, LLC regarding investment opportunity to purchase the Wagner Hotel | | | | | |
| 13 | February 25, 2020 email correspondence from defendant Brian Egnatz regarding his involvement with Urban Commons, LLC, Urban | | | | | |

PLAINTIFFS' EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | Commons, LLC's relationship with Eagle Hospitality Trust | | | |
| | 14 | Dr. Ronald Christensen's signed Urban Commons battery Park, LLC Subscription Agreement | | | |
| | 15 | Urban Commons Battery Park, LLC Operating Agreement | | | |
| | 16 | Email Correspondence from Tina Ellis to Defendant Taylor Woods regarding questions Dr. Christensen had regarding his investments in urban Commons 6th Ave. Seattle. LLC and Urban Commons Battery Park, LLC | | | |
| | 17 | Plaintiff's Special Interrogatories to Defendant C. Brian Egnatz, Set One | | | |
| | 18 | Plaintiffs' Special Interrogatories to Defendant Urban Commons LLC, Set One | | | |
| | 19 | Plaintiffs' Special Interrogatories to Defendant Urban Commons 6th Ave. Seattle, LLC, Set One | | | |
| | 20 | Plaintiffs' Special Interrogatories to Defendant Urban Commons Battery Park, LLC, Set One | | | |
| | 21 | Plaintiffs' Special Interrogatories to Defendant Taylor Woods, Set One | | | |
| | 22 | Plaintiff's' Special Interrogatories to Defendant Howard Wu, Set One | | | |
| | 23 | 1107 Maple Street South Pasadena, CA 910310 Property Shark report | | | |

| 24 | April 2, 2020 Email from Tina Ellis regarding Hospitality Investment Opportunity | | | | |
|---|---|---|---|---|---|
| 25 | 13600 Bayliss Road, Los Angeles, CA property shark report | | | | |
| 26 | Title Transfer History of 13600 Bayliss Road Los Angeles, CA | | | | |
| 27 | Transfer detail report for 1107 Maple Street South Pasadena, CA 91030 | | | | |
| 28 | June 9, 2020 text message from Clifford Rosen to Taylor Woods | | | | |
| 29 | Embassy Suites by Hilton Trust Structure | | | | |
| 30 | Trust deed for 826 Emerald Bay, Laguna Beach, CA 92651-1273 | | | | |
| 31 | Quitclaim Deed for 142 E. Clearview Dr. Meridian, ID 83646 | | | | |
| 32 | February 26, 2020 Email Correspondence From Brian Egnatz to Tina Ellis | | | | |
| 33 | March 9, 2020 Email correspondence from Brian Egnatz to Tina Ellis | | | | |
| 34 | March 9, 2020 Email from Brian Egnatz soliciting investment in UC Battery Park | | | | |
| 35 | March 9, 2020 email correspondence from Brian Egnatz to Clifford Rosen re: UC Seattle | | | | |
| 36 | April 28, 2020 email correspondence from Brian Egnatz to Tina Ellis | | | | |
| 37 | June 9, 2020 text message correspondence from Brian Egnatz to Clifford | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 38 | Declaration of Tina Ellis in Support of Application for Writ of attachment for C. Brian Egnatz | | | | |
| 39 | FINRA Broker Check Charles Brian Egnatz | | | | |
| 40 | C. Brian Egnatz Responses to Special Interrogatories, Set One | | | | |
| 41 | February 27, 2020, Email correspondence from Brian Egnatz to Tina Ellis | | | | |
| 42 | Brian Egnatz Documents Bates No. 001-011 Comprised of Communications between Egnatz, Woods, Ellis, and Rosen | | | | |
| 43 | Brian Egnatz Declaration in Opposition to Plaintiffs Application for Writ of Attachment | | | | |
| 44 | Brian Egnatz Responses to Plaintiffs' Requests for Production of Documents with Deposition Notice | | | | |
| 45 | Urban Commons, 6th Ave Seattle, LLC responses to Requests for Production, Set One | | | | |
| 46 | Urban Commons, Battery Park, LLC responses to Requests for Production, Set One | | | | |
| 47 | Urban Commons, LLC responses to Requests for Production, Set One | | | | |
| 48 | Urban Commons, 6th Ave Seattle LLC responses to Requests for Admission, Set One | | | | |
| 49 | Urban Commons Battery Park, LLC responses to Requests for Admission, Set One. | | | | |
| 50 | Urban Commons, LLC responses to Requests for Admission, Set One. | | | | |

PLAINTIFFS' EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 51 | Howard Wu's Responses to Special Interrogatories, Set One | | | | |
| 52 | Taylor Woods' Responses to Special Interrogatories, Set One | | | | |
| 53 | Urban Commons 6th Ave Seattle responses to Special Interrogatories, Set One | | | | |
| 54 | Urban Commons Battery Park, LLC responses to Special Interrogatories, Set One | | | | |
| 55 | Urban Commons, LLC responses to Special Interrogatories, Set Once | | | | |
| 56 | Documents Produced by Bank of America in response to Subpoena | | | | |
| 57 | Documents Produced by Wells Fargo in Response to Subpoena | | | | |
| 58 | Documents Produced by First American Title Company | | | | |
| 59 | Exhibit 1 to the Deposition of Taylor Woods – Plaintiffs' Third Amended Notice of Deposition | | | | |
| 60 | Exhibit 2 to the Deposition of Taylor Woods – Clifford Rosen's 6th Ave Seattle Membership Interest Subscription Agreement | | | | |
| 61 | Exhibit 3 to the Deposition of Taylor Woods – Ronald Christensen's 6th Ave Seattle Membership Interest Subscription Agreement | | | | |
| 62 | Exhibit 4 to the Deposition of Taylor Woods – EHT Trust Structure Presentation | | | | |
| 63 | Exhibit 5 to the Deposition of Taylor Woods – Quitclaim Deed for 142 E Clearvue Dr. Meridian ID 83646 | | | | |

PLAINTIFFS' EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 64 | Exhibit 6 to the Deposition of Taylor Woods – Wells Fargo Bank NA Full Transaction Report | | | | |
| 65 | Exhibit 7 to the Deposition of Taylor Woods – Christensen Agreements with Urban Commons, Rosen Agreements with Urban Commons and Correspondence between Woods, Ellis, Robinson, Birt, and Rosen | | | | |
| 66 | Exhibit 8 to the Deposition of Taylor Woods – Paycheck Protection Program Borrower Application Form for Urban Commons Queensway | | | | |
| 67 | Exhibit 9 to the Deposition of Taylor Woods – Instant Message between Woods and Wu re PPP Loans | | | | |
| 68 | Exhibit 10 to the Deposition of Taylor Woods – Instant Message between Dong, Wu, and Woods confirming PPP Loans | | | | |
| 69 | Exhibit 11 to the Deposition of Taylor Woods – Email between Dong and Woods re Audit of EHT Loans | | | | |
| 70 | Exhibit 12 to the Deposition of Taylor Woods – List of Additional Entities with Common Management by Woods and Wu | | | | |
| 71 | Exhibit 13 to the Deposition of Taylor Woods – Email between Scott Ostrander and John Jenkins re PPP Loans | | | | |
| 72 | Exhibit 14 to the Deposition of Taylor Woods – Email between Ostrander and Dong re Woods and Wu not remitting PPP Loans to Properties | | | | |
| 73 | Exhibit 15 to the Deposition of Taylor Woods – Message between Darlynn, Woods, and Wu re Payments to Woods and Wu. REIT | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | KP Howard, and Susan Happy Tree | | | | |
| | 74 | Exhibit 15 to the Deposition of Howard Wu - Plaintiffs' Third Amended Notice of Deposition | | | | |
| | 75 | Exhibit 16 to the Deposition of Howard Wu – Secretary of State filing for Wu Development, LLC | | | | |
| | 76 | Exhibit 17 to the Deposition of Howard Wu – Secretary of state Statement of No Change for Wu Development, LLC | | | | |
| | 77 | Exhibit 18 to the Deposition of Howard Wu – Analyzed Business Checking Records from Wells Fargo Bank NA for Urban Commons Battery Park, LLC | | | | |
| | 78 | Exhibit 19 to the Deposition of Howard Wu - Analyzed Business Checking Records from Wells Fargo Bank NA for Urban Commons, LLC | | | | |
| | 79 | Exhibit 20 to the Deposition of Howard Wu – Spreadsheet of Transactions from Urban Commons 6th Ave Seattle, LLC | | | | |
| | 80 | Exhibit 21 to the Deposition of Urban Commons - Plaintiffs' Notice of Deposition of C. Brian Egnatz | | | | |
| | 81 | Exhibit 22 to the Deposition of Urban Commons – FINRA Broker Check Report for C. Brian Egnatz | | | | |
| | 82 | Exhibit 23 to the Deposition of Urban Commons – Email from Egnatz to Ellis and Christensen re Wiring Instructions for Battery Park | | | | |
| | 83 | Exhibit 24 to the Deposition of Urban Commons – Email from Ellis to Egnatz and Rosen re Opportunity for Wagner Hotel Investment | | | | |

PLAINTIFFS' EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| 84 | Exhibit 25 to the Deposition of Urban Commons – Email from Egnatz to Rosen soliciting potential investors for Wagner Hotel | | | | | |
| 85 | Exhibit 26 to the Deposition of Urban Commons – Email from Ellis about Egnatz trying to close on Wagner Hotel | | | | | |
| 86 | Exhibit 27 to the Deposition of Urban Commons – Email from Egnatz to Ellis and Birt requesting Ellis contact Urban Commons through Milepost | | | | | |
| 87 | Exhibit 28 to the Deposition of Urban Commons – Text Message from Clifford Rosen | | | | | |
| 88 | Exhibit 29 to the Deposition of Urban Commons - Analyzed Business Checking Records from Wells Fargo Bank NA for Urban Commons Battery Park, LLC | | | | | |
| 89 | Exhibit JJ to Plaintiffs' Application for Writ of Attachment – Email to Prior Counsel noticing ex parte application | | | | | |
| 90 | Exhibit KK to Plaintiffs' Application for Writ of Attachment - Email from Prior Counsel evidencing intent to oppose ex parte application | | | | | |
| 91 | Exhibit LL to Plaintiffs' Application for Writ of Attachment – Minute Order from related case Dannelley vs. Urban Commons LLC | | | | | |
| 92 | Exhibit P to Plaintiffs' Application for Writ of Attachment – Complaint by City of Pasadena against Urban Commons, LLC and related entities | | | | | |
| 93 | Exhibit Q to Plaintiffs' Application for Writ of Attachment – Complaint by Bruce Beretta against Urban Commons, LLC, | | | | | |

PLAINTIFFS' EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Howard Wu, and Taylor Woods | | | | |
| | 94 | Exhibit R to Plaintiffs' Application for Writ of Attachment – Complaint by Dannelley Trust against Urban Commons, LLC, Howard Wu and Taylor Woods | | | | |
| | 95 | Exhibit S to Plaintiffs' Application for Writ of Attachment – Complaint by Perry Living Trust against Urban Commons Battery Park, LLC, Taylor Woods, and Howard Wu | | | | |
| | 96 | Exhibit T to Plaintiffs' Application for Writ of Attachment – Article from BT re Eagle Hospitality Notice of Default on $341m loan | | | | |
| | 97 | Exhibit U to Plaintiffs' Application for Writ of Attachment – Article from BT re Eagle Hospitality Notice of Default on $35m loan | | | | |
| | 98 | Exhibit V to Plaintiffs' Application for Writ of Attachment – Chapter 11 Voluntary Petition for Eagle Hospitality Trust S1 Pte Ltd. | | | | |
| | 99 | Exhibit W to Plaintiffs' Application for Writ of Attachment – Chapter 11 Voluntary Petition for Eagle Hospitality Trust S2 Pte Ltd | | | | |
| | 100 | Exhibit X to Plaintiffs' Application for Writ of Attachment – Article from BT re MAS and CAD investigations of Eagle Hospitality Trust | | | | |
| | 101 | Declarations of Clifford Rosen In Support of Ex Parte Applications for Writ of Attachment | | | | |
| | 102 | Declarations of Ronald Christensen in Support of Ex Parte Applications for Writ of Attachment | | | | |
| | 103 | Declarations of Norma V. Garcia in Support of Ex Parte Applications for Writ of Attachment | | | | |

PLAINTIFFS' EXHIBIT LIST

| | 104 | Declaration of Clifford A Rosen In Support of Application for Writ of Attachment for C. Brian Egnatz | | | | |
|---|---|---|---|---|---|---|
| | 105 | Declaration of Ronald A. Christensen In Support of Application for Writ of Attachment for C. Brian Egnatz | | | | |
| | 106 | Declaration of Tina Ellis In Support of Reply to Opposition to Application for Writ of Attachment for C. Brian Egnatz | | | | |
| | 107 | Declaration of Norma V. Garcia In Support of Application for Writ of Attachment | | | | |
| | 108 | Broker Check for Little River Capital, LLC | | | | |
| | 109 | Broker Check for Digital Capital Markets, LLC | | | | |
| | 110 | Hilton Seattle Investment Opportunity Memorandum | | | | |
| | 111 | Text Message Chain between Taylor Woods and Brian Egnatz to Clifford Rosen | | | | |
| | 112 | Transcript of Text Message Chain between Woods and Egnatz to Rosen | | | | |
| | 113 | Article from Mingtiandi Asia Real Estate Intelligence regarding arrests of Singaporean Directors of Eagle Hospitality Trust | | | | |
| | 114 | Article from Reuters explaining Delaware Judge Christopher Sontchi threating Wu and Woods with jail time for failing to freeze funds | | | | |
| | 115 | Article from Long Beach Post regarding the bankruptcy of Urban Commons effecting the Queen Mary in Long Beach | | | | |

PLAINTIFFS' EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 116 | Opinion from Delaware Bankruptcy Judge Christopher Sontchi regarding Wu and Woods fraudulent use of PPP loans. | | | | |
| 117 | Responses to Deposition Notice of Howard Wu Bates No. 1-361 | | | | |
| 118 | Document Production by Taylor Woods Bates No. 441-1123 | | | | |
| 119 | Documents Produced by Plaintiffs Bates No. 1-12730 | | | | |

GARCIA RAINEY BLANK & BOWERBANK LLP

By _____

NORMA V. GARCIA
JEFFREY M. BLANK
Attorneys for Plaintiffs
CLIFFORD A. ROSEN, MD
RONALD A. CHRISTENSEN, MD

PLAINTIFFS' EXHIBIT LIST