# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>URBAN COMMONS, LLC, a Delaware Limited Liability Company; URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware Limited Liability Company; URBAN COMMONS BATTERY PARK, LLC, a Delaware Limited Liability Company; CHICAGO ANALYTIC TRADING COMPANY, LLC, d/b/a LITTLERIVER CAPITAL, LLC, a Delaware Limited Liability Company; DIGITAL CAPITAL MARKETS, LLC, a Maryland Limited Liability Company; TAYLOR WOODS, an individual; HOWARD WU, an individual; C. BRIAN EGNATZ, an individual; and DOES 1 through 10, inclusive<br><br>Defendants | **Case No.** 8:20-cv-01973-JLS-DFM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE (Doc. 297)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having considered the Stipulation to Continue the Final Status Conference and finding good cause therefore hereby orders as follows:

1. That the Stipulation to Continue the Final Pretrial Conference is GRANTED;
2. That the Final Pretrial Conference shall be continued from January 20, 2023, to **February 24**, **2023**.
3. That the first responsive pleading by Defendant Jason Birt is hereby extended to January 16, 2023.

IT IS SO ORDERED.

Dated: December 21, 2022

By: _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE