UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:20-cv-01973-JLS-DFM                                              Date:  February 23, 2023
Title:  Clifford Rosen et al v. Urban Commons, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                   Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER VACATING FINAL PRETRIAL CONFERENCE**

Before the Court is a Notice of Settlement filed by the parties, requesting ten days to finalize the settlement and file a Notice of Dismissal.  (Doc. 309.)  Accordingly, the Final Pretrial Conference set for February 24, 2023 at 10:30 a.m. is VACATED.  The parties are ORDERED to file a Notice of Dismissal within **ten days** of the issuance of this Order.

Initials of Preparer:  vrv