UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01973-JLS-DFM                                          Date: March 06, 2023
Title:  Clifford Rosen et al v. Urban Commons, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  V.R. Vallery  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                     Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER MODIFYING SCHEDULING ORDER**

  The parties in this action filed a Notice of Settlement on February 23, 2023, stating that "Plaintiffs Clifford A. Rosen and Ronald A. Christensen on the one hand and all of the named Defendants on the other hand, have reached a settlement as to all claims and issues between all parties inclusive of a stipulated judgment, payment terms, and all other required language to ensure finality and enforceability of the final settlement, including language asking this Court to retain jurisdiction to enforce the agreement."  (Doc. 309.)  They asked the Court to continue the Final Pretrial Conference set for February 24, 2023 until March 10, 2023 "as a place holder," in order to give the parties ten days' time to finalize drafting and signing the agreement, because "all parties [were] in different geographic regions, and time zones."  (*Id.*)  Instead, the Court vacated the Final Pretrial Conference and ordered the parties to file a Notice of Dismissal within ten days.  (Doc. 310.)

  On March 1, 2023, Plaintiffs filed a Notice that Defendants Reneged on the Settlement Agreement.  (Doc. 311.)  Plaintiffs assert that:

> On Monday, February 27, 2023, the Defendants, through counsel, advised Plaintiffs' counsel that Defendant C. Brian Egnatz reneged on the settlement terms, specifically the term requiring he agree to and execute a stipulated judgment.…
> Counsel for Defendants asked Plaintiffs for time through

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  8:20-cv-01973-JLS-DFM | Date: March 06, 2023 |
| Title:  Clifford Rosen et al v. Urban Commons, LLC et al | |

> Wednesday, March 1, 2023 to do their best to salvage the
> terms of the previously agreed settlement. Unfortunately,
> counsel for Defendants could not get the Defendants to agree
> to the terms the parties previously agreed upon.

(*Id.*)

    In light of the Plaintiffs' representations, the Court modifies the Scheduling Order for the limited purpose of permitting Plaintiffs to file a motion to enforce the settlement agreement reached by the parties.  Any document containing or referencing the terms of the agreement may be filed under seal.  Any such motion must be filed within **fourteen (14) days** of the issuance of this Order.

    Initials of Deputy Clerk:  vrv