JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01973-JLS-DFM                                                      Date: June 08, 2023
Title:  Clifford Rosen et al v. Urban Commons, LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**   **(IN CHAMBERS) AMENDMENT TO ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT (DOC. 330); ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

     In its Order issued May 10, 2023, the Court Ordered Plaintiffs to file a proposed judgment consistent with the terms of the Order.  (*See* Doc. 330 at 9.)  Plaintiffs have done so.  (*See* Docs. 332, 333.)  Upon consideration, the Court finds that issuing a judgment at this juncture would be premature and vacates the portion of its May 10 Order requiring the submission of a proposed judgment.  The Court's May 10 Order fully disposes of this action pursuant to the terms of the Settlement Agreement reached by the parties.  Accordingly, the action is DISMISSED.  The Court retains jurisdiction to enforce the Settlement Agreement in the event that it is breached, consistent with the terms set forth in the Court's May 10 Order.  *See K.C. ex rel. Erica C. v. Torlakson*, 762 F.3d 963, 967 (9th Cir. 2014).  Such enforcement may include entry of judgment pursuant to the stipulated judgment provision of the Settlement Agreement.

                                                Initials of Deputy Clerk: vrv