FILED

OCT 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLIFFORD A. ROSEN, an individual; RONALD A. CHRISTENSEN, an individual, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> TAYLOR WOODS, an individual; JASON BIRT, an individual, <br><br> Defendants-Appellants, <br><br> and <br><br> URBAN COMMONS, LLC, a Delaware limited liability company; et al., <br><br> Defendants. | No. 23-55618 <br><br> D.C. No. 8:20-cv-01973-JLS-DFM Central District of California, Santa Ana <br><br> ORDER |

Before: W. FLETCHER, CALLAHAN, and BENNETT, Circuit Judges.

The motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 10) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief is due November 22, 2023. The answering brief(s) are due December 22, 2023. The optional reply brief is due within 21 days after

OSA111

service of the latest-filed answering brief.